# In the United States Court of Federal Claims

No. 21-1621 C
(Filed: February 28, 2022)

```
***************************************
THE NATIONAL APARTMENT            *
ASSOCIATION, et al.               *
        Plaintiffs                *
                                  *
        v.                        *
                                  *
THE UNITED STATES                 *
        Defendant                 *
                                  *
***************************************
```

## ORDER

Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, "for the efficient administration of justice," the above-captioned case is reassigned to Judge Armando O. Bonilla.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Chief Judge