# In the United States Court of Federal Claims

No. 21-1621 C
(Filed: February 28, 2022)

**THE NATIONAL APARTMENT ASSOCIATION, et al.**
    **Plaintiffs**

v.

**THE UNITED STATES**
    **Defendant**

**NOTICE OF REASSIGNMENT TO:**
**Judge Armando O. Bonilla**

    Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, this case has been reassigned to the above judge.

                                                         Clerk of Court