# In the United States Court of Federal Claims

No. 21-1621L
(Filed: March 14, 2022)

|  |  |
|---|---|
| **THE NATIONAL APARTMENT ASSOCIATION, ET AL.,** | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| **UNITED STATES,** | ) ) |
| Defendant. | ) ) |

ORDER

    The Court hereby **SCHEDULES** oral argument for **Tuesday, April 19, 2022, at 9:00 AM eastern time**. The proceeding will be held at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.

    IT IS SO ORDERED.

                                             s/ Armando O. Bonilla
                                            Armando O. Bonilla
                                            Judge