# In the United States Court of Federal Claims

**No. 21-1621L**
**(Filed: May 17, 2022)**


**DARBY DEVELOPMENT COMPANY, INC., et al**

      **Plaintiffs**

  **v**                                                        **JUDGMENT**

**THE UNITED STATES**

      **Defendant**

Pursuant to the court's Opinion And Order, filed May 17, 2022, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiffs' case is dismissed for failure to state a claim upon which relief can be granted.   No costs.


                                        Lisa L. Reyes
                                        Clerk of Court

                    By:    s/Anthony Curry

                                          Deputy Clerk


NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs.   Filing fee is $505.00.