## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DARBY DEVELOPMENT COMPANY, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | NO. 1:21-CV-01621-AOB |

### NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs hereby appeal to the United States Court of Appeals for the Federal Circuit from this Court's Opinion and Order dated May 17, 2022 (Docket No. 26) and accompanying Judgment (Docket No. 27) dismissing Plaintiffs' case for failure to state a claim upon which relief can be granted.

Dated: June 6, 2022                                     Respectfully submitted,

/s/ Creighton R. Magid
Creighton R. Magid #4447867
DORSEY & WHITNEY LLP
1401 New York Avenue, N.W.
Suite 900
Washington, D.C.  20005
Telephone:  (202) 442-3555
Fax:  (202) 442-3199
Magid.chip@dorsey.com

Shawn J. Larsen-Bright
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Telephone: (206) 903-2417
Fax:  (206) 903-8820
larsen.bright.shawn@dorsey.com

John McDermott
JOHN MCDERMOTT, PLLC
4300 Wilson Blvd, Suite 400
Arlington, VA  22203
Telephone:  (703) 518-6141
JMcDermott@naahq.org

*Attorneys for Plaintiffs*