# United States Court of Appeals
# for the Federal Circuit

---

**DARBY DEVELOPMENT COMPANY, INC., ET AL.,**

*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2022-1929

---

Appeal from the United States Court of Federal Claims in No. 1:21-cv-01621-AOB, Judge Armando O. Bonilla.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered August 7, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 13, 2025
Date

Jarrett B. Perlow
Clerk of Court