# In the United States Court of Federal Claims

No. 21-1621L
(Filed: December 8, 2025)

|  |  |
|---|---|
| **DARBY DEVELOPMENT COMPANY, INC.,** *et al.*, | ) ) ) |
| *Plaintiffs,* | ) ) ) |
| v. | ) ) ) |
| **UNITED STATES**, | ) ) ) |
| *Defendant.* | ) ) ) |

## ORDER

On August 7, 2024, the United States Court of Appeals for the Federal Circuit issued a split decision in this matter, reversing this Court's dismissal of plaintiffs' Fifth Amendment takings claims and remanding the matter for further proceedings. *Darby Dev. Co. v. United States*, 160 Fed. Cl. 45 (2022), *rev'd*, 112 F.4th 1017 (Fed. Cir. 2024) (2-1), *reh'g denied*, No. 22-1929, 2025 WL 1604947 (Fed. Cir. June 6, 2025) (per curiam) (7-3).  The mandate issued on June 13, 2025.  ECF 32.  The government then filed successive applications to extend the time to file a petition for a writ of certiorari in the United States Supreme Court.  *United States v. Darby Dev. Co.*, No. 25A228 (S. Ct.).  The final extension expired on November 3, 2025.  No petition for a writ of certiorari was filed.  Accordingly, the parties shall **FILE** a joint status report on or before **January 9, 2026**, proposing a schedule of continued proceedings in this matter.

It is so **ORDERED**.

s/ Armando O. Bonilla
Armando O. Bonilla
Judge