# In the United States Court of Federal Claims

No. 21-1621L
(Filed: March 11, 2026)

|  |  |
|---|---|
| **DARBY DEVELOPMENT COMPANY, INC.,** *et al.*, | ) ) ) ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) ) |
| **UNITED STATES**, | ) ) ) |
| *Defendant*. | ) ) |

**ORDER**

On March 10, 2026, plaintiffs filed their second amended complaint in accordance with the Court's January 9, 2026 order (ECF 35). ECF 36. Pursuant to Rule 5.5(g) of the Rules of the United States Court of Federal Claims (RCFC): "In all filings other than the complaint, the name of the judge assigned to the case must be included directly below the docket number." Although the filing does include a judge's name, it is not the undersigned.

Accordingly,

(1) The Clerk's Office is directed to **STRIKE** the second amended complaint filed on March 10, 2026 (ECF 36); and

(2) Plaintiffs shall **REFILE** their second amended complaint on or before **Friday, March 13, 2026**.

It is so **ORDERED**.

s/ Armando O. Bonilla
Armando O. Bonilla
Judge