### IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DARBY DEVELOPMENT COMPANY, INC., et al., </br></br> Plaintiffs, </br></br> v. </br></br> UNITED STATES, </br></br> Defendant. | NO. 21-1621L </br></br> JUDGE ARMANDO O. BONILLA |

### **JOINT STATUS REPORT**

Plaintiffs and the United States are engaged in good faith and productive settlement negotiations aimed at resolving this matter without further litigation. Because the matter now involves over 1200 plaintiffs and requires review of extensive documentation, considerable time and effort will be required to reach a settlement. The parties jointly request that the Court establish May 12, 2026, as the date by which the parties are to submit a further status report reporting on the status of settlement negotiations or settlement. The parties also request that any other deadlines (apart from deadlines to amend the Second Amended Complaint, as discussed below) be stayed pending the outcome of settlement negotiations and further order of the Court.

Plaintiffs also advise the Court that it has not been possible to add all entities who wish to join this suit as plaintiffs to the Second Amended Complaint by the Court's deadline of March 10, 2026. Plaintiffs request that the Court allow the filing of a Third Amended Complaint by April 10, 2026, to include these additional entities.

Dated: March 12, 2026 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Creighton R. Magid
　　　　　　　　　　　　　　　　　　　　Creighton R. Magid #4447867
　　　　　　　　　　　　　　　　　　　　DORSEY & WHITNEY LLP
　　　　　　　　　　　　　　　　　　　　1401 New York Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　Suite 900
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20005
　　　　　　　　　　　　　　　　　　　　magid.chip@dorsey.com


　　　　　　　　　　　　　　　　　　　　Shawn J. Larsen-Bright
　　　　　　　　　　　　　　　　　　　　DORSEY & WHITNEY LLP
　　　　　　　　　　　　　　　　　　　　701 Fifth Avenue, Suite 6100
　　　　　　　　　　　　　　　　　　　　Seattle, WA 98104-7043
　　　　　　　　　　　　　　　　　　　　Telephone: (206) 903-2417
　　　　　　　　　　　　　　　　　　　　Fax:  (206) 903-8820
　　　　　　　　　　　　　　　　　　　　larsen.bright.shawn@dorsey.com

　　　　　　　　　　　　　　　　　　　　John McDermott
　　　　　　　　　　　　　　　　　　　　JOHN MCDERMOTT, PLLC
　　　　　　　　　　　　　　　　　　　　4300 Wilson Blvd, Suite 400
　　　　　　　　　　　　　　　　　　　　Arlington, VA  22203
　　　　　　　　　　　　　　　　　　　　Telephone:  (703) 518-6141
　　　　　　　　　　　　　　　　　　　　JMcDermott@naahq.org

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

ERIC P. BRUSKIN
Assistant Director


/s/ Nathanael B. Yale
NATHANAEL B. YALE
Senior Trial Counsel
YARIV S. PIERCE
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0464
Facsimile: (202) 353-0461
Nathanael.B.Yale@usdoj.gov

MATTHEW P. RAND
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice

*Attorneys for Defendant*