**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Darby Development Company, Inc. ) | |
| 1022 West Owner LLC ) | NO. 1:21-CV-01621-AOB |
| 104WWB, LLC ) | |
| 1204 Veterans Memorial HWY SW PCPRE ) | JUDGE ARMANDO O. BONILLA |
|     LLC ) | |
| 15700 Lexington Blvd, L.P. ) | |
| 1700 Rivercrest Dr, L.P. ) | |
| 1800 Austin Pkwy, L.P. ) | |
| 190 N Old Corry Field Rd PCPRE, LLC ) | |
| 195 Sycamore Dr PCPRE LLC ) | |
| 2222 Settlers Way, L.P. ) | |
| 225 Fluor Daniel Dr, L.P. ) | |
| 235 Sycamore Dr PCPRE LLC ) | |
| 2566 Whites Mill Rd PCPRE, LLC ) | |
| 2929 Landrum Dr PCPRE LLC ) | |
| 2948 Delmar Ln PCPRE LLC ) | |
| 3101 Main, LP ) | |
| 3128 Chateau Blvd PCPRE LLC ) | |
| 3540 North Camp Creek Pkwy PCPRE, LLC ) | |
| 404 Andrews LLC ) | |
| 4233 Jonesboro Rd PCPRE, LLC ) | |
| 50 Salem Chase Dr PCPRE LLC ) | |
| 5030 W Mountain St PCPRE, LLC ) | |
| 8800 Austin, LLC ) | |
| 8900 Austin, LLC ) | |
| A Stockton Investments LLC ) | |
| Accord Holdings Group, LLC ) | |
| ACP Island Park, LLC ) | |
| ACP Palmetto, LLC ) | |
| ACP Patriot Park, LLC ) | |
| ADMG Altamonte Partners, LLC ) | |
| Ahsan Tahir ) | |
| Alan Gordon ) | |
| Blain Bess ) | |
| Alexander Station Owner LLC ) | |
| All Around Inc. ) | |
| Olson Portfolio 3 LLC ) | |
| Amarillo Square LLC ) | |
| Amesbury Management LLC ) | |
| Apartment REIT Park at North Gate, LP ) | |
| Apartment REIT Residences at Braemar, LLC ) | |
| Apex Investment Group, LLC ) | |
| Arbor Mill Venture, LLC ) | |
| Arbors of Battle Creek (M-O) Owner LLC ) | |

Arbors of Wells Branch Apartments Investors, LLC
Ashton Woods Owner LLC
CEAI Aspen Place, LLC
AT Owner 1, L.P.
AT Owner 10, L.P.
AT Owner 11, L.P.
AT Owner 12, L.P.
AT Owner 13, L.P.
AT Owner 14, L.P.
AT Owner 15, L.P.
AT Owner 16, L.P.
AT Owner 17, L.P.
AT Owner 18, L.P.
AT Owner 19, L.P.
AT Owner 2, L.P.
AT Owner 20, L.P.
AT Owner 3, L.P.
AT Owner 4, L.P.
AT Owner 5, L.P.
AT Owner 6, L.P.
AT Owner 7, L.P.
AT Owner 8, L.P.
AT Owner 9, L.P.
Atkins Circle Apartments Owner KofP LLC
Audubon Lake (M-O) Owner LLC
Austin Forest Creek Apartments, L.C.
Autumn Woods (M-O) Owner LLC
Avalon Arms Apartments Owner KofP LLC
Avalon at Northbrook (M-O) Owner LLC
Axiom Gray's Lake, LLC
Azure Park Apartments, LLC
B-1 Investments, LLC
Bay Bridge Properties LLC
Bay Oaks Condo Owner LLC
Beamer Place Apartments, LTD.
Belhaven Residential, LLC
Bell Fund VI West Buckhead, LLC
Bell Flatirons, LLC
Bell Fund VI Kennesaw, LLC
Bell Fund VI South Austin, LLC
Bell Fund VII Lake Norman, LP
Bell Fund VII Sunrise, LLC
Bell Fund VII Riverbend, LP
Bell Fund VII Southpark Springs, LLC
Bella Estates Nevada, LLC.

Bennington Crossings Apartments Owner LLC
Bentley Green Apartments Investors, LLC
BLT ACP Aventine, LLC
BMSP LLC
BGO-S2 Trinity Bluffs Owner LLC
Borland Properties, L.L.C.
Braeswood Oaks Apartments, L.C.
Brandon Oaks Apartments Investors, LLC
BRC Burke Mill, LLC
BRC Charlotte 485, LLC
BRC Fort Mill, LLC
BRC Jacksonville Commons, LLC
BRC Knightdale, LLC
BRC North Reilly, LLC
BRC Salisbury, LLC
BRC Wilmington, LLC
BRC Wilson, LLC
Briarcliffe (M-O) Owner LLC
Briarwood Apartment Associates, LLC
BRK Cove, L.P.
Bromley Apartments, LLC
Brook Apartments, L.C.
Brook Lane Milwaukee Associates LP
Brookbend, Inc.
Brookmont Apartment Associates, LLC
Brookwood Club Apartments Investors, LLC
Bryn Mawr Lantern Owner LLC
Buckingham Place, L.L.C.
C & C Investments, L.L.C.
Cactus Rose Owner, LLC
Camino Real (M-O) Owner LLC
Camp Hill Plaza Partners, LP
Canyon Ridge Apartments Investors, L.P.
Capital City Interior LLC
Crestmarc Redwood Carelton LLC
Casas Adobes Partners V L.L.C.
Caveness Partners, LLC
Century Lake (M-O) Owner LLC
CF Star Promenade Master Tenant LLC
CF Star Stockwell Master Tenant LLC
Champion Lake (M-O) Owner LLC
Chandler Residential, Inc.
Chase Crossing Associates, Ltd.
Chateau des Lions (M-O) Owner LLC
Chateau Mirage (M-O) Owner LLC
Chenal Woods Owner LLC

3

Chesterfield Apartments Owner LLC
Chonsky Properties, LLC
Christopher Wren Apartments Owner KofP
    LLC
Chun Xi Qiao
Class A Management
Clear Lake Investors VII, LLC
Clemmons Station Owner LLC
Clifton Park Borrower LLC
Club at North Hills Apartments Owner KofP
    LLC
CNC Austin Lights Limited Partnership
CNC Swagat Eight & Nine LP
CNC Swagat Nine Limited Partnership
Cobb Hill Owner LLC
Cobblestone Grove (M-O) Owner LLC
Columbus Partners Community Trust
Commerce Capital Partners, LLC
Condos at Williams Owner
Condos at Williams Owner II
Condos at Williams Owner III
Crescent at Wolfchase Apartments Owner
    KofP LLC
Cristal McNabb
Curren Terrace Apartments Owner LLC
D Taggart Investments LLC
Dayand Limited Partnership
D'Cour Properties, L.L.C.
Decatur Point LLC
Devon Lantern Owner LLC
Diamond J Management, L.L.C.
Dorchester and Polo Pittsburgh, LLC
Double Oak Ventures, LLC
E Wyatt Investment LLC
Eagles Crest I LLC
East Coast Greentree Village Apartments LLC
East Coast Lincoln Park LLC
East Coast Summit Pointe LLC
East Meadow Lantern Owner LLC
Crestmarc Redwood Baylor LLC
Easton Commons Apartments Owner KofP
    LLC
Edge at Bryant Park Owner, LLC
EEA-Arts Center LLC
EEA-Highland Terrace, LLC
EEA-Tara Hills, LLC

EEA-Windsor Court, LLC
EEA-Wellspring, LLC
EEA-Wildwood, LLC
Electra Multifamily Investment Fund
Electra Multifamily Investment Fund II, LP
Electra Multifamily Investments Fund III LP
ELM 100 Plus, LLC
Embree Hills Owner, LP
Emerald Pointe Apartments Owner KofP LP
Encantada Apartments, LLC
Enclave at North Point Owner
Estates at Kirby Limited Partnership
Falls Creek Apartments (NC) Owner LLC
Fast Boots, LLC
FBCC Citypoint LP
First Western Realty LLC
FMREI Management, LLC
Fording Island 1376, LLC
Forest Apts LLC
Forest Hill Apartments, LLC
Forest Oaks Apartments (SC) Owner LLC
Fort Bragg Carolina Trust
FPA RGIT Holdings VI, LLC
G&E Apartment REIT Bella Ruscello, LLC
G&E Apartment REIT Kedron Village, LLC
Gable Oaks Owner LLC
Gainesville Road Community Trust
Gateway Management Company
GG Icon LLC
Gillespie Property Management
Glen Oak & Sun Prairie, LLC
Glenn South Residential Partners, LP
Glenn Tinney
Glenwood (M-O) Owner LLC
Grand Channel, LLC
Grand Port Foundation Trust
Grasett Properties, LLC
Greater Columbus Parks Trust
Greenbriar Mill PCPRE LLC
Greenline Apartment Management LLC
Greens at Westgate Apartments (PA) Owner
    LLC
Grove at Ashton Park, LLC
Grove at Seabrook LLC
Grove at Stonebrook (M-O) Owner LLC
GW Creekside Austin, Ltd

GWR BH Holdings, Ltd.
GWR Equities LLC
GWR Texas SE Partners, Ltd.
GWR Trails Partners, Ltd.
H Akston Investments LLC
Hallandale Ventures LLLP
Harborside (M-O) Owner LLC
Hatfield Apartments Joint Venture LLC
The Haven at Regent Park Apartment
    Holdings, LLC
Hawaiian Village Community Trust
Heartland Properties Community Trust
Heather Park Apartments (NC) Owner LLC
Henry on the Park JV, LP
Hesperian Falls Partners LLC
Hickory Creek Apartments Owner LLC
Hidden Lakes Associates LLC
Hiddentree (M-O) Owner LLC
Highland Ridge Owner LLC
Hill Brook Place Lantern Owner LLC
Hills of Aberdeen (M-O) Owner LLC
Huntersville (NC) Owner LLC
Intercoastal Yacht Club, LLC
Investors Management Trust Real Estate
    Group, Inc.
IX MC 6503 Bluff Springs Road, L.P.
IX MC 801 Highway, L.P.
IX MC 923 Yellow Jacket Lane, L.P.
Jackson Grove Apartments Owner LLC
Janma Bhumi Limited Partnership
Jason Bartley
JCSquared Investments, LLC
Jeevana Jothi Ltd
JLB Development Group, LLC
JLB Retasa Multi Portfolio, LLC
JLB Retasa Murray, LLC
JoCo Sky, LP
Joe D. Rash
John Bullock
Jones Management Group, LLC
Kane Road Apartments Owner KofP LLC
Kannan Station Owner LLC
KBF Associates, L.P.
Keswick Village (M-O) Owner LLC
King's Manor Apartments I LLC
Kirkwood Apts LLC

L Hammond Investments LLC
The Lafayette at Valley Forge, LP
Lake Charlotte, LLC
Lake Pointe (M-O) Owner LLC
LV Brazoswood Partners, LLC
Lakewood Hills Partners, LP
Lakewood I & II (NC) Owner LLC
Landmark at Bella Vista, L.P.
Landmark at Brighton Colony, LLC
Landmark at Emerson Park, LLC
Landmark at Grayson Park LP
Landmark at Greenbrooke Commons, LLC
Landmark at Lake Village West, LLC
Landmark at Pine Court, LLC
Landmark at Spring Creek, LLC
Lantern Massandra Owner, LLC
Las Vegas Cameron Apts LLC
LAT Bellevue Ridge, LLC
LAT Brentwood, LLC
LAT Mallard, LLC
LAT Tanglewood, LLC
Legacy at Twin Oaks, LLC
Legacy of Cedar Hill (M-O) Owner LLC
Lincoya Bay Apartments Owner LLC
Lisa Kramer
Live Oak Houston, LLC
Logan Ventures of California Properties LLC
LVA5 Dallas Verandas, LLC
Lynbrook Apartments Mark Center Owner
    LLC
Lytos-Creekside II, LLC
Lytos-Creekside, LLC
Magnolia Ridge PCPRE LLC
Main Street Apartments Owner KofP LLC
Mallards Landing Apartments Owner LLC
Manchester at Wesleyan (M-O) Owner LLC
Maplewood Estates LP
Mar Almand Creek, LLC
MAR Canyon Chase, LP
MAR Casa Mirella, LLC
MAR Costa Bella, LP
MAR Eagle Ridge, LLC
MAR Flagstone, LLC
MAR Harbor Creek, LLC
MAR Heritage, LLC
MAR Legacy Heights, LLC

7

MAR Legacy Ridge, LLC
MAR Osprey, LLC
MAR Shadow Creek, LP
MAR Summer Meadows, LP
MAR Summers Crossing, LP
Marchwood Apartments Owner LLC
Marlet Properties LLC
Marquis Place Apartments Owner LLC
McLean Investments, LLC
McPrice Court 48, LLC
Melrose on the Bay (M-O) Owner LLC
Memphis Plaza, LLC
Meredith Partners, LLC
Metropolitan Associates Limited Partnership
Michael Rak
Mid Elm, LP
M-O National Portfolio Pavilion (MI) Owner
    LLC
Mohammad Zamanian
Monarch Crossing Apartments Owner LLC
MV McDowell Partners, LLC
Montgomery Woods Owner LLC
Morgan Properties Abrams Run Owner, LP
Mount Vernon Square Lantern Owner LLC
MP Main Street (PA) Owner LLC
MTS Sweetwater Road, LLC
New Bern Apartments, LLC
New Wildflower I Associates, L.L.C.
NewPath Properties, Inc.
Nineteen North Apartments Owner KofP LP
Northland Arboretum Hills LLC
Northland Arboretum LLC
Northland Ashlar LLC
Northland Ballantrae LLC
Northland Bay Breeze LLC
Northland Bay Harbor LLC
Northland Bigelow Commons LLC
Northland Candlewood LLC
Northland Canyons LLC
Northland Caribbean Villas LLC
Northland Cypress Gardens LLC
Northland Cypress Legends
Northland Cypress Shores LLC
Northland Floresta LLC
Northland Gateway Club LLC
Northland Glenarm LLC

Northland Grandeville LLC
Northland Heathbrook LLC
Northland Hilands I LLC
Northland Hilands II LLC
Northland Jupiter Isle LLC
Northland Lakeside LLC
Northland Legend LLC
Northland Lugano LLC
Northland Lumina LLC
Northland Monterey Oaks LLC
Northland Monterey Ranch LLC
Northland Monterra LLC
Northland Museo LLC
Northland Oaks Apartments LLC
Northland Paramount LLC
Northland Pavilions LLC
Northland Perimeter LLC
Northland Pima Canyon LLC
Northland Plantation Meadows LLC
Northland Promontory LLC
Northland Reflection Lakes LLC
Northland Rosemary LLC
Northland Rialto LLC
Northland River Birch II LLC
Northland Riverstone Ranch LLC
Northland Royal St. George LLC
Northland Saddleworth LLC
Northland San Dorado LLC
Northland Sedona Springs LLC
Northland Standard LLC
Northland Stone Lake LLC
Northland Talking Glass LLC
Northland Terra Bella LLC
Northland Tower Block, LLC
Northland Village Place LLC
Northland Walnut Creek LLC
Northland Wharf LLC
Northland Windemere LLC
Northland Windward LLC
Northland Yacht Club LLC
Northland Zebulon LLC
O Kellogg Investments II LLC
Oak Ramble Apartments Investors, LLC
Oaks at Bentwater Owner LLC
ORI Properties, LLC
Orion Properties of West Palm Beach, LLC

Oscar's Enterprises, Inc.
Oxford Manor Apartment Associates, LLC
Palladium Park Apartments, LLC
Palmer House Borrower LLC
Paradise Square, LLC.
Parc Station Partners LLC
Park at Lake Magdalene (M-O) Owner LLC
Park at Northside (M-O) Owner LLC
Park Place of South Park Owner KofP LLC
Park Walk Partners LLC
Park West Novi LLC
Park West Lansing East LLC
Park West TIC 1 Apartments Owner LLC
Parke East Wichita Associates LP
Parks Management LLC
Parkview Wichita Associates LP
Parkway Station Owner LLC
Peppertree (M-O) Owner LLC
Picerne Development Corporation
Pittsburgh ELM Portfolio, LLC
PJ MP Bellevue Heights, L.P.
PJ MP Bent Creek, L.P.
PJ MP Heritage Place, L.P.
PJ MP Hunters Glen, L.P.
PJ MP Windsor Court, L.P.
PJ MP Woods at Lakeshore, L.P.
Place One Apartment Associates, LLC
Plaza View Coop
Plum Circle Community Trust
Pointe Apartment Associates Limited
    Partnership
Pointe Sienna (M-O) Owner LLC
Ponde/Shores Master Holdings, LP
Poplar Springs LLC
Preserve at Sagebrook (M-O) Owner LLC
Preston Greens Apartments Investors, L.P.
R. James Properties, Inc.
Raia Properties CO-1, LLC
Ranch at City Place
Rand 3489 LLC
Rand 418 LLC
Rand 430 LLC
Rand 6200 LLC
Rare Springdale Austin, LLC
REA Lynchburg, LLC
Redwood Garden Properties, LLC

Regency Lakeside Associates, LLC
Regina Tillman
Reserve at Lake Pointe (M-O) Owner LLC
Reserve at Southpointe I Owner KofP LLC
Reserve at Southpointe II Apartments Owner
    KofP LLC
Richard and Joanne Panek
Richard Wolfe
Ridge Falls Apartments, LLC
River Park Tower Apartments Owner LLC
River Walk (M-O) Owner LLC
Riverbend Village Partners LLC
Riverwind Apartment (SC) Associates, LLC
Rivoli Run (M-O) Owner LLC
RMF Apartments, LLC
Robert M Freeland II
Rochester Village Apartments at Park Place
    Owner KofP LLC
Rollingwood Richmond Associates LP
Rudolf Lang & W Angelica Lang
Ryan 15401 6 Ave, LLC
S2 8500 Harwood LLC
S2 Andover LLC
S2 Brentwood LP
S2 Brixton AMP CRNT LLC
S2 Brompton Court, LP
S2 Camelot LLC
S2 CC LLC
S2 Churchill Crossing LLC
S2 Cypress Chase, LLC
S2 Daybreak Place LLC
S2 Eagle Crest LLC
S2 Forest Ridge LP
S2 Grandview, LLC
S2 Grove at White Rock, LLC
S2 High Pointe, LLC
S2 Hub LLC
S2 Hyde Park, LLC
S2 Jax 1 LLC
S2 Jax 4 LLC
S2 Jax 6 LLC
S2 Lake Village North LLC
S2 Legacy LLC
S2 MAG, LLC
S2 Magnolia LLC
S2 Manchester/Valencia, LLC

S2 Mark LP
S2 Mathews LP
S2 Mission Hill LLC
S2 Montage LLC
S2 NEO AMP CRNT LLC
S2 Oakland Hills, LP
S2 Off Broadway, LLC
S2 Oxford Park LP
S2 Reserve at Lake Buchanan, LLC
S2 Stone Ridge, LLC
S2 Tierra, LLC
S2 Trinity Place
S2 Uvalde LP
S2 Verona LLC
S2 VHH, LLC
S2 VOTG, LLC
S2 Willow Bend AMP CRNT LLC
S2 Willow Pond, LLC
S2 Windemere LLC
S2 Windridge LLC
Salvatore B Moio & Carol O'Donnell
Savannah Place (M-O) Owner LLC
SCG Atlas Aventura, L.L.C.
SCG Atlas Boynton I, LLC
SCG Atlas Boynton II, LLC
SCG Atlas Coconut Palm Club, LLC
SCG Atlas Gables Grand Plaza, LLC
SCG Atlas New River Cove, L.L.C.
SCG Atlas Oasis Delray, L.L.C.
SCG Atlas Delray Beach, L.P.
SCG Atlas Palm Trace Landings, L.L.C.
SCG Atlas Red Road Commons, LLC
SCG Atlas Sheridan Ocean Club, LLC
SCG Atlas Uptown Square, LLC
SCG Atlas Waterways, LLC
SCG Atlas Wellington, LLC
Schaefer Family Investments, LLC
Shadow Trace Partners LLC
Shander International, LLC
Sharon Pointe Owner LLC
Sheffield Heights Apartments Owner LLC
Sherry Lake Lantern Owner LLC
Sherwood Crossing Associates, LLC
Silverado Apartments Investors, L.P.
Silverado Owner LLC
SOF BD Owner, L.P.

SOF Casa Valley Owner, L.P
SOF Cimarron Owner, L.P.
SOF Cinnamon Park Owner, L.P.
SOF Cypress Park Owner, L.P.
SOF Euless Owner, LP
SOF Hidden Lake Owner, L.P.
SOF Meadow Glen Owner, LP
SOF Park 9 Owner, L.P.
SOF South Pointe Owner, LP
SOF-X Mission James Place, L.P.
Solon Club Apartments Owner KofP LLC
Somerset Place (M-O) Owner LLC
Spartanburg Park West Phase 2, LLC
Spartanburg Park West, LLC
Spencer Pearson
SPRE Waterford LLC
CMH Spring Brook Lofts LLC
StarPac Spring Grove LLC
CMH Asset A LLC
CMH La Maison LLC
SPT Dolphin Avalon Reserve LLC
SPT Dolphin Buena Vista I LLC
SPT Dolphin Buena Vista II LLC
SPT Dolphin Camellia Pointe LLC
SPT Dolphin Congress Park LLC
SPT Dolphin Cyprus Point LLC
SPT Dolphin Glen Oaks LLC
SPT Dolphin Hickory Pointe LLC
SPT Dolphin Hidden Creek LLC
SPT Dolphin Homestead Colony LLC
SPT Dolphin Madison Chase LLC
SPT Dolphin Madison Commons LLC
SPT Dolphin Magnolia Pointe LLC
SPT Dolphin Mariners Cove LLC
SPT Dolphin Metro Place I LLC
SPT Dolphin Metro Place II LLC
SPT Dolphin Osprey Ridge LLC
SPT Dolphin Palmetto Trace LLC
SPT Dolphin Park Avenue LLC
SPT Dolphin Pointe Vista I LLC
SPT Dolphin Pointe Vista II LLC
SPT Dolphin Providence Reserve LLC
SPT Dolphin Sand Lake LLC
SPT Dolphin Spring Harbor LLC
SPT Dolphin Waterford Pointe LLC
SPT Dolphin West Pointe LLC

SPT Dolphin Whistlers Cove LLC
SPT WAH Walden Park LLC
SPT WAH Waterford LLC
SPT WAH Waverly LLC
SPT WAH Wedgewood LLC
SPT WAH Wellesley LLC
SPT WAH Wellington LLC
SPT WAH Wentworth I LLC
SPT WAH Wentworth II LLC
SPT WAH Westbrook LLC
SPT WAH Westchase LLC
SPT WAH Westchester LLC
SPT WAH Westminster LLC
SPT WAH Weston Oaks LLC
SPT WAH Westwood LLC
SPT WAH Wexford LLC
SPT WAH Whispering Pines LLC
SPT WAH Whispering Woods LLC
SPT WAH Willow Lake LLC
SPT WAH Wilmington LLC
SPT WAH Windchase LLC
SPT WAH Windermere I LLC
SPT WAH Windermere II LLC
SPT WAH Windsong I LLC
SPT WAH Windsong II LLC
SPT WAH Windsor Park LLC
SPT WAH Woodbridge LLC
SPT WAH Woodcrest LLC
SPT WAH Woodhill LLC
SPT WAH Woodridge LLC
SPT WAH Worthington LLC
SPT WAH Wyndham Place LLC
SPT WAH Wyngate LLC
Squires Manor Apartment Associates, LLC
SREIT 1441 South Lindsay Road, LLC
SREIT Arboretum Place, L.L.C.
SREIT Autumn Ridge, L.L.C.
SREIT Autumn Wind, L.L.C.
SREIT Avida, LLC
SREIT Bridgeport, L.L.C.
SREIT Broad Vista Terrace, LLC
SREIT Camri Green Apartments, L.L.C.
SREIT Capital Crest, L.L.C.
SREIT Cascade Village, L.L.C.
SREIT Chestnut Ridge I, L.L.C.
SREIT Chestnut Ridge II, L.L.C.

SREIT Columbia Hills, L.L.C.
SREIT Courtney Manor, L.L.C.
SREIT Creekside at Bellemeade, L.P.
SREIT Crestview, L.L.C.
SREIT Culpeper Commons, L.L.C.
SREIT Decatur, L.L.C.
SREIT Dominion Pines, L.L.C.
SREIT England Run, L.L.C.
SREIT Erwin Residential, L.P.
SREIT Falcon Pointe, L.P.
SREIT Falcon Trace, L.L.C.
SREIT Foxridge, L.P.
SREIT Genito Glen, L.L.C.
SREIT Glen Creek, L.L.C.
SREIT Glen Ridge, L.L.C.
SREIT Grande Court, L.L.C.
SREIT Griffin Scottsdale, L.L.C.
SREIT Hatteras Sound, L.L.C.
SREIT Holly Cove Apartments, L.L.C.
SREIT Kalina Way, L.L.C.
SREIT Kings Ridge, L.L.C.
SREIT Las Villas De Kino, L.L.C.
SREIT Las Villas De Leon, L.P.
SREIT Leigh Meadows Apartments, L.L.C.
SREIT Lexington Club, L.L.C.
SREIT Lindsey Terrace, L.L.C.
SREIT Madelyn Oaks, L.L.C.
SREIT Magnolia Creste, L.L.C.
SREIT Magnolia Village, L.P.
SREIT Markhams Grant I, L.L.C.
SREIT Markhams Grant II, L.L.C.
SREIT Markhams Grant III, L.L.C.
SREIT Noah's Landing, L.L.C.
SREIT Oak Crest L.P.
SREIT Ocean Gate, L.L.C.
SREIT Overlook at Simms Creek, L.P.
SREIT Park Ridge, L.L.C.
SREIT Parkview, L.P.
SREIT Patriots Pointe, L.P.
SREIT Ponce Harbor, L.L.C.
SREIT Reserves at Arboretum, L.L.C.
SREIT River Birch, L.P.
SREIT River Park Place, L.L.C.
SREIT River Reach, L.L.C.
SREIT Riverwalk, L.P.
SREIT Rocky Creek, L.P.

SREIT Royal Poinciana, L.L.C.
SREIT Silver Hill, L.L.C.
SREIT Soldiers Ridge, L.L.C.
SREIT South Main Commons, L.L.C.
SREIT Spinnaker Reach, L.L.C.
SREIT Sterling Crest, L.L.C.
SREIT Stone Creek, L.P.
SREIT Stonegate, L.L.C.
SREIT Thomas Chase Apartments, L.L.C.
SREIT Tuscan Isle, L.L.C.
SREIT Villa Biscayne, L.L.C.
SREIT Vista Haven, L.L.C.
SREIT Willow Ridge, L.P.
SREIT Woodbridge, L.L.C.
SREIT Woodburn I, L.L.C.
SREIT Woodburn II, L.L.C.
St. James Crossing Apartments Investors, LLC
Station 153 Owner LLC
Sterling Bay Holdings, Inc.
Stillwater Apartments Investors, LLC
Stillwood Farms Venture, LLC
Stone Forest Apartments, L.C.
Stonebrook Apartments (Nashville) Owner
    LLC
Stoneridge Apartments Mark Center Owner
    LLC
Stonesthrow Apartment (SC) Associates, LLC
Strafford Station Apartments Owner LLC
Structure Capital, LLC
Summerlin at Concord (M-O) Owner LLC
Sun Dog Enterprises, LLC
Sunset Terrace Partners LLC
Surya Chaakara Limited Partnership
Swarr-Conestoga Associates, LP
T& J Realty Restoration LLC
Telegraph 14, LLC
Terra Vida Apartments Investors, LLC
TH Property Owner 1, L.P.
TH Property Owner 10 GP, LLC
TH Property Owner 11 GP, LLC
TH Property Owner 2 GP, LLC
TH Property Owner 3 GP, LLC
TH Property Owner 4 GP, LLC
TH Property Owner 5, L.P.
TH Property Owner 6 GP, LLC
TH Property Owner 7 GP, LLC

TH Property Owner 8 GP, LLC
TH Property Owner 9 GP, LLC
The Cascades Apartments Owner KofP LLC
The Docks Apartments Owner KofP LLC
The Encore at Laurel Ridge Apartments
    Owner KofP LLP
The Highlands of Montour Run Tenant KofP
    LLC
The Overlook at Golden Hills Apartments
    Owner KofP LLC
The Preserve at Beckett Ridge Apartments
    Owner KofP LLC
The Preserve at Milltown Lantern Owner LLC
The Summit at Ridgewood Apartments Owner
    KofP LLC
The Village of Laurel Ridge I LLC
The Waterway Apartments (SC) Owner LLC
The Woods at Polaris Parkway Apartments
    Owner KofP LLC
INOB, LLC
Timberlake Apartment Associates, LLC
TIO Milestone Gables Apartments Investors,
    LP
TIO Milestone James Pointe Apartments
    Investors, LLC
TIO Milestone Retreat Apartments Investors,
    L.P.
TIO Milestone Springfield Apartments
    Investors, L.P.
Titan's Creek LLC
Torrente Apartments Owner LLC
Traditions at Augusta (M-O) Owner LLC
Trinity Station Owner LLC
Trivium Assets, LLC
TSV Crossroads at Rochelle LLC
Turner Hill Partners, LLC
Tuscany Pointe (M-O) Owner LLC
Tuscany Pointe II (M-O) Owner LLC
University House, LLC
Valleyfield Partners, LLC
Verandas on the Green (M-O) Owner LLC
Veritas Equity Management, L.L.C.
Vickery Development, Inc.
Villa Du Lac (M-O) Owner LLC
Villa Holdings Inc
Villa Monterey Properties, LLC

Village at Brierfield Owner LLC
Village at Potomac Falls Lantern Owner LLC
Villa East Properties, LLC
Wanda Walker
Waterfront Apartments Owner KofP LLC
Waters at Westchase Apts LLC
Waters Edge Owner LLC
Waterview Lantern Owner LLC
Waverly Apartments, LLC
Wedgewood Hills Apartment Associates, LLC
Wentworth at West Clay Owner
Wesley Kensington Partners, LLC
Wesley Providence Partners, LLC
Westchester Redan Cove, LLC
Westdale Adam Hats, Ltd
Westdale Alameda, LLC
Westdale Bandera Crossing TX LP
Westdale Bear Creek TX LP
Westdale Blue Lagoon, LLC
Westdale Brighton Place, Ltd
Westdale Brookstone/Terrace, LP
Westdale Cherry Creek CO, LLC
Westdale Cypress Creek TX, LP
Westdale Davenport, Ltd
Westdale Deep Ellum Lofts, Ltd
Westdale Estelle Creek, Ltd
Westdale Futura Lofts, Ltd
Westdale Grand Canton, LLC
Westdale Grand Pelham, LLC
Westdale Gwinnett Square GA LLC
Westdale Hamilton, LP
Westdale Heritage Ltd
Westdale Hills 2013, LP
Westdale Hollows TX, LP
Westdale Interstate Properties, Ltd
Westdale Jefferson Creek TX, LP
Westdale Jefferson Place TX, LP
Westdale La Costa, LP
Westdale Lakeridge Ltd
Westdale Longspur Crossing TX, LP
Westdale Montfort Crossing, LLC
Westdale NC Summit Creek, Ltd
Westdale Noel, LP
Westdale Oaks of Denton, Ltd
Westdale on the Green, Ltd
Westdale Park at Woodlake TX, LP

Westdale Parke, LLC
Westdale Pavilion, Ltd
Westdale Pensacola Grand, LLC
Westdale Pine Village North, LLC
Westdale Polaris Partners, Ltd
Westdale Polo Club, Ltd
Westdale Poplar Place LP
Westdale Preston Villas, Ltd
Westdale Reflections 2020, LLC
Westdale Riverwood GA, LLC
Westdale Sabal Point NC, LLC
Westdale Solamere Grand, LLC
Westdale Summit, Ltd
Westdale Twenty2, LLC
Westdale Vista Crossing TX, LP
Westdale Waterford Place GA, LLC
Westdale Willow Brook TX, LP
Westdale Wind River Crossing TX, LP
Westdale Windridge, Ltd
Westdale Woodmeade, Ltd
Westdale Woodmere Trace GA LLC
Westgate Apartments & Townhouses Limited
    Partnerships
Westpointe Apartments Owner KofP L.P.
Wexford Owner LLC
Whitestone Village Apartment Associates,
    LLC
WI Flashcube LLC
Willow Creek Apartments, LLC
Willow Run Apartments Mark Center Owner
    LLC
Willow Tree Apartments, L.C.
Willowbrook Lantern Owner LLC
Woodbrook Owner LLC
Woodcreek Delaware Inc
Worthington Apartments Owner KofP LLC
Wright-Way Real Estate & Property
    Management, LLC
Wynnewood Owner LLC
YMP Barrington, LLC
YMP Boardwalk, LLC
YMP Center Court, LLC
Ryan Landmark, LLC
YMP Palo Verde, LLC
YMP Park Towers, LLC
YMP Riverside Palms, LLC

Bexley House Apartments, LLC
Belmont Place Apartments, LLC
Courtney Park Apartments, LLC
Debra Avenue Apartments, LLC
Eagles Point Ventures, LLC
Waterside Apartments Ventures, LLC
JRK Northridge Partners, LP
JRK Cliffs at 6th Partners LLC
JRK Colinas Del Sol, LLC
Deerfield Apartments Property Owner LLC
Independence Green Apartments Property
    Owner, LLC
Fieldpointe of St. Luis Apartments Property
    Owner LLC
Spyglass Apartments Property Owner LLC
Addison Place Apartments Property Owner
    LLC
Century Hills Property Owner LLC
Chase Arbor Apartments Property Owner LLC
Cornerstone Apartments Property Owner LLC
Breckinridge Point Apartments Property
    Owner, LLC
Briargate Apartments Property Owner, LLC
Citigate Apartments Property Owner, LLC
Kia Ora Park Apartments LLC
Steele Creek Apartments Property Owner,
    LLC
350 Perimeter Center North Atlanta Apts
    Property Owner LLC
Centre Station Apartments LLC
Greens of Salem Run Apartments, LLC
Chesapeake Coveside Lane Apartments
    Property Owner, LLC
Carrington Place Apartments Property Owner,
    LLC
Manchester Lakes I Aparments, LP
Manchester Lakes II Apartments, LP
Southland Apartments Property Owner, LLC
West 18th Street Apartments Owner, LLC
Arwen Vista Property Owner, LLC
Cabana West Property Owners LLC
Heritage at Lakeside Property Owner LLC
Summerbrooke Property Owner LLC
Chatham Parkway Apartments Property
    Owner LLC

20

Heritage Lakes Apartments Property Owner LLC

East Fifty First Apartments Property Owner LLC

Venice Lofts Property Owner LLC

Arbor Oaks Apartments Property Owner, LLC

Citra at Windermere Apartment Property Owner LLC

GSG Residential Grandeville, LLC

Heritage at Freemason Apartments Property Owner, LLC

Westtown Apartments Property Owner, LLC

Park Place Apartments Property Owner, LLC

Saratoga Place Apartments Property Owner LLC

Terra Mar Apartments I Property Owner LLC

Terra Mar Apartments 2 Property Owner LLC

Pinnacle Colorado Apartments Property Owner LLC

Westcliff Apts Property Owner LLC

Indigo Park Property Owner, LLC

909 West Property Owner, LLC

Carrington Park Apartments Property Owner, LLC

Enclave at Pamalee Property Owner, LLC

Gawain Circle, LP

Humble Memorial Gardens, Ltd.

Gainesville McEver, LLLP

The Gables of Maumelle Apartments, Limited Partnership

Chapel Trust, LLLP

DDI Florence, LP

Daytona Beach Leased Housing Associates I, LLLP

Gainesville Acquisition III, LLC

Fort Dodge Leased Housing Associates I, LP

Coffeyville Leased Housing Associates I, Limited Partnership

WRPV XII Greenwood Plaza, L.L.C.

WRPV XII Denver Place, L.L.C.

WRPV XIII Ridge Thornton, L.L.C.

Port Royale Propco, L.L.C.

WRPV West Miami, L.L.C.

WRPV XIII SF Austin, L.L.C.

WRPV XIII Carrington Cypress, L.L.C.

WRPV XIII Gramercy Dallas, L.L.C.

WRPV XIII Southside Flats Dallas, L.L.C.
WRPV XIII MM Stafford, L.L.C.
WRPV XIII WB Austin, L.L.C.
WRPV XIII Reserve Houston, L.L.C.
WRPV XIII Plantation Woodlands, L.L.C.
WRPV XIII SC Austin, L.L.C.
WRPV XIII Mockingbird Dallas, L.L.C.
WRPV XII Firewheel Garland, L.L.C.
WRPV XII Haven Houston, L.P.
WRPV XII Villas HP Houston, L.L.C.
WRPV XIII Creekside Plano, L.L.C.
WRPV XIII Lakeshore Plano, L.L.C.
WRPV XIII Summerwind Pearland, L.L.C.
WRPV XIII Shirlington, L.L.C.
WRPV XIII Residences Springfield, L.L.C.
WRPV XII Element Phoenix, L.L.C.
WRPV XIII Atria Raleigh, L.P.
WRPV XIII Tribute Raleigh, L.L.C.
WRPV XIII Highland Charlotte, L.P.
WRPV XIII Audubon Cary, L.P.
WRPV XIII Retreat Charlotte, L.P.
WCV Manor Raleigh, L.L.C.
WRPV XIII AG Charlotte, L.P.
WRPV Vista Glen Nashville, L.L.C
WRPV XIII Doubletree Nashville, L.L.C.
WRPV XIII NV Nashville, L.L.C.
WRPV XIII Fairways Henderson, L.L.C.
WRPV XIII VT Las Vegas, L.L.C.
WRPV XIII Mirasol Vegas, L.L.C.
WRPV XIV ECH LV, L.L.C.
WRPV XIV Pointe LV, L.L.C.
WC Venture 75 Tresser, L.L.C.
WRPV XIV Briarcliff Apartments Atlanta,
    L.L.C.
WRPV XIV Deerfield Village Milton, L.L.C.
WRPV XIV Gwinnett Pointe Norcross, L.L.C.
WRPV XIV Roswell Village, L.L.C.
WCV Pointe Lindbergh Tenant, L.L.C.
WCV Pointe CH Tenant, L.L.C.
WCV Pointe Vinings Tenant, L.L.C.
WRPV XII Peachtree Battle Atlanta, L.L.C.
WRPV XII Savannah Atlanta, L.L.C.
BMEF Roosevelt, L.L.C.
2020 Lawrence Street, L.L.C.
APTCO Aspen Grove Limited Partnership
APTCO Dakota Ridge, L.L.C.

BMEF Red Hawk, L.L.C.
Stamford Phase Four JV, LLC
BIR Coral Gables I, L.L.C
BMIRF Manor, L.L.C.
BMIRF Citrus Park, L.L.C.
BMIRF Winter Park, LLC
DGJ Krupp Bros. FLVSPE, LLC
PBOne Howell Mill, LLC
PBOne Terminus, L.L.C.
BMIRF Lenox, L.L.C.
BMEF Spring Hill, L.L.C.
BMIRF EON, L.L.C.
DGJ Towne House Mospe, L.L.C.
PBOne Cameron LP
BIR Chapel Hill LLC
PBOne Dilworth LP
PBOne Main Street Limited Partnership
PBOne Ninth Street Limited Partnership
BVF-IV Fort Mill, LLC
PBOne Artisan, L.L.C.
PBOne Aspen Grove, L.L.C
TRG Arapaho, L.L.C.
TRG Arapaho II, LLC
BMEF Creekside, LLC
BMEF Jones Forest, LLC
BMEF Lakeway, LLC
APTCO Medical District, L.L.C.
BMEF Preserve, LLC
APTCO RiverView, L.L.C.
BMEF Spring Creek, LLC
BMEF Woodland, LLC
BMIRF Estancia, L.L.C.
PBOne Bellaire, L.L.C.
BMEF Highlands Limited Partnership
BT-JV MS, LLC
BT-JV PBR, LLC
BMEF Plaza Limited Partnership
PBOne Pradera, L.L.C.
PBOne Providence, L.L.C.
BMEF San Marin Limited Partnership
BMEF Stoneleigh Limited Partnership
PBOne The Core, L.L.C.
BVF-IV Vargos, LLC
BT-JV VBR, LLC
BT-JV VG, LLC
VA-MF (Woodlands) LLC

23

VA-MF (Houston) LLC
JDFW (Boardwalk) LLC
JDFW (Reserve) LLC
JDFW (Vantage) LLC
JDFW (West Love) LLC
JDFW (Eastshore) LLC
JDFW II (1900) LLC
JDFW II (Promenade) LLC
JDFW II (Silverlake) LLC
JDFW III (Woodlands) LLC
JDFW IV (Mockingbird) LLC
Westdale Hunters Chase TX, LP
15200 Blue Ash Drive Limited Partnership
Arbor Cove, Ltd
Augusta Leased Housing Associates I LLLP
Austin Leased Housing Associates II Limited
    Partnership
Austin Leased Housing Associates III Limited
    Partnership
Austin Leased Housing Associates IV Limited
    Partnership
Balch Springs Leased Housing Associates I
    LLLP
Batavia Leased Housing Associates I LLLP
Beaufort Leased Housing Associates I Limited
    Partnership
Beaufort Leased Housing Associates II LLLP
Beaufort Leased Housing Associates III LLLP
Beaumont Leased Housing Associates I LP
Beaumont Leased Housing Associates II LP
Bradenton Leased Housing Associates III
    LLLP
Canton Leased Housing Associates III LP
Canton Leased Housing Associates Successor
    I LLC
Canton Leased Housing Associates Successor
    II Limited Partnership
Cathy's Pointe Ltd
Centennial Leased Housing Associates I LLLP
Chicory Court Madison III LP
Chicory Court-Simpson Stuart LP
Cincinnati NHTE Housing LP
Clearwater Acquisitions I LLC
Cleveland Leased Housing Associates I LP
Colorado Commons LLLP
Columbus Acquisitions IV LLC

24

Commerce City Leased Housing Associates I LLLP

Council Bluffs Leased Housing Associates I LLLP

Covington Leased Housing Associates II LLLP

Covington Leased Housing Associates III LLLP

Covington Leased Housing Associates IV LLLP

Dacula Leased Housing Associates I LLLP

Dallas Acquisitions XII LLC

Dallas Leased Housing Associates IV LLLP

Dalton Leased Housing Associates II LLLP

Davenport MAHC LLLP

Deland Leased Housing Associates II LLLP

Denver Leased Housing Associates VI LLLP

Denver Leased Housing Associates VII LLLP

Des Moines Leased Housing Associates I Limited Partnership

Des Moines Leased Housing Associates IX Limited Partnership

Des Moines Leased Housing Associates VII LP

Des Moines Leased Housing Associates VIII Limited Partnership

Dominium Colorado LP

Douglasville Leased Housing Associates I LLLP

East Point Acquisitions II LLC

Euclid Leased Housing Associates I Limited Partnership

Forest Park Acquisition LLC

Gainesville Leased Housing Associates (TIC-I) III LLC

Gainesville Leased Housing Associates IV LLLP

Gallatin Leased Housing Associates I Limited Partnership

Goshen Leased Housing Associates I LLLP

Grand South Senior Limited Partnership

Greeley Leased Housing Associates I LLLP

Groves Of Delray II Ltd

Hailey Leased Housing Associates III LLLP

Hendersonville Leased Housing Associates I Limited Partnership

25

Hermitage Acquisitions I LLC

Houston Leased Housing Associates I LP

Houston Leased Housing Associates III
Limited Partnership

Houston Leased Housing Associates Owner IX
LLC

Houston Leased Housing Associates V LLLP

Houston Leased Housing Associates VI LLLP

Houston Leased Housing Associates X LLLP

Houston LHA Owner VIII LLC

Hudson Leased Housing Associates V Limited
Partnership

Iowa City Leased Housing Associates III
LLLP

Jackson Community Apartments LP

Joplin Leased Housing Associates II LP

Joplin Leased Housing Associates Limited
Partnership

Kaufman Leased Housing Associates I
Limited Partnership

Kirby Manor LP

Kissimmee Leased Housing Associates I
Limited Partnership

Lafayette Leased Housing Associates II LP

Laurel Ridge at Washington Road Apartments
LP

Lawrenceville Leased Housing Associates I
LLLP

Lawrenceville Leased Housing Associates II
LLLP

Lawrenceville Leased Housing Associates III
LLLP

Lawrenceville Leased Housing Associates V
LLLP

Lawrenceville LHA IV LLLP

Mableton Acquisitions I LLC

McKinney Leased Housing Associates Owner
I LLC

Melbourne Leased Housing Associates II
LLLP

Mesa Leased Housing Associates I LP

MM Pointe Ltd

Mountain Park Apartments LLLP

Murfreesboro Leased Housing Associates I
Limited Partnership

Naples Leased Housing Associates II LLLP

Nashville Leased Housing Associates I
Nashville Leased Housing Associates I
    Limited Partnership
Nashville Leased Housing Associates IV
    LLLP
Nashville LHA IV LLLP
Newnan Leased Housing Associates I LLLP
Odessa Leased Housing Associates I Limited
    Partnership
OHC Hillcrest Ltd
OHC Park Manor Ltd
OHC Cobblestone Ltd
OHC Desoto I Ltd
OHC Little Elm Ltd
Omaha Leased Housing Associates I LLLP
Omaha Leased Housing Associates II LLLP
Orange Leased Housing Associates I Limited
    Partnership
Orlando Leased Housing Associates I, Limited
    Partnership
Orlando Leased Housing Associates IX LLLP
Orlando Leased Housing Associates V LLLP
Orlando Leased Housing Associates VII LLLP
Orlando Leased Housing Associates X LLLP
Orlando Leased Housing Associates XI LLLP
Orlando Leased Housing Associates XII,
    Limited Partnership
Palmetto Leased Housing Associates I LLLP
Parker Leased Housing Associates I LLLP
Parkland Manor LP
Parsons Leased Housing Associates I Limited
    Partnership
Pegasus Villas Ltd
Pflugerville Leased Housing Associates (TIC-
    1) LLLP
Phoenix Leased Housing Associates II LLLP
Poinciana Leased Housing Associates I LLLP
Pompano Beach Leased Housing Associates II
    LLLP
Port Richey Leased Housing Associates II
    LLLP
Porter Commons Apartments LP
Provence Place LP
Punta Gorda Leased Housing Associates II
    LLLP
River Roads Family Limited Partnership

27

River Roads Senior Limited Partnership
Riverdale Leased Housing Associates II LLLP
Sahuarita Ridge Apartments, L.L.C
Sea Mist Ltd
Shady Creek Housing Partners, LTD
Sioux City Leased Housing Associates I LP
Southern Oaks Housing LP
St Louis Leased Housing Associates IV LP
St Louis Leased Housing Associates LIHTC V
    LLLP
St Louis Leased Housing Associates V LLLP
Stonecrest Leased Housing Associates I LLLP
Teri Road Housing LTD
THF Midland Leased Housing Associates I
    Limited Partnership
THF Midland Leased Housing Associates II
    Limited Partnership
Three Rivers Landing of Gulfport LP
Tiger Bay of Gainesville, LTD
Tolleson Leased Housing Associates II
    Limited Partnership
Tranquility Housing LTD
Tucson Leased Housing Associates II, LLC
Tucson Leased Housing Associates III, LLC
TX Hillside Apartments LP
TX RR620 Apartments
TX Timbercreek Housing LP
Vero Beach Leased Housing Associates III
    LLLP
Victory Crossing Apartments, LP
Village at Delray LTD
Washington Avenue Apartments LP
West Cardinal 140 LP
West Oaks/Finlay Partners III, Limited
    Partnership
Westminster Leased Housing Associates I
    LLLP
Woodstock Leased Housing Associates I
    LLLP
MI Residential, LLC
Reece Equity, LLC
Tahoe Diversified, LLC
Epic Homes, LLC
Sterling Residential, LLC
Trenton Trip Net, LLC
Huron River Allen Park, LLC

28

Huron River Dearborn, LLC
Huron River Garden City, LLC
Huron River Grosse Ile, LLC
Huron River Apartments, LLC
Huron River Shelby, LLC
Huron River Toledo, LLC
Huron River Wayne, LLC
Huron River Wyandotte, LLC
Huron River Ypsilanti, LLC
Bridge Tower Dallas Three LLC
BT Cayman LLC
BT Harbor One LLC
BT Oriole One LLC
BT Oriole Two LLC
BT Pegasus LLC
BT Pine LLC
BT SFRL I LLC
Forney Caladium LLC
Forney Maverick LLC
Forney Wrangler LLC
HPMC Properties Dallas
Nathan Morrison
WB Bermuda Shores LLC
WB Condor LLC
WB Cypress LLC
WB Falcon LLC
WB Magnolia
WSBT Cobblestone Home VIII LP
North Texas Family Properties 2 LLC
Michael Svatko
St Cloud Leased Housing Associates II LLLP
St. Louis Leased Housing Associates III, LP
GS Highlands, LLC
GEP X Desert View, LLC
Seventh Street Tempe AZ Owner LLC
GEP X Coronado, LLC
GEP X Cordoba LLC
GS Cherry Creek Project Owner, LLC
GS Belmar Project Owner, LLC
GS 21 Lawrence Project Owner, LLC
GGIF Lowry LLC
Union on Elizabeth CO Owner LLC
Lokal Fort Collins Co LLC
Plum Owner Ft Collins Co LLC
GEP X Thornton LLC
GS AA Stapleton Owner LLC

EDR Storrs, LLC
GS Brickell Project Owner, LLC
GS Delray, LLC
GS Boca City Project Owner, LLC
GS Delray II Project Owner, LLC
GS Mark, LLC
GS Valencia, LLC
Union Fletcher Tampa FL LLC
GEP X City Park, LLC
GEP X Coachman, LLC
GEP X Lakeview, LLC
GS Peachtree Project Owner, LLC
GS Druid Hills, LLC
GEP X Cumberland, LLC
GGIF Aston City Springs Owner, LLC
GEP X Breckinridge, LLC
GEP X Acworth, LLC
GEP X Kennesaw, LLC
GEP X Ridenour, LLC
GEP X Cheshire, LLC
GGIF Newbergh ATL LLC
GEP X Chase LLC
GEP X Court LLC
GEP X Dunwoody, LLC
GEP X Fuller Way, LLC
GEP X Powers Ferry Owner, LLC
CV East Lansing MI LLC
Varsity at Ann Arbor LLC
GEDR Landmark, LLC
EDR College View MS, LLC
GEP X Allerton Owner, LP
GEP X Waterlynn Owner, LP
GS Grove Park LP
GREP X Broad Owner, LP
GEP X Landing Owner, LP
GGIF Steele Creek, LP
EDR Southside Commons PA LLC
CD/Park7 Pittsburg Owner LLC
GEP X Thornblade, LLC
GEP X Long Point Owner, LLC
GEP X Waterford, LLC
GEP X Lexington, LLC
GEP X Bell Road, LLC
GEP X South Oaks Owner, LLC
GS Eldridge Limited Partnership
GS Fairmount Project Owner, LP

ASA Apartments Limited Partnership
GS Addison Circle, LLC
GS Arpeggio Project Owner, LP
GS Rio, LP
GS Eldridge LLC
San Marcos TX Student Housing LLC
GEP X Soco, LLC
GGIF Grapevine LP
GEP X River Park, LLC
GS 55 Hundred, LLC
GS Baileys Project Owner, LLC
GS Prospect Project Owner, LLC
GS Tyson's Corner Project Owner, LLC
GS Park Crest, LLC
GEP X Stoney Ridge, LLC
GEP X Fieldstone LLC
GEP X Copper Spring, LLC
Core Campus Madison LLC
Village Park Senior Housing Partners, Ltd.
168 Realty Group III, LLC
168 Realty Group IV, LLC
168 Realty Group V, LLC
168 Realty Group VI-A, LLC
168 Realty Group VI-B, LLC
Allanza Fee Owner LLC
Amelia Court at Creative Village II Partners,
    LTD.
Amelia Court Developers, LLC
Ashley Lake Fee Owner LLC
Aurora Retreat Fee Owner LLC
Avondale Gateway Owner LLC
Bayou Point TT LLC
Beach Village Palm Coast, Ltd
Bella Thunderbird Fee Owner LLC
Belle Isle Apartments Partners, Ltd
Berkshire Club Partners, Ltd
Boca Palms Partners, Ltd.
Brentwood Club on Millenia Blvd. Ptrs, Ltd.
Bridgeport Fee Owner LLC
Bridgewater Club Partners, Ltd.
Brittany Bay Partners II, Ltd
Brittany Bay Partners, Ltd.
Brookhaven Development Land, Ltd.
Brookside Partners, Ltd
Brookwood Forest Partners, Ltd
Calibre Crest Fee Owner LLC

Cambridge Club Partners, Ltd.
Cape Morris Cove Partners LLLP
Cape Morris II Partners LLLP
Carrollwood Place Fee Owner LLC
Central Landings 83, Ltd
Central Landings Partners Ltd
Central Park Fee Owner LLC
Charleston Club Partners, Ltd.
Club at Eustis Partners Ltd
Concord Court at Creative Village Partners, Ltd
Concord Lexington, LLC
Country Place Fee Owner LLC
Covington Club, LLLP
Covington Fee Owner LLC
Creekside Way Fee Owner LLC
Dean Woods Place Partners, Ltd.
Dodson Chapel Fee Owner LLC
Duraleigh Fee Owner LLC
Eastern Springs Fee Owner LLC
English & Swoope Investment, L.L.C.
Enterprise Dev Partners, LLLP
Fairview Cove II, Ltd.
Fairview Cove, LLLP
Falcon Pines Fee Owner LLC
Fountains at Falkenburg II
Fountains at Millenia II LLLP
Fountains at Millenia III LLLP
Fountains at Millenia IV LLLP
Fountains at Pershing Park, Lt
Fountains at San Remo Crt Ptnr
Fountains at Saxon Pointe Blvd.
Fox Chase Partners, Ltd.
Galleria Palms Fee Owner LLC
Garden Grove Apartments, Ltd.
Garden Grove Investments, L.L.C.
Gemini Settler's Point Fee Owner LLC
Georgia Bradley Pointe Ptnrs
Glenn on Millennia Partners, Ltd.
Goldenrod Pointe Partners, Ltd
Goldenrod TT LLC
Grand Pointe Fee Owner LLC
Hammock Harbor LLLP
Harbor Vista Dev Group LLLP
Harris Cove Partners, Ltd
Heritage Park Apartments, Ltd.

Heritage Pointe Partners, Ltd.
Howell Branch Cove, Ltd
Hunters Run Partners II, Ltd.
Hunters Run Partners, Ltd.
Indian Trail TT LLC
Kathleen Pointe Partners LLLP
Lake Harris Cove Partners, Ltd
Lake Sherwood Inv Ptnrs, LLLP
Lake Sherwood Phases 3 & 4, LLC
Lake Sherwood Phases 6-8, LLC
Lake Sumter Partners, Ltd.
Lakewood Pointe, Ltd.
Lakewood Shores Ptnrs, Ltd.
Landstar Park Partners, Ltd
Lee Vista Partners, Ltd.
Lennard Road Partners, Ltd
Lexington Court Partners, Ltd.
Lingo Cove Partners, Ltd.
Little River Fee Owner LLC
Longhorn Fee Owner LLC
Magnolia Ridge Owner LLC
Malabar Cove II, Ltd.
Malabar Cove, LLLP
Marbella Cove II, LLLP
Marbella Pointe Dev Grp, LLLP
Martin Lakeside Apartments, Ltd.
McMullen Booth Fee Owner LLC
Millenia Development Grp, LLLP
Miller Huggins Fee Owner LLC
Mission Springs Fee Owner LLC
Monaco Parkway Fee Owner, LLC
Moss Park Partners, Ltd.
Nantucket Cove Partners, Ltd
Nassau Club Partners, Ltd.
Newnan Crossing Apts Partners
Newport Sound Partners II, Ltd.
Newport Sound Partners, Ltd
Oasis Jones Fee Owner LLC
Oasis Rainbow Fee Owner LLC
Oasis Vegas Fee Owner LLC
Osceola Boca Palms, Ltd.
Osceola Pointe Partners, Ltd
Oviedo Town Centre Dv Grp LLLP
Oviedo Town Centre II Ptr LLLP
Oviedo Town Centre III LLLP
Oviedo Town Centre IV LLLP

Palm Breeze Managers II, LLC
Palm Breeze Partners, Ltd
Parc Hill Apartment Partners Ltd
Parc Hill Senior Lvng Ptns Ltd
Pasco Richey Woods, Ltd.
Pier Park Partners, Ltd.
Red Fox Fee Owner LLC
Regatta Bay Partners, Ltd.
Reserve at Orange City, L.L.C.
Retreat Fee Owner LLC
River Ridge Apartments, Ltd.
Rolling Acres Club II LLLP
Rolling Acres Club LLLP
Rolling Green, Ltd.
Royal Oaks Fee Owner LLC
Runaway Bay Fee Owner LLC
Russell Bay Fee Owner LLC
Russell Mesa Fee Owner LLC
S&R, Ltd
Sailboat Fee Owner LLC
San Jacinto Fee Owner LLC
Sand Bay Fee Owner LLC
SAS Lex. Club at Spring Arbor Managers,
    LLC
SAS Spring Aror Managers, LLC
Satellite Blvd Fee Owner LLC
Saxon Trace Partners, Ltd.
Seminole Cty Loma Vista Ptnrs
SLC Somerset Village Fee Owner LLC
Solis FL Owner LLC
Somerset Cove Partners, Ltd.
Somerset Developers, Ltd
South Kirkman Fee Owner LLC
Southwinds Partners LLLP
Spring Lake Cove II, Ltd
Spring Lake Cove, LLLP
Stone Harbor Partners II, Ltd.
Stonegate Club Partners, Ltd.
Stuart Pointe Partners, Ltd.
Sweetwater Fee Owner LLC
TA Cypress Pond Fee Owner LLC
TA Falls Fee Owner LLC
TA Montego Fee Owner LLC
TA Raven Fee Owner LLC
TA Retreat LV Fee Owner LLC
TA Urban Fee Owner LLC

TA Vida Fee Owner LLC
Taylor Place, Ltd.
Tenaya Lucia Fee Owner LLC
Tesoro Ranch Fee Owner LLC
The Cove at Lady Lake Ptnrs, Ltd
The Cove at St. Andrews Partners, Ltd.
The Landings on Millenia Blvd. Partners, Ltd.
The Loop Apartments, Ltd.
Timacuan Fee Owner LLC
Timberline Partners, Ltd
TLUS TA Midtown Atlanta Owner LLC
TLUS TA Vinings Owner LLC
Trevi Fee Owner LLC
Tripp Fee Owner LLC
Tropicana 5325 Fee Owner LLC
Twin Lakes Fee Owner LLC
University Club Partners, Ltd.
Uptown Maitland Partners, Ltd.
Urban Edge Apartments, Ltd.
Urban Edge Partners II, Ltd.
Valencia Village Partners, Ltd.
Ventura at Turtle Creek, LLC
Village at Cortez Partners, Lt
Vineland Investment Partners Phase II, LLC
Vineland Landings Partners, Ltd
Vista Park Partners, Ltd.
Vista Pines Partners, Ltd.
Warm Springs Fee Owner LLC
Waterford East Partners, Ltd.
WaterVue Apartments, LLC
Westwood Club Partners, Ltd
Westwood Park Partners, Ltd
Wickham Club Partners, Ltd
Winter Country Gardens Assoc, L.P.
Genoa Lakes Communities, LLC
CR Palm Court Communities LLC
CR Park Meadows Communities, LLC
CH Scottsdale Gateway II Communities, LLC
CH Ahwatukee Fairways Communities, LLC
CR Chazal Communities, LLC
CR Verano Communities, LLC
CH Cortesian Communities, LLC
CH Visconti at Camelback Communities, LLC
CH Glen at Old Town Communities, LLC
Houston House, LP
CR Cabochan Communities, LLC

CR Laurel Canyon Communities, LLC
CR San Miguel Communities, LLC
CR Greenwood Point Communities, LLC
CH Alta Springs Communities, LLC
CH Dayton Crossings Communities, LLC
CH Woodstream Village Communities, LLC
CR Village Creek Communities, LLC
CR Lakeview Towers, LLC
CR Sandpiper Communities, LLC
CR Aspen Grove Communities, LLC
CR Westbury Communities, LLC
CR Tuscan Heights Communities, LLC
CR Park Place on 92nd Communities, LLC
CH Park at Canyon Ridge Communities, LLC
CR Allison Pointe Communities, LLC
CR Cambridge Communities, LLC
CR Riverbend Communities, LLC
CR Farmgate Communities, LLC
CR Sagegate Communities, LLC
CR Cobblegate Communities, LLC
CH Novi Communities, LLC
CR Townegate Communities, LLC
CR Timbergate Communities, LLC
CR Metro at Fireclay Communities, LLC
Sundance Village Apartments, LLC
Encompass PHX, LLC
MP Tamiami, LLC
GPAI Rio, LLC
D Canterbury Courts, LLC
Cascades Hammocks Apartments, LLC
D Gables, LLC
Quincy Commons, LLC
County Line Apartments, LLC
MREI V EP JV, LLC
Grand Estates at Keller, LLC
Kessler Peak, LLC
Meadow Ridge Apartments, Ltd.
Ironwood Apartments, LLC
GP-RPC Livingston, LLC
Highland Park Apartments Denver Venture,
    LLC
Ludlam Point Miani, LLC
Madison Apartments Holdco, LLC
GPAG Monaco Venture, LLC
SW 283 Homestead, LLC
MP Banyan Ridge, LLC

36

Littleton Village Apartments, LLC
GPAI Copperleaf, LLC
GP-RPC Frisco, LLC
GPAI Stuart, LLC
GPAI Skyline, LLC
Solero Apartments, LLC
MCA Deering Groves JV, LLC
GPAI Loretto, LLC
Founders Peak, LLC
GPRW Conifer, LLC
GPAI Westminster, LLC
Wildwood Creek Apartments, LLC
FA Wyndham Lake, LLC
ST. Andrews at Weston, LTD
Barrington Club Acquisition, LTD
Palms of Boca Del Mar, LTD
Boca Colony Acquisition, LTD
Doral Grande Residences, LTD
Grande Palms at Tradition III, LLC
Blue Atlantic Ashford, LP
Blue Atlantic Vinings, LP
Ocean Howell Station, LLC
Blue Atlantic Hartsfield, LP
Blue Atlantic Brookwood, LP
Blue Atlantic Preston Ridge, LP
Ocean Morningside Courts, LLC
Ocean Sloan Square, LLC
Ocean Townview Station, LLC
Blue Atlantic Cityview, LP
Ashley Forest Apartments Owner, LLC
Blue Atlantic Harrison, LP
Blue Atlantic Flats, LP
Ocean Logans Mill, LP
Ocean Sutton Place, LP
Blue Atlantic Hawks Creek, LP
Blue Atlantic Franciscan, LP
Blue Atlantic Vintage Park, LP
Blue Atlantic Walnut Creek, LP
Blue Atlantic McKinney Ranch, LP
Blue Atlantic Stonebriar, LP
Blue Atlantic Point, LP
Ocean Crossings, LP
Blue Atlantic Riverside, LP
Palazzo Partners, LP
Pine Creek Apts, LLC
Serenity Lake Apts, LLC

GH City Center, LLC
TRE HSC WW, LLC
GH Elofts LLC
HSC Exchange Lofts, LLC
TRE HSC Notch, LLC
TRE HSC Notch Coinvestment, LLC
HSC Kirby, LP
HSF Mondrian, LP
HSC Siena Park LLC
HSC Verde Pointe, LLC
HSF Eola LLC
HSF 24Eleven, LP
HSC 55 West, LLC
IMT Desert Palm Holdings LLC
IMT Capital III Desert Ridge LLC
IMT Capital IV Riverview LLC
IMT Capital V Ahwatukee LLC
IMT Capital VI Chandler LLC
IMT Capital III RG LLC
IMT Capital REIT III, LLC
IMT Capital IV City Park
IMT Capital IV Cherry Cheek LLC
IMT Capital IV Cornerstar Ranch LLC
IMT Capital V Hyland Hills LLC
IMT Capital V Dayton Station LLC
IMT Capital V Lowry LLC
IMT Del Coronado Associates LLC
IMT SVM Holdings LP
IMT SC LLC
IMT Capital REIT IV, LLC
IMT Capital V Boynton Beach LLC
IMT Capital VI Lake Mary LLC
IMT Capital III Deerfield LLC
IMT Capital IV Stoneleigh at Deerfield LLC
IMT Capital IV Alpharetta LLC
IMT Capital VI Buckhead on 26th LLC
IMT Capital V Ballantyne LLC
IMT Capital V Edgewater LLC
IMT Germantown LLC
IMT Capital IV Cool Springs LLC
IMT Capital IV Cool II Springs LLC
IMT Capital IV Eight South LLC
IMT Capital IV Franklin Gateway LLC
IMT Capital V Galleria LLC
IMT Chimney Rock LP
IMT Pavilion III LP

38

IMT Woodland Meadows II LP
IMT Capital REIT II, LLC
IMT Capital III Lakeshore Lofts LLC
IMT Capital III Prestonwood LP
IMT Capital V Cinco Ranch LLC
Water Tower Park Senior Village LLC
Brunswick Commons LLC
2045 Sibley Road, L.P.
Harrison Lofts, LLC
Cypress Lofts, LLC
4th Avenue Lofts, LLC
Centerville Senior Lofts LLC
Southridge Senior Lofts, LLC
Newton Senior Residence, LLC
Latitude Lofts LLC
Meadow Vista Parkside, LLC
Meadow Vista Senior Villas, LLC
Keokuk Senior Lofts, LLC
The Park Lofts at Huntington Limited
    Partnership
BW at Renaissance Pointe, LLC
Washington Street Senior Residences, LLC
Deer Run Apartments II, LLC
Boonville Homes, LLC
Vine Street Lofts, LLC
Huntingburg Senior Residence, LLC
United Senior Residence, LLC
Patterson Pointe Senior Residence, LLC
Jasper Lofts, LLC
Lawrence Village Senior Residence, LLC
Lofts at Roberts, LLC
Galena Estates, LLC
Hamburg Senior Residence, LLC
Francis Senior Lofts Limited Dividend
    Housing Association, LLC
Eastern Lofts Limited Dividend Housing
    Association LLC
South Saginaw Homes Limited Dividend
    Housing Association LLC
South Saginaw Homes Limited Dividend
    Housing Association LLC II
Hampshire Terrace II Limited Partnership
Hampshire Landing II, LLC
Forbes Manor LLC
The Villages at Parcstone, LLC
Flats at Walkertown LLC

The Enclave at Winston-Salem, LLC
Enclave II at Winston-Salem, LLC
Harbor Town Senior Residence, LLC
Nia Heights, LLC
Whitehouse Square Townhomes, LLC
Whitehouse Square Senior Village, LLC
Sylvania Senior Residence, LLC
Wauseon Senior Village, LLC
Huron Senior Residence, LLC
Wooster Lofts LLC
Delaware Place Senior Apartments, LLC
Faith Housing Communities, LLC
Spring Street Senior Lofts, LLC
Palm House Apartments II, LLC
New Lima Homes, LLC
Ashley Grove Senior Residence, LLC
Riverview Bluffs Associates, L.P.
Harmony Senior Village, LLC
Roosevelt Homes, LLC
Washington Square Homes, LLC
Liscum & Fiske Limited Partnership
Jefferson Residence Limited Partnership
Roosevelt Homes II, LLC
Washington Square Homes II, LLC
Sunlight Homes, LLC
Stoney Ridge Estates, LLC
Pheasant Run Limited Partnership
Riverworks Lofts, LLC
Riverside Senior Lofts, LLC
Wood Street Lofts, LLC
Omega Senior Lofts LLC
Carriage Trails Senior Village II, LLC
Carriage Trails Senior Village, LLC
Oregon Senior Lofts LLC
Eaton Senior Village, LLC
Residences at Eagles Point, LLC
Market Street Lofts, LLC
Reserve at Spencer, LLC
Weatherwood Place Limited Partnership
First Mulberry LP
Allegheny Pointe Limited Partnership
Burkett Place Limited Partnership
Gallatin Park Apartments, LLC
Reserve at Hagan, LLC
Reserve at McAlister Senior Living, LLC
Reserve at Engel Road, LLC

TX Nolanville Apartments, Ltd. Co.
Reserve at Quebec, LLC
Western Center Reserve, LLC
Parkersburg Senior Residence, LLC
Reserve at Edison Hill, LLC
Reserve at Rose Bud, LLC
100 Valley Hill Rd PCPRE LLC
NPR PCPRE LLC
Premier Club PCPRE LLC
Firmus Centro LLC
Firmus Galleria Flats LLC
Lakeside FBCC LP
FFIronhorse LLC

     Plaintiffs,

v.

The United States of America,

     Defendant.

## THIRD AMENDED COMPLAINT

Plaintiffs ("Plaintiffs"), by and through their undersigned counsel, bring this Third Amended Complaint against the United States of America ("Government"), and in support state and allege as follows:

### I.    NATURE OF THE ACTION

1. On September 4, 2020, the Centers for Disease Control and Prevention ("CDC"), a Government agency, issued a nationwide order entitled "Temporary Halt in Residential Evictions to Prevent Further Spread of COVID-19" (the "CDC Order"). The CDC Order effectively prohibits property owners from evicting tenants of residential rental properties who are delinquent or in default on their rent payments, contrary to the property owners' legal, contractual, and constitutional property and other rights. The CDC Order was extended multiple times until its effectiveness ended as of August 26, 2021. The CDC Order has subjected property owners

41

nationwide, over their objection, to an extended Government-authorized physical invasion, occupation, or appropriation of their private property by third parties without compensation.

2.      Under settled constitutional law, the right to exclude is a fundamental element of property rights and falls within the category of interests that the Government cannot take without just compensation.  As a result of the CDC Order and their consequent inability to exercise their constitutional property rights and contractual rights, property owners in the United States have suffered enormous economic consequences.  Without limitation, while continuing to incur all costs of ownership, they have been unable to evict non-rent-paying tenants from rental units and to generate income by leasing those units to rent-paying tenants.  The CDC Order has appropriated the owners' right to exclude.  Estimated financial losses industry wide amount to tens of billions of dollars.

3.      The CDC Order constitutes a compensable taking of Plaintiffs' property and property rights without just compensation, in violation of the Fifth Amendment of the United States Constitution.  Specifically, the CDC Order constitutes a physical taking because it has effected a Government-authorized physical invasion, occupation, or appropriation of Plaintiffs' private property, for the Government itself or for third parties.  The Constitution requires just compensation for the taking.

4.      Alternatively, the CDC Order constitutes an illegal exaction because the CDC exceeded and contravened its statutory and regulatory authority and as a direct result exacted Plaintiffs' private property and property interests, for which Plaintiffs are entitled to recover.

5.      Plaintiffs seek just compensation for the deprivation of their property rights and the value of the property taken or illegally exacted by the Government.  This includes the amount of

42

rental income Plaintiffs would have received in the absence of the physical occupation and taking or exaction of their property and property rights under and as a direct result of the CDC Order.

6.       Plaintiffs recognize that there may be important public health reasons to prevent persons from being evicted from their homes during a global pandemic.  This action does not address such public policy issues or challenge that the deprivations of private property at issue were intended for public use.  However, the law prevents the Government from placing the financial burden of effecting such a policy on private owners of rental property by taking or exacting their property without compensation.

## II.       JURISDICTION AND VENUE

7.       This Court has subject matter jurisdiction over this action and venue is proper pursuant to the Tucker Act, 28 U.S.C. § 1491, and the Takings Clause of the Fifth Amendment to the United States Constitution, which provides that no "private property [shall] be taken for public use, without just compensation."  U.S. Const. amend. V.

## III.       PARTIES

8.       Plaintiffs are owners of residential rental properties.  As a direct result of the CDC Order, rental units in properties owned by the Plaintiffs are being occupied over the Plaintiffs' objections by individuals who are not paying all rent due, and the Plaintiffs are prevented by the CDC Order from evicting these individuals and re-leasing the rental units to rent-paying tenants, to the Plaintiffs' considerable detriment.  More specifically:

(1)       1022 West Owner LLC is an owner of apartments and/or other residential rental properties based in South Carolina.  Without limitation, its properties include approximately 166 units in South Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(2)    104WWB, LLC is an owner of apartments and/or other residential rental properties based in Kentucky.  Without limitation, its properties include approximately 1 unit in Kentucky.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(3)    1204 Veterans Memorial HWY SW PCPRE LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(4)    15700 Lexington Blvd, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 277 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(5)    1700 Rivercrest Dr, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 280 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(6)    1800 Austin Pkwy, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 237 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(7)    190 N Old Corry Field Rd PCPRE, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties

44

include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(8)    195 Sycamore Dr PCPRE LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(9)    2222 Settlers Way, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 292 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(10)    225 Fluor Daniel Dr, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 324 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(11)    235 Sycamore Dr PCPRE LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(12)    2566 Whites Mill Rd PCPRE, LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(13)    2929 Landrum Dr PCPRE LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(14)    2948 Delmar Ln PCPRE LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(15)    3101 Main, LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(16)    3128 Chateau Blvd PCPRE LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(17)    3540 North Camp Creek Pkwy PCPRE, LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(18)    404 Andrews LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 116

units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(19)    4233 Jonesboro Rd PCPRE, LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(20)    50 Salem Chase Dr PCPRE LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(21)    5030 W Mountain St PCPRE, LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(22)    8800 Austin, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 504 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(23)    8900 Austin, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 336 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

47

(24)   A Stockton Investments LLC is an owner of apartments and/or other residential rental properties based in Tennessee.  Without limitation, its properties include approximately 117 units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(25)   Accord Holdings Group, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 126 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(26)   ACP Island Park, LLC is an owner of apartments and/or other residential rental properties based in Louisiana.  Without limitation, its properties include units in Louisiana.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(27)   ACP Palmetto, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(28)   ACP Patriot Park, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(29)   ADMG Altamonte Partners, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include

approximately 232 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(30) Ahsan Tahir is an owner of apartments and/or other residential rental properties. Without limitation, his properties include approximately 1 unit in Florida and 8 units in Georgia. As set forth herein, the CDC Order has prevented him from evicting non-rent paying individuals, without just compensation.

(31) Alan Gordon is an owner of apartments and/or other residential rental properties. Without limitation, his properties include approximately 19 units in Florida. As set forth herein, the CDC Order has prevented him from evicting non-rent paying individuals, without just compensation.

(32) Blain Bess is an owner of apartments and/or other residential rental properties. Without limitation, his properties include approximately 1 unit in Florida. As set forth herein, the CDC Order has prevented him from evicting non-rent paying individuals, without just compensation.

(33) Alexander Station Owner LLC is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 171 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(34) All Around Inc. is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 58 units in North Carolina, 1 unit in South Carolina, and 1 unit in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

49

(35)    Olson Portfolio 3 LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 126 units in North Carolina and 105 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(36)    Amarillo Square LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 181 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(37)    Amesbury Management LLC is an owner of apartments and/or other residential rental properties based in Louisiana.  Without limitation, its properties include approximately 1,100 units in Louisiana.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(38)    Apartment REIT Park at North Gate, LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 248 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(39)    Apartment REIT Residences at Braemar, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 160 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(40)    Apex Investment Group, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include

50

approximately 2 units in New Hampshire. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(41) Arbor Mill Venture, LLC is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(42) Arbors of Battle Creek (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Michigan. Without limitation, its properties include approximately 626 units in Michigan. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(43) Arbors of Wells Branch Apartments Investors, LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 212 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(44) Ashton Woods Owner LLC is an owner of apartments and/or other residential rental properties based in South Carolina. Without limitation, its properties include approximately 52 units in South Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(45) CEAI Aspen Place, LLC is an owner of apartments and/or other residential rental properties based in Oklahoma. Without limitation, its properties include approximately 358 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(46)   AT Owner 1, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 256 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(47)   AT Owner 10, L.P. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 160 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(48)   AT Owner 11, L.P. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 224 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(49)   AT Owner 12, L.P. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 132 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(50)   AT Owner 13, L.P. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 108 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(51)   AT Owner 14, L.P. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 120

units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(52)    AT Owner 15, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 179 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(53)    AT Owner 16, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 252 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(54)    AT Owner 17, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 264 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(55)    AT Owner 18, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 252 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(56)    AT Owner 19, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 264 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(57)   AT Owner 2, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 260 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(58)   AT Owner 20, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 250 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(59)   AT Owner 3, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 192 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(60)   AT Owner 4, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 206 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(61)   AT Owner 5, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 280 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(62)   AT Owner 6, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 280

units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(63)    AT Owner 7, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 180 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(64)    AT Owner 8, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 250 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(65)    AT Owner 9, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 238 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(66)    Atkins Circle Apartments Owner KofP LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 568 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(67)    Audubon Lake (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Louisiana.  Without limitation, its properties include approximately 208 units in Louisiana.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(68)    Austin Forest Creek Apartments, L.C. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 165 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(69)    Autumn Woods (M-O) Owner LLC is an owner of apartments and/or other residential rental properties.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(70)    Avalon Arms Apartments Owner KofP LLC is an owner of apartments and/or other residential rental properties based in Indiana.  Without limitation, its properties include approximately 256 units in Indiana.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(71)    Avalon at Northbrook (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Indiana.  Without limitation, its properties include approximately 256 units in Indiana. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(72)    Axiom Gray's Lake, LLC is an owner of apartments and/or other residential rental properties based in Iowa.  Without limitation, its properties include approximately 304 units in Iowa.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(73)    Azure Park Apartments, LLC is an owner of apartments and/or other residential rental properties based in Nevada.  Without limitation, its properties include approximately 32 units in Nevada.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(74)　B-1 Investments, LLC is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 40 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(75)　Bay Bridge Properties LLC is an owner of apartments and/or other residential rental properties based in Nevada. Without limitation, its properties include approximately 208 units in Nevada. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(76)　Bay Oaks Condo Owner LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(77)　Beamer Place Apartments, LTD. is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 328 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(78)　Belhaven Residential, LLC is an owner of apartments and/or other residential rental properties based in Mississippi. Without limitation, its properties include approximately 496 units in Mississippi. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(79)　Bell Fund VI West Buckhead, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 280

57

units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(80)    Bell Flatirons, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 1,209 units in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(81)    Bell Fund VI Kennesaw, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 450 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(82)    Bell Fund VI South Austin, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 330 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(83)    Bell Fund VII Lake Norman, LP is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 260 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(84)    Bell Fund VII Sunrise, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 279 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(85)    Bell Fund VII Riverbend, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 266 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(86)    Bell Fund VII Southpark Springs, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 400 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(87)    Bella Estates Nevada, LLC. is an owner of apartments and/or other residential rental properties based in Nevada. Without limitation, its properties include approximately 185 units in Nevada. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(88)    Bennington Crossings Apartments Owner LLC is an owner of apartments and/or other residential rental properties based in Virginia. Without limitation, its properties include approximately 308 units in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(89)    Bentley Green Apartments Investors, LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 820 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(90)    BLT ACP Aventine, LLC is an owner of apartments and/or other residential rental properties based in Virginia. Without limitation, its properties include units in

Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(91)    BMSP LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 18 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(92)    BGO-S2 Trinity Bluffs Owner LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(93)    Borland Properties, L.L.C. is an owner of apartments and/or other residential rental properties based in Michigan. Without limitation, its properties include approximately 10 units in Michigan. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(94)    Braeswood Oaks Apartments, L.C. is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 240 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(95)    Brandon Oaks Apartments Investors, LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 196 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(96) BRC Burke Mill, LLC is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 336 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(97) BRC Charlotte 485, LLC is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 312 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(98) BRC Fort Mill, LLC is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 448 units in South Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(99) BRC Jacksonville Commons, LLC is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 384 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(100) BRC Knightdale, LLC is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 288 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(101) BRC North Reilly, LLC is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include

approximately 456 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(102)   BRC Salisbury, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 192 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(103)   BRC Wilmington, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 144 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(104)   BRC Wilson, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 264 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(105)   Briarcliffe (M-O) Owner LLC is an owner of apartments and/or other residential rental properties.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(106)   Briarwood Apartment Associates, LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 172 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(107)   BRK Cove, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 308

units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(108) Bromley Apartments, LLC is an owner of apartments and/or other residential rental properties based in Nevada. Without limitation, its properties include approximately 57 units in Nevada. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(109) Brook Apartments, L.C. is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 188 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(110) Brook Lane Milwaukee Associates LP is an owner of apartments and/or other residential rental properties based in Wisconsin. Without limitation, its properties include units in Wisconsin. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(111) Brookbend, Inc. is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 252 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(112) Brookmont Apartment Associates, LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include approximately 231 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

63

(113) Brookwood Club Apartments Investors, LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 360 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(114) Bryn Mawr Lantern Owner LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include approximately 316 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(115) Buckingham Place, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia. Without limitation, its properties include approximately 132 units in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(116) C & C Investments, L.L.C. is an owner of apartments and/or other residential rental properties based in Kansas. Without limitation, its properties include approximately 45 units in Missouri. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(117) Cactus Rose Owner, LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 342 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(118) Camino Real (M-O) Owner LLC is an owner of apartments and/or other residential rental properties. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(119)   Camp Hill Plaza Partners, LP is an owner of apartments and/or other residential rental properties based in Pennsylvania.   Without limitation, its properties include approximately 300 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(120)   Canyon Ridge Apartments Investors, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 164 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(121)   Capital City Interior LLC was an owner of apartments and/or other residential rental properties based in Mississippi.   Without limitation, its properties included approximately 135 units in Mississippi.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(122)   Crestmarc Redwood Carelton LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 240 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(123)   Casas Adobes Partners V L.L.C. is an owner of apartments and/or other residential rental properties based in Arizona.  Without limitation, its properties include approximately 161 units in Nevada.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(124)   Caveness Partners, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.   Without limitation, its properties include

65

approximately 288 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(125)   Century Lake (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Ohio. Without limitation, its properties include approximately 224 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(126)   CF Star Promenade Master Tenant LLC is an owner of apartments and/or other residential rental properties. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(127)   CF Star Stockwell Master Tenant LLC is an owner of apartments and/or other residential rental properties. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(128)   Champion Lake (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Louisiana. Without limitation, its properties include approximately 256 units in Louisiana. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(129)   Chandler Residential, Inc. is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 480 units in Florida, 1,024 units in Georgia, 484 units in Mississippi, 216 units in North Carolina, 188 units in South Carolina, and 655 units in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(130)   Chase Crossing Associates, Ltd. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 165 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(131)   Chateau des Lions (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Louisiana.  Without limitation, its properties include approximately 180 units in Louisiana.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(132)   Chateau Mirage (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Louisiana.  Without limitation, its properties include approximately 280 units in Louisiana.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(133)   Chenal Woods Owner LLC is an owner of apartments and/or other residential rental properties based in Arkansas.  Without limitation, its properties include units in Arkansas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(134)   Chesterfield Apartments Owner LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 247 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(135)   Chonsky Properties, LLC is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include

approximately 41 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(136)   Christopher Wren Apartments Owner KofP LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 359 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(137)   Chun Xi Qiao is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, her properties include units in Texas.  As set forth herein, the CDC Order has prevented her from evicting non-rent paying individuals, without just compensation.

(138)   Class A Management is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 5,000 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(139)   Clear Lake Investors VII, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 56 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(140)   Clemmons Station Owner LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 192 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(141)   Clifton Park Borrower LLC is an owner of apartments and/or other residential rental properties based in Ohio.  Without limitation, its properties include approximately 264 units in Ohio.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(142)   Club at North Hills Apartments Owner KofP LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 370 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(143)   CNC Austin Lights Limited Partnership is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 382 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(144)   CNC Swagat Eight & Nine LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 318 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(145)   CNC Swagat Nine Limited Partnership is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 336 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(146)   Cobb Hill Owner LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.

As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(147)    Cobblestone Grove (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Ohio.  Without limitation, its properties include approximately 292 units in Ohio.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(148)    Columbus Partners Community Trust is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(149)    Commerce Capital Partners, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 887 units in Arizona and 5,275 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(150)    Condos at Williams Owner is an owner of apartments and/or other residential rental properties based in Arizona.  Without limitation, its properties include units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(151)    Condos at Williams Owner II is an owner of apartments and/or other residential rental properties based in Arizona.  Without limitation, its properties include units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

70

(152)  Condos at Williams Owner III is an owner of apartments and/or other residential rental properties based in Arizona.  Without limitation, its properties include units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(153)  Crescent at Wolfchase Apartments Owner KofP LLC is an owner of apartments and/or other residential rental properties based in Tennessee.  Without limitation, its properties include approximately 200 units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(154)  Cristal McNabb is an owner of apartments and/or other residential rental properties.  Without limitation, her properties include approximately 1 unit in Oklahoma.  As set forth herein, the CDC Order has prevented her from evicting non-rent paying individuals, without just compensation.

(155)  Curren Terrace Apartments Owner LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 318 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(156)  D Taggart Investments LLC is an owner of apartments and/or other residential rental properties based in Tennessee.  Without limitation, its properties include approximately 135 units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(157)  Darby Development Company, Inc. is an owner of apartments and/or other residential rental properties based in South Carolina.  Without limitation, its properties

include approximately 100 units in North Carolina and 1,483 units in South Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(158)  Dayand Limited Partnership is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 168 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(159)  D'Cour Properties, L.L.C. is an owner of apartments and/or other residential rental properties based in Michigan. Without limitation, its properties include approximately 25 units in Michigan. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(160)  Decatur Point LLC is an owner of apartments and/or other residential rental properties based in Nevada. Without limitation, its properties include approximately 100 units in Nevada. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(161)  Devon Lantern Owner LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include approximately 631 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(162)  Diamond J Management, L.L.C. is an owner of apartments and/or other residential rental properties based in Utah. Without limitation, its properties include approximately 380 units in Utah. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

72

(163)   Dorchester and Polo Pittsburgh, LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(164)   Double Oak Ventures, LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(165)   E Wyatt Investment LLC is an owner of apartments and/or other residential rental properties based in Tennessee.   Without limitation, its properties include approximately 132 units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(166)   Eagles Crest I LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 468 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(167)   East Coast Greentree Village Apartments LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 124 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(168)   East Coast Lincoln Park LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties

73

include approximately 154 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(169)   East Coast Summit Pointe LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include approximately 212 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(170)   East Meadow Lantern Owner LLC is an owner of apartments and/or other residential rental properties based in Virginia. Without limitation, its properties include approximately 150 units in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(171)   Crestmarc Redwood Baylor LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 322 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(172)   Easton Commons Apartments Owner KofP LLC is an owner of apartments and/or other residential rental properties based in Ohio. Without limitation, its properties include approximately 498 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(173)   Edge at Bryant Park Owner, LLC is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 345 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

74

(174)  EEA-Arts Center LLC is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include approximately 119 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(175)  EEA-Highland Terrace, LLC is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include approximately 282 units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(176)  EEA-Tara Hills, LLC is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include approximately 188 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(177)  EEA-Windsor Court, LLC is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include approximately 283 units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(178)  EEA-Wellspring, LLC is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include approximately 232 units in South Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(179)  EEA-Wildwood, LLC is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include

approximately 248 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(180)   Electra Multifamily Investment Fund is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 920 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(181)   Electra Multifamily Investment Fund II, LP is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 484 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(182)   Electra Multifamily Investments Fund III LP is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 458 units in Florida, 280 units in Georgia, and 642 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(183)   ELM 100 Plus, LLC is an owner of apartments and/or other residential rental properties.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(184)   Embree Hills Owner, LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 139 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

76

(185)   Emerald Pointe Apartments Owner KofP LP is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 148 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(186)   Encantada Apartments, LLC is an owner of apartments and/or other residential rental properties based in Nevada.  Without limitation, its properties include approximately 156 units in Nevada.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(187)   Enclave at North Point Owner LLC is an owner of apartments and/or other residential rental properties.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(188)   Estates at Kirby Limited Partnership is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 293 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(189)   Falls Creek Apartments (NC) Owner LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 238 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(190)   Fast Boots, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 258

77

units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(191)   FBCC Citypoint LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 396 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(192)   First Western Realty LLC is an owner of apartments and/or other residential rental properties based in Nevada.  Without limitation, its properties include approximately 45 units in Nevada.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(193)   FMREI Management, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 216 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(194)   Fording Island 1376, LLC is an owner of apartments and/or other residential rental properties based in South Carolina.  Without limitation, its properties include units in South Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(195)   Forest Apts LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in Florida and Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(196)  Forest Hill Apartments, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 372 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(197)  Forest Oaks Apartments (SC) Owner LLC is an owner of apartments and/or other residential rental properties based in South Carolina.  Without limitation, its properties include approximately 280 units in South Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(198)  Fort Bragg Carolina Trust is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(199)  FPA RGIT Holdings VI, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 1,000 units in California, 1,000 units in Georgia, and 1,000 units in Mississippi.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(200)  G&E Apartment REIT Bella Ruscello, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 216 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(201)   G&E Apartment REIT Kedron Village, LLC is an owner of apartments and/or other residential rental properties based in Georgia.   Without limitation, its properties include approximately 216 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(202)   Gable Oaks Owner LLC is an owner of apartments and/or other residential rental properties based in South Carolina.   Without limitation, its properties include approximately 252 units in South Carolina.   As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(203)   Gainesville Road Community Trust is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(204)   Gateway Management Company is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 3,065 units in Alabama, 2,123 units in Georgia, 48 units in Mississippi, and 120 units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(205)   GG Icon LLC is an owner of apartments and/or other residential rental properties based in Washington.  Without limitation, its properties include approximately 120 units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(206)   Gillespie Property Management is an owner of apartments and/or other residential rental properties based in Michigan.  Without limitation, its properties include

80

units in Michigan.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(207)   Glen Oak & Sun Prairie, LLC was an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties included approximately 232 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(208)   Glenn South Residential Partners, LP is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(209)   Glenn Tinney is an owner of apartments and/or other residential rental properties.  Without limitation, his properties include approximately 1 unit in Florida.  As set forth herein, the CDC Order has prevented him from evicting non-rent paying individuals, without just compensation.

(210)   Glenwood (M-O) Owner LLC is an owner of apartments and/or other residential rental properties.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(211)   Grand Channel, LLC is an owner of apartments and/or other residential rental properties based in Nevada.  Without limitation, its properties include approximately 56 units in Nevada.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(212)   Grand Port Foundation Trust is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include

81

units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(213)  Grasett Properties, LLC is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(214)  Greater Columbus Parks Trust is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(215)  Greenbriar Mill PCPRE LLC is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(216)  Greenline Apartment Management LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 2,000 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(217)  Greens at Westgate Apartments (PA) Owner LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include approximately 200 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(218)   Grove at Ashton Park, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 216 units in South Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(219)   Grove at Seabrook LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 132 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(220)   Grove at Stonebrook (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include approximately 188 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(221)   GW Creekside Austin, Ltd is an owner of apartments and/or other residential rental properties.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(222)   GWR BH Holdings, Ltd. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 200 units in Alabama and 1,486 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(223)   GWR Equities LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 200 units in Alabama and 224 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(224)   GWR Texas SE Partners, Ltd. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 402 units in Alabama, 186 units in North Carolina, 224 units in South Carolina, and 2,370 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(225)   GWR Trails Partners, Ltd. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 810 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(226)   H Akston Investments LLC is an owner of apartments and/or other residential rental properties based in Tennessee.  Without limitation, its properties include approximately 149 units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(227)   Hallandale Ventures LLLP is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 358 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(228)   Harborside (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Louisiana.  Without limitation, its properties include approximately 168 units in Louisiana.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(229)   Hatfield Apartments Joint Venture LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties

84

include approximately 264 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(230) The Haven at Regent Park Apartment Holdings, LLC is an owner of apartments and/or other residential rental properties based in South Carolina. Without limitation, its properties include approximately 288 units in South Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(231) Hawaiian Village Community Trust is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(232) Heartland Properties Community Trust is an owner of apartments and/or other residential rental properties based in South Dakota. Without limitation, its properties include units in South Dakota. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(233) Heather Park Apartments (NC) Owner LLC is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 208 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(234) Henry on the Park JV, LP is an owner of apartments and/or other residential rental properties. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

85

(235)   Hesperian Falls Partners LLC is an owner of apartments and/or other residential rental properties based in Nevada.  Without limitation, its properties include approximately 300 units in Nevada.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(236)   Hickory Creek Apartments Owner LLC is an owner of apartments and/or other residential rental properties based in Tennessee.  Without limitation, its properties include approximately 200 units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(237)   Hidden Lakes Associates LLC is an owner of apartments and/or other residential rental properties based in Ohio.  Without limitation, its properties include approximately 360 units in Ohio.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(238)   Hiddentree (M-O) Owner LLC is an owner of apartments and/or other residential rental properties.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(239)   Highland Ridge Owner LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 120 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(240)   Hill Brook Place Lantern Owner LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 274 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(241)   Hills of Aberdeen (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Indiana.  Without limitation, its properties include approximately 173 units in Indiana.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(242)   Huntersville (NC) Owner LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 174 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(243)   Intercoastal Yacht Club, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 795 units in Florida.  As set forth herein, the CDC Order has prevented them from evicting non-rent paying individuals, without just compensation.

(244)   Investors Management Trust Real Estate Group, Inc. is an owner of apartments and/or other residential rental properties based in California.  Without limitation, its properties include approximately 1,872 units in Arizona, 3,139 units in California, 2,464 units in Colorado, 1,338 units in Florida, 1,542 units in Georgia, 397 units in North Carolina, 289 units in South Carolina, 1,221 units in Tennessee, and 3,042 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(245)   IX MC 6503 Bluff Springs Road, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 300 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(246)   IX MC 801 Highway, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 220 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(247)   IX MC 923 Yellow Jacket Lane, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 224 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(248)   Jackson Grove Apartments Owner LLC is an owner of apartments and/or other residential rental properties based in Tennessee.  Without limitation, its properties include approximately 238 units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(249)   Janma Bhumi Limited Partnership is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 348 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(250)   Jason Bartley is an owner of apartments and/or other residential rental properties.  Without limitation, his properties include approximately 600 units in Texas.  As set forth herein, the CDC Order has prevented him from evicting non-rent paying individuals, without just compensation.

(251)   JCSquared Investments, LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties

include units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(252) Jeevana Jothi Ltd is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 224 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(253) JLB Development Group, LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(254) JLB Retasa Multi Portfolio, LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(255) JLB Retasa Murray, LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(256) JoCo Sky, LP is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(257)   Joe D. Rash is an owner of apartments and/or other residential rental properties based in Washington.  Without limitation, his properties include approximately 2 units in Tennessee.  As set forth herein, the CDC Order has prevented him from evicting non-rent paying individuals, without just compensation.

(258)   John Bullock is an owner of apartments and/or other residential rental properties.  Without limitation, his properties include approximately 127 units in North Carolina.  As set forth herein, the CDC Order has prevented him from evicting non-rent paying individuals, without just compensation.

(259)   Jones Management Group, LLC is an owner of apartments and/or other residential rental properties based in Kentucky.  Without limitation, its properties include approximately 100 units in Kentucky.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(260)   Kane Road Apartments Owner KofP LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 222 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(261)   Kannan Station Owner LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 183 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(262)   KBF Associates, L.P. is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include units in

Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(263) Keswick Village (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 284 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(264) King's Manor Apartments I LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include approximately 256 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(265) Kirkwood Apts LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include units in Florida and Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(266) L Hammond Investments LLC is an owner of apartments and/or other residential rental properties based in Tennessee. Without limitation, its properties include approximately 156 units in Tennessee. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(267) The Lafayette at Valley Forge, LP is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include approximately 604 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(268)   Lake Charlotte, LLC is an owner of apartments and/or other residential rental properties based in Nevada.  Without limitation, its properties include approximately 126 units in Nevada.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(269)   Lake Pointe (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Indiana.  Without limitation, its properties include approximately 192 units in Indiana.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(270)   LV Brazoswood Partners, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 360 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(271)   Lakewood Hills Partners, LP is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 550 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(272)   Lakewood I & II (NC) Owner LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 282 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(273)   Landmark at Bella Vista, L.P. is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include

92

approximately 564 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(274)   Landmark at Brighton Colony, LLC is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 276 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(275)   Landmark at Emerson Park, LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 354 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(276)   Landmark at Grayson Park LP is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 408 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(277)   Landmark at Greenbrooke Commons, LLC is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 279 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(278)   Landmark at Lake Village West, LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 155 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

93

(279) Landmark at Pine Court, LLC is an owner of apartments and/or other residential rental properties based in South Carolina. Without limitation, its properties include approximately 316 units in South Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(280) Landmark at Spring Creek, LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 236 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(281) Lantern Massandra Owner, LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(282) Las Vegas Cameron Apts LLC is an owner of apartments and/or other residential rental properties based in Nevada. Without limitation, its properties include approximately 317 units in Nevada. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(283) LAT Bellevue Ridge, LLC is an owner of apartments and/or other residential rental properties based in Tennessee. Without limitation, its properties include approximately 260 units in Tennessee. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(284) LAT Brentwood, LLC is an owner of apartments and/or other residential rental properties based in Tennessee. Without limitation, its properties include

94

approximately 380 units in Tennessee. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(285) LAT Mallard, LLC is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 240 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(286) LAT Tanglewood, LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 364 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(287) Legacy at Twin Oaks, LLC is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 282 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(288) Legacy of Cedar Hill (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 600 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(289) Lincoya Bay Apartments Owner LLC is an owner of apartments and/or other residential rental properties based in Tennessee. Without limitation, its properties include approximately 186 units in Tennessee. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(290)   Lisa Kramer is an owner of apartments and/or other residential rental properties.  Without limitation, her properties include approximately 298 units in Texas.  As set forth herein, the CDC Order has prevented her from evicting non-rent paying individuals, without just compensation.

(291)   Live Oak Houston, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 162 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(292)   Logan Ventures of California Properties LLC is an owner of apartments and/or other residential rental properties based in California.  Without limitation, its properties include approximately 124 units in Nevada.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(293)   LVA5 Dallas Verandas, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(294)   Lynbrook Apartments Mark Center Owner LLC is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include approximately 1 unit in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(295)   Lytos-Creekside II, LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in

96

Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(296)   Lytos-Creekside, LLC is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(297)   Magnolia Ridge PCPRE LLC is an owner of apartments and/or other residential rental properties based in South Carolina. Without limitation, its properties include units in South Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(298)   Main Street Apartments Owner KofP LLC is an owner of apartments and/or other residential rental properties based in Alabama. Without limitation, its properties include approximately 204 units in Alabama. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(299)   Mallards Landing Apartments Owner LLC is an owner of apartments and/or other residential rental properties based in Tennessee. Without limitation, its properties include approximately 212 units in Tennessee. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(300)   Manchester at Wesleyan (M-O) Owner LLC is an owner of apartments and/or other residential rental properties. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(301)   Maplewood Estates LP is an owner of apartments and/or other residential rental properties based in Kentucky. Without limitation, its properties include

approximately 1 unit in Kentucky.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(302)   Mar Almand Creek, LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include approximately 236 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(303)   MAR Canyon Chase, LP is an owner of apartments and/or other residential rental properties based in Colorado.  Without limitation, its properties include approximately 358 units in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(304)   MAR Casa Mirella, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 276 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(305)   MAR Costa Bella, LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 344 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(306)   MAR Eagle Ridge, LLC is an owner of apartments and/or other residential rental properties based in Colorado.  Without limitation, its properties include approximately 168 units in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(307)   MAR Flagstone, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.   Without limitation, its properties include approximately 252 units in North Carolina.   As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(308)   MAR Harbor Creek, LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include approximately 376 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(309)   MAR Heritage, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 303 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(310) MAR Legacy Heights, LLC is an owner of apartments and/or other residential rental properties based in Colorado.  Without limitation, its properties include approximately 384 units in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(311)   MAR Legacy Ridge, LLC is an owner of apartments and/or other residential rental properties based in Colorado.   Without limitation, its properties include approximately 221 units in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(312)   MAR Osprey, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 424

99

units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(313)   MAR Shadow Creek, LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 560 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(314)   MAR Summer Meadows, LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 389 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(315)   MAR Summers Crossing, LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 294 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(316)   Marchwood Apartments Owner LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 4,008 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(317)   Marlet Properties LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(318)   Marquis Place Apartments Owner LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 118 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(319)   McLean Investments, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 72 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(320)   McPrice Court 48, LLC is an owner of apartments and/or other residential rental properties based in South Carolina.  Without limitation, its properties include units in South Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(321)   Melrose on the Bay (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 358 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(322)   Memphis Plaza, LLC is an owner of apartments and/or other residential rental properties based in Tennessee.  Without limitation, its properties include approximately 558 units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(323)   Meredith Partners, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include

101

approximately 297 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(324)  Metropolitan Associates Limited Partnership is an owner of apartments and/or other residential rental properties based in Wisconsin.  Without limitation, its properties include approximately 4,375 units in Wisconsin.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(325)  Michael Rak is an owner of apartments and/or other residential rental properties based in Ohio.  Without limitation, his properties include approximately 48 units in Ohio.  As set forth herein, the CDC Order has prevented him from evicting non-rent paying individuals, without just compensation.

(326)  Mid Elm, LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(327)  M-O National Portfolio Pavilion (MI) Owner LLC is an owner of apartments and/or other residential rental properties based in Michigan.  Without limitation, its properties include approximately 377 units in Michigan.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(328)  Mohammad Zamanian is an owner of apartments and/or other residential rental properties based in Nevada.  Without limitation, his properties include approximately

102

44 units in Nevada.  As set forth herein, the CDC Order has prevented him from evicting non-rent paying individuals, without just compensation.

(329)   Monarch Crossing Apartments Owner LLC is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include approximately 260 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(330)   MV McDowell Partners, LLC is an owner of apartments and/or other residential rental properties based in Arizona.  Without limitation, its properties include approximately 252 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(331)   Montgomery Woods Owner LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 192 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(332)   Morgan Properties Abrams Run Owner, LP is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 192 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(333)   Mount Vernon Square Lantern Owner LLC is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include approximately 1,387 units in Virginia.  As set forth herein, the CDC

103

Order has prevented it from evicting non-rent paying individuals, without just compensation.

(334)   MP Main Street (PA) Owner LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 207 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(335)   MTS Sweetwater Road, LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(336)   New Bern Apartments, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 312 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(337)   New Wildflower I Associates, L.L.C. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 924 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(338)   NewPath Properties, Inc. is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 15 units in North Carolina and 2 units in South Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(339) Nineteen North Apartments Owner KofP LP is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include approximately 186 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(340) Northland Arboretum Hills LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(341) Northland Arboretum LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(342) Northland Ashlar LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(343) Northland Ballantrae LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(344) Northland Bay Breeze LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include

105

units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(345) Northland Bay Harbor LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(346) Northland Bigelow Commons LLC is an owner of apartments and/or other residential rental properties based in Connecticut. Without limitation, its properties include units in Connecticut. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(347) Northland Candlewood LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(348) Northland Canyons LLC is an owner of apartments and/or other residential rental properties based in Arizona. Without limitation, its properties include units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(349) Northland Caribbean Villas LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(350)   Northland Cypress Gardens LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(351)   Northland Cypress Legends is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(352)   Northland Cypress Shores LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(353)   Northland Floresta LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(354)   Northland Gateway Club LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(355)   Northland Glenarm LLC is an owner of apartments and/or other residential rental properties based in Colorado.  Without limitation, its properties include units in

107

Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(356) Northland Grandeville LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(357) Northland Heathbrook LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(358) Northland Hilands I LLC is an owner of apartments and/or other residential rental properties based in Arizona. Without limitation, its properties include units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(359) Northland Hilands II LLC is an owner of apartments and/or other residential rental properties based in Arizona. Without limitation, its properties include units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(360) Northland Jupiter Isle LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

108

(361)   Northland Lakeside LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(362)   Northland Legend LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(363)   Northland Lugano LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(364)   Northland Lumina LLC is an owner of apartments and/or other residential rental properties based in Nevada.  Without limitation, its properties include units in Nevada.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(365)   Northland Monterey Oaks LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(366)   Northland Monterey Ranch LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units

109

in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(367) Northland Monterra LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(368) Northland Museo LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(369) Northland Oaks Apartments LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(370) Northland Paramount LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(371) Northland Pavilions LLC is an owner of apartments and/or other residential rental properties based in Connecticut. Without limitation, its properties include units in Connecticut. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(372)   Northland Perimeter LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(373)   Northland Pima Canyon LLC is an owner of apartments and/or other residential rental properties based in Arizona.  Without limitation, its properties include units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(374)   Northland Plantation Meadows LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(375)   Northland Promontory LLC is an owner of apartments and/or other residential rental properties based in Arizona.  Without limitation, its properties include units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(376)   Northland Reflection Lakes LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(377)   Northland Rosemary LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in

Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(378)  Northland Rialto LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(379)  Northland River Birch II LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(380)  Northland Riverstone Ranch LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(381)  Northland Royal St. George LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(382)  Northland Saddleworth LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(383)   Northland San Dorado LLC is an owner of apartments and/or other residential rental properties based in Arizona.  Without limitation, its properties include units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(384)   Northland Sedona Springs LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(385)   Northland Standard LLC is an owner of apartments and/or other residential rental properties based in South Carolina.  Without limitation, its properties include units in South Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(386)   Northland Stone Lake LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(387)   Northland Talking Glass LLC is an owner of apartments and/or other residential rental properties based in Arizona.  Without limitation, its properties include units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(388)   Northland Terra Bella LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include

units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(389) Northland Tower Block, LLC is an owner of apartments and/or other residential rental properties based in Connecticut. Without limitation, its properties include units in Connecticut. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(390) Northland Village Place LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(391) Northland Walnut Creek LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(392) Northland Wharf LLC is an owner of apartments and/or other residential rental properties based in South Carolina. Without limitation, its properties include units in South Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(393) Northland Windemere LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(394)   Northland Windward LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(395)   Northland Yacht Club LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(396)   Northland Zebulon LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(397)   O Kellogg Investments II LLC is an owner of apartments and/or other residential rental properties based in Tennessee.  Without limitation, its properties include approximately 41 units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(398)   Oak Ramble Apartments Investors, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 256 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(399)   Oaks at Bentwater Owner LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units

in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(400) ORI Properties, LLC is an owner of apartments and/or other residential rental properties based in Ohio. Without limitation, its properties include approximately 131 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(401) Orion Properties of West Palm Beach, LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 526 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(402) Oscar's Enterprises, Inc. is an owner of apartments and/or other residential rental properties based in West Virginia. Without limitation, its properties include approximately 39 units in West Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(403) Oxford Manor Apartment Associates, LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include approximately 201 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(404) Palladium Park Apartments, LLC is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 312 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

116

(405)   Palmer House Borrower LLC is an owner of apartments and/or other residential rental properties based in Ohio.  Without limitation, its properties include approximately 264 units in Ohio.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(406)   Paradise Square, LLC. is an owner of apartments and/or other residential rental properties based in Nevada.  Without limitation, its properties include approximately 146 units in Nevada.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(407)   Parc Station Partners LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(408)   Park at Lake Magdalene (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 504 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(409)   Park at Northside (M-O) Owner LLC is an owner of apartments and/or other residential rental properties.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(410)   Park Place of South Park Owner KofP LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 219 units in Pennsylvania.  As set forth herein, the CDC

117

Order has prevented it from evicting non-rent paying individuals, without just compensation.

(411)    Park Walk Partners LLC is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(412)    Park West Novi LLC is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(413)    Park West Lansing East LLC is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(414)    Park West TIC 1 Apartments Owner LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include approximately 164 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(415)    Parke East Wichita Associates LP is an owner of apartments and/or other residential rental properties based in Kansas. Without limitation, its properties include units in Kansas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(416)  Parks Management LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(417)  Parkview Wichita Associates LP is an owner of apartments and/or other residential rental properties based in Kansas.  Without limitation, its properties include units in Kansas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(418)  Parkway Station Owner LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 219 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(419)  Peppertree (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Louisiana.  Without limitation, its properties include approximately 304 units in Louisiana.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(420)  Picerne Development Corporation is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 402 units in Arizona and 5,349 units in Nevada.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(421)  Pittsburgh ELM Portfolio, LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties

119

include units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(422) PJ MP Bellevue Heights, L.P. is an owner of apartments and/or other residential rental properties based in Tennessee. Without limitation, its properties include approximately 225 units in Tennessee. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(423) PJ MP Bent Creek, L.P. is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 200 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(424) PJ MP Heritage Place, L.P. is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 200 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(425) PJ MP Hunters Glen, L.P. is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 276 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(426) PJ MP Windsor Court, L.P. is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 280 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(427) PJ MP Woods at Lakeshore, L.P. is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 128 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(428) Place One Apartment Associates, LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include approximately 329 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(429) Plaza View Coop is an owner of apartments and/or other residential rental properties based in Iowa. Without limitation, its properties include approximately 108 units in Iowa. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(430) Plum Circle Community Trust is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(431) Pointe Apartment Associates Limited Partnership is an owner of apartments and/or other residential rental properties based in Virginia. Without limitation, its properties include approximately 140 units in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(432) Pointe Sienna (M-O) Owner LLC is an owner of apartments and/or other residential rental properties. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(433)    Ponde/Shores Master Holdings, LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(434)    Poplar Springs LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(435)    Preserve at Sagebrook (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Ohio.  Without limitation, its properties include approximately 336 units in Ohio.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(436)    Preston Greens Apartments Investors, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 257 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(437)    R. James Properties, Inc. is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include approximately 3,117 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(438) Raia Properties CO-1, LLC is an owner of apartments and/or other residential rental properties based in Colorado.  Without limitation, its properties include

approximately 276 units in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(439)    Ranch at City Place is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(440)    Rand 3489 LLC is an owner of apartments and/or other residential rental properties based in Kentucky.  Without limitation, its properties include approximately 143 units in Kentucky.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(441)    Rand 418 LLC was an owner of apartments and/or other residential rental properties based in Kentucky.  Without limitation, its properties included approximately 244 units in Kentucky.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(442)    Rand 430 LLC is an owner of apartments and/or other residential rental properties based in Tennessee.  Without limitation, its properties include approximately 48 units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(443)    Rand 6200 LLC is an owner of apartments and/or other residential rental properties based in Kentucky.  Without limitation, its properties include approximately 132 units in Kentucky.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(444)   Rare Springdale Austin, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(445)   REA Lynchburg, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 408 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(446)   Redwood Garden Properties, LLC is an owner of apartments and/or other residential rental properties based in Nevada.  Without limitation, its properties include approximately 121 units in Nevada.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(447)   Regency Lakeside Associates, LLC is an owner of apartments and/or other residential rental properties based in Nebraska.  Without limitation, its properties include approximately 433 units in Nebraska.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(448)   Regina Tillman is an owner of apartments and/or other residential rental properties based in California.  Without limitation, her properties include approximately 1 unit in Georgia.  As set forth herein, the CDC Order has prevented him from evicting non-rent paying individuals, without just compensation.

(449)   Reserve at Lake Pointe (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties

include approximately 806 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(450)   Reserve at Southpointe I Owner KofP LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include approximately 250 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(451)   Reserve at Southpointe II Apartments Owner KofP LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include approximately 120 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(452)   Richard and Joanne Panek are owners of apartments and/or other residential rental properties based in Virginia. Without limitation, their properties include approximately 1 unit in Virginia. As set forth herein, the CDC Order has prevented them from evicting non-rent paying individuals, without just compensation.

(453)   Richard Wolfe is an owner of apartments and/or other residential rental properties. Without limitation, his properties include approximately 300 units in North Carolina and 1,747 units in Michigan. As set forth herein, the CDC Order has prevented him from evicting non-rent paying individuals, without just compensation.

(454)   Ridge Falls Apartments, LLC is an owner of apartments and/or other residential rental properties based in Nevada. Without limitation, its properties include approximately 256 units in Nevada. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

125

(455)   River Park Tower Apartments Owner LLC is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include approximately 184 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(456)   River Walk (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Louisiana.  Without limitation, its properties include approximately 208 units in Louisiana.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(457)   Riverbend Village Partners LLC is an owner of apartments and/or other residential rental properties based in Nevada.  Without limitation, its properties include approximately 212 units in Nevada.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(458)   Riverwind Apartment (SC) Associates, LLC is an owner of apartments and/or other residential rental properties based in South Carolina.  Without limitation, its properties include approximately 194 units in South Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(459)   Rivoli Run (M-O) Owner LLC is an owner of apartments and/or other residential rental properties.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(460)   RMF Apartments, LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in

126

Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(461)    Robert M Freeland II is an owner of apartments and/or other residential rental properties.  Without limitation, his properties include approximately 2 units in Florida.  As set forth herein, the CDC Order has prevented him from evicting non-rent paying individuals, without just compensation.

(462)    Rochester Village Apartments at Park Place Owner KofP LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 228 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(463)    Rollingwood Richmond Associates LP is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(464)    Rudolf Lang & W Angelica Lang are owners of apartments and/or other residential rental properties based in Florida.  Without limitation, their properties include a multi-unit rental property in Florida.  As set forth herein, the CDC Order has prevented them from evicting non-rent paying individuals, without just compensation.

(465)    Ryan 15401 6 Ave, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 368 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

127

(466)   S2 8500 Harwood LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(467)   S2 Andover LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(468)   S2 Brentwood LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(469)   S2 Brixton AMP CRNT LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(470)   S2 Brompton Court, LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(471)   S2 Camelot LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set

forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(472)   S2 CC LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(473)   S2 Churchill Crossing LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(474)   S2 Cypress Chase, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(475)   S2 Daybreak Place LLC is an owner of apartments and/or other residential rental properties based in Arizona.  Without limitation, its properties include units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(476)   S2 Eagle Crest LLC is an owner of apartments and/or other residential rental properties based in Arizona.  Without limitation, its properties include units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(477)   S2 Forest Ridge LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(478)   S2 Grandview, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(479)   S2 Grove at White Rock, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(480)   S2 High Pointe, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(481)   S2 Hub LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(482)   S2 Hyde Park, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set

130

forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(483) S2 Jax 1 LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(484) S2 Jax 4 LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(485) S2 Jax 6 LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(486) S2 Lake Village North LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(487) S2 Legacy LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(488)   S2 MAG, LLC is an owner of apartments and/or other residential rental properties based in Arizona.  Without limitation, its properties include units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(489)   S2 Magnolia LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(490)   S2 Manchester/Valencia, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(491)   S2 Mark LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(492)   S2 Mathews LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(493)   S2 Mission Hill LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.

As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(494)   S2 Montage LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(495)   S2 NEO AMP CRNT LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(496)   S2 Oakland Hills, LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(497)   S2 Off Broadway, LLC is an owner of apartments and/or other residential rental properties based in Arizona.  Without limitation, its properties include units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(498)   S2 Oxford Park LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(499)   S2 Reserve at Lake Buchanan, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(500)   S2 Stone Ridge, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(501)   S2 Tierra, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(502)   S2 Trinity Place is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(503)   S2 Uvalde LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(504)   S2 Verona LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set

forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(505)   S2 VHH, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(506)   S2 VOTG, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(507)   S2 Willow Bend AMP CRNT LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(508)   S2 Willow Pond, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(509)   S2 Windemere LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

135

(510)   S2 Windridge LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(511)   Salvatore B Moio & Carol O'Donnell are owners of apartments and/or other residential rental properties.  Without limitation, their properties include approximately 200 units in Rhode Island and 2 units in Florida.  As set forth herein, the CDC Order has prevented them from evicting non-rent paying individuals, without just compensation.

(512)   Savannah Place (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 191 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(513)   SCG Atlas Aventura, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 296 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(514)   SCG Atlas Boynton I, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 548 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(515)   SCG Atlas Boynton II, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include

approximately 548 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(516)   SCG Atlas Coconut Palm Club, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 301 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(517)   SCG Atlas Gables Grand Plaza, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 195 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(518)   SCG Atlas New River Cove, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 316 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(519)   SCG Atlas Oasis Delray, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 324 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(520)   SCG Atlas Delray Beach, L.P. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 324 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(521)   SCG Atlas Palm Trace Landings, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida.   Without limitation, its properties include approximately 768 units in Florida.   As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(522)   SCG Atlas Red Road Commons, LLC is an owner of apartments and/or other residential rental properties based in Florida.   Without limitation, its properties include approximately 404 units in Florida.   As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(523)   SCG Atlas Sheridan Ocean Club, LLC is an owner of apartments and/or other residential rental properties based in Florida.   Without limitation, its properties include approximately 648 units in Florida.   As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(524)   SCG Atlas Uptown Square, LLC is an owner of apartments and/or other residential rental properties based in Colorado.   Without limitation, its properties include approximately 696 units in Colorado.   As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(525)   SCG Atlas Waterways, LLC is an owner of apartments and/or other residential rental properties based in Florida.   Without limitation, its properties include approximately 300 units in Florida.   As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(526)   SCG Atlas Wellington, LLC is an owner of apartments and/or other residential rental properties based in Florida.   Without limitation, its properties include

138

approximately 400 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(527)   Schaefer Family Investments, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 1 unit in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(528)   Shadow Trace Partners LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include approximately 181 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(529)   Shander International, LLC is an owner of apartments and/or other residential rental properties based in Nevada.  Without limitation, its properties include approximately 182 units in Nevada.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(530)   Sharon Pointe Owner LLC is an owner of apartments and/or other residential rental properties.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(531)   Sheffield Heights Apartments Owner LLC is an owner of apartments and/or other residential rental properties based in Tennessee.  Without limitation, its properties include approximately 202 units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(532)   Sherry Lake Lantern Owner LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties

139

include approximately 298 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(533)    Sherwood Crossing Associates, LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include approximately 405 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(534)    Silverado Apartments Investors, L.P. is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 344 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(535)    Silverado Owner LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(536)    SOF BD Owner, L.P. is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 794 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(537)    SOF Casa Valley Owner, L.P is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 150 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(538) SOF Cimarron Owner, L.P. is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 272 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(539) SOF Cinnamon Park Owner, L.P. is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 272 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(540) SOF Cypress Park Owner, L.P. is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 384 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(541) SOF Euless Owner, LP is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 272 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(542) SOF Hidden Lake Owner, L.P. is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 440 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(543) SOF Meadow Glen Owner, LP is an owner of apartments and/or other residential rental properties based in Arizona. Without limitation, its properties include

141

approximately 290 units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(544)   SOF Park 9 Owner, L.P. is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include approximately 275 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(545)   SOF South Pointe Owner, LP is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 112 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(546)   SOF-X Mission James Place, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 283 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(547)   Solon Club Apartments Owner KofP LLC is an owner of apartments and/or other residential rental properties based in Ohio.  Without limitation, its properties include approximately 195 units in Ohio.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(548)   Somerset Place (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 106 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

142

(549)   Spartanburg Park West Phase 2, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 144 units in South Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(550)   Spartanburg Park West, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 264 units in South Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(551)   Spencer Pearson is an owner of apartments and/or other residential rental properties.  Without limitation, his properties include approximately 1 unit in Georgia.  As set forth herein, the CDC Order has prevented him from evicting non-rent paying individuals, without just compensation.

(552)   SPRE Waterford LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(553)   CMH Spring Brook Lofts LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(554)   StarPac Spring Grove LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units

143

in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(555)   CMH Asset A LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(556)   CMH La Maison LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(557)   SPT Dolphin Avalon Reserve LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 300 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(558)   SPT Dolphin Buena Vista I LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 256 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(559)   SPT Dolphin Buena Vista II LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 84 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(560)  SPT Dolphin Camellia Pointe LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 169 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(561)  SPT Dolphin Congress Park LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 288 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(562)  SPT Dolphin Cyprus Point LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 324 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(563)  SPT Dolphin Glen Oaks LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 256 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(564)  SPT Dolphin Hickory Pointe LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 216 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(565)  SPT Dolphin Hidden Creek LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include

approximately 304 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(566)   SPT Dolphin Homestead Colony LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 312 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(567)   SPT Dolphin Madison Chase LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 230 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(568)   SPT Dolphin Madison Commons LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 160 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(569)   SPT Dolphin Magnolia Pointe LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 168 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(570)   SPT Dolphin Mariners Cove LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 78 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(571)   SPT Dolphin Metro Place I LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 288 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(572)   SPT Dolphin Metro Place II LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 248 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(573)   SPT Dolphin Osprey Ridge LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 176 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(574)   SPT Dolphin Palmetto Trace LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 196 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(575)   SPT Dolphin Park Avenue LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 120 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(576)   SPT Dolphin Pointe Vista I LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include

147

approximately 100 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(577)   SPT Dolphin Pointe Vista II LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 288 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(578)   SPT Dolphin Providence Reserve LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 220 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(579)   SPT Dolphin Sand Lake LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 312 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(580)   SPT Dolphin Spring Harbor LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 248 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(581)   SPT Dolphin Waterford Pointe LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 240 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

148

(582)   SPT Dolphin West Pointe LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 288 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(583)   SPT Dolphin Whistlers Cove LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 240 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(584)   SPT WAH Walden Park LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 300 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(585)   SPT WAH Waterford LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 450 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(586)   SPT WAH Waverly LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 260 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(587)   SPT WAH Wedgewood LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include

approximately 300 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(588) SPT WAH Wellesley LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 312 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(589) SPT WAH Wellington LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 352 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(590) SPT WAH Wentworth I LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 264 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(591) SPT WAH Wentworth II LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 264 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(592) SPT WAH Westbrook LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 234 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

150

(593)   SPT WAH Westchase LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 352 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(594)   SPT WAH Westchester LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 376 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(595)   SPT WAH Westminster LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 270 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(596)   SPT WAH Weston Oaks LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 200 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(597)   SPT WAH Westwood LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 288 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(598)   SPT WAH Wexford LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately

324 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(599)   SPT WAH Whispering Pines LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 192 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(600)   SPT WAH Whispering Woods LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 200 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(601)   SPT WAH Willow Lake LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 428 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(602)   SPT WAH Wilmington LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 200 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(603)   SPT WAH Windchase LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 352 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(604)   SPT WAH Windermere I LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 352 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(605)   SPT WAH Windermere II LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 252 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(606)   SPT WAH Windsong I LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 180 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(607)   SPT WAH Windsong II LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 152 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(608)   SPT WAH Windsor Park LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 240 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(609)   SPT WAH Woodbridge LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include

153

approximately 236 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(610) SPT WAH Woodcrest LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 90 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(611) SPT WAH Woodhill LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 450 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(612) SPT WAH Woodridge LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 254 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(613) SPT WAH Worthington LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 300 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(614) SPT WAH Wyndham Place LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 260 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

154

(615)   SPT WAH Wyngate LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 264 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(616)   Squires Manor Apartment Associates, LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 132 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(617)   SREIT 1441 South Lindsay Road, LLC is an owner of apartments and/or other residential rental properties based in Arizona.  Without limitation, its properties include approximately 256 units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(618)   SREIT Arboretum Place, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include approximately 184 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(619)   SREIT Autumn Ridge, L.L.C. is an owner of apartments and/or other residential rental properties based in Tennessee.  Without limitation, its properties include approximately 140 units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(620)   SREIT Autumn Wind, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include

approximately 104 units in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(621)    SREIT Avida, LLC is an owner of apartments and/or other residential rental properties based in Utah. Without limitation, its properties include approximately 400 units in Utah. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(622)    SREIT Bridgeport, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia. Without limitation, its properties include approximately 180 units in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(623)    SREIT Broad Vista Terrace, LLC is an owner of apartments and/or other residential rental properties based in Virginia. Without limitation, its properties include approximately 630 units in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(624)    SREIT Camri Green Apartments, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 184 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(625)    SREIT Capital Crest, L.L.C. is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 203 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(626)   SREIT Cascade Village, L.L.C. is an owner of apartments and/or other residential rental properties based in Michigan.  Without limitation, its properties include approximately 128 units in Michigan.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(627)   SREIT Chestnut Ridge I, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include approximately 100 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(628)   SREIT Chestnut Ridge II, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include approximately 48 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(629)   SREIT Columbia Hills, L.L.C. is an owner of apartments and/or other residential rental properties based in Tennessee.  Without limitation, its properties include approximately 140 units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(630)   SREIT Courtney Manor, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 360 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(631)   SREIT Creekside at Bellemeade, L.P. is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 76 units in North Carolina.  As set forth herein, the CDC

Order has prevented it from evicting non-rent paying individuals, without just compensation.

(632) SREIT Crestview, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia. Without limitation, its properties include approximately 180 units in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(633) SREIT Culpeper Commons, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia. Without limitation, its properties include approximately 142 units in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(634) SREIT Decatur, L.L.C. is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 290 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(635) SREIT Dominion Pines, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia. Without limitation, its properties include approximately 118 units in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(636) SREIT England Run, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia. Without limitation, its properties include approximately 120 units in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(637)   SREIT Erwin Residential, L.P. is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 265 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(638)   SREIT Falcon Pointe, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 112 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(639)   SREIT Falcon Trace, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 252 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(640)   SREIT Foxridge, L.P. is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 92 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(641)   SREIT Genito Glen, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include approximately 102 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(642)   SREIT Glen Creek, L.L.C. is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties

include approximately 160 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(643)  SREIT Glen Ridge, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include approximately 140 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(644)  SREIT Grande Court, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 252 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(645)  SREIT Griffin Scottsdale, L.L.C. is an owner of apartments and/or other residential rental properties based in Arizona.  Without limitation, its properties include approximately 277 units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(646)  SREIT Hatteras Sound, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 184 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(647)  SREIT Holly Cove Apartments, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 202 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(648)   SREIT Kalina Way, L.L.C. is an owner of apartments and/or other residential rental properties based in Utah.  Without limitation, its properties include approximately 264 units in Utah.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(649)   SREIT Kings Ridge, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include approximately 182 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(650)   SREIT Las Villas De Kino, L.L.C. is an owner of apartments and/or other residential rental properties based in Arizona.  Without limitation, its properties include approximately 348 units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(651)   SREIT Las Villas De Leon, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 132 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(652)   SREIT Leigh Meadows Apartments, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 304 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(653)   SREIT Lexington Club, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include

161

approximately 184 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(654)  SREIT Lindsey Terrace, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 336 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(655)  SREIT Madelyn Oaks, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 360 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(656)  SREIT Magnolia Creste, L.L.C. is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include approximately 176 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(657)  SREIT Magnolia Village, L.P. is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include approximately 192 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(658)  SREIT Markhams Grant I, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include approximately 72 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(659)   SREIT Markhams Grant II, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include approximately 132 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(660)   SREIT Markhams Grant III, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include approximately 162 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(661)   SREIT Noah's Landing, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 264 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(662)   SREIT Oak Crest L.P. is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 100 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(663)   SREIT Ocean Gate, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include approximately 174 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(664)   SREIT Overlook at Simms Creek, L.P. is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 264 units in North Carolina.  As set forth herein, the CDC

Order has prevented it from evicting non-rent paying individuals, without just compensation.

(665) SREIT Park Ridge, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia. Without limitation, its properties include approximately 94 units in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(666) SREIT Parkview, L.P. is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 108 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(667) SREIT Patriots Pointe, L.P. is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 76 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(668) SREIT Ponce Harbor, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 144 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(669) SREIT Reserves at Arboretum, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia. Without limitation, its properties include approximately 143 units in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(670)   SREIT River Birch, L.P. is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 176 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(671)   SREIT River Park Place, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 144 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(672)   SREIT River Reach, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 300 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(673)   SREIT Riverwalk, L.P. is an owner of apartments and/or other residential rental properties based in Colorado.  Without limitation, its properties include approximately 132 units in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(674)   SREIT Rocky Creek, L.P. is an owner of apartments and/or other residential rental properties based in South Carolina.  Without limitation, its properties include approximately 200 units in South Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(675)   SREIT Royal Poinciana, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include

approximately 144 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(676)   SREIT Silver Hill, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia.   Without limitation, its properties include approximately 153 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(677)   SREIT Soldiers Ridge, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include approximately 124 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(678)   SREIT South Main Commons, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include approximately 82 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(679)   SREIT Spinnaker Reach, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 288 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(680)   SREIT Sterling Crest, L.L.C. is an owner of apartments and/or other residential rental properties based in Michigan.  Without limitation, its properties include approximately 144 units in Michigan.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(681)   SREIT Stone Creek, L.P. is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 100 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(682)   SREIT Stonegate, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia. Without limitation, its properties include approximately 180 units in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(683)   SREIT Thomas Chase Apartments, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 268 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(684)   SREIT Tuscan Isle, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 298 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(685)   SREIT Villa Biscayne, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 180 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(686)   SREIT Vista Haven, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include

167

approximately 336 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(687)  SREIT Willow Ridge, L.P. is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 76 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(688)  SREIT Woodbridge, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include approximately 152 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(689)  SREIT Woodburn I, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include approximately 144 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(690)  SREIT Woodburn II, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include approximately 108 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(691)  St. James Crossing Apartments Investors, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 264 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(692)   Station 153 Owner LLC is an owner of apartments and/or other residential rental properties based in South Carolina.  Without limitation, its properties include approximately 165 units in South Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(693)   Sterling Bay Holdings, Inc. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 324 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(694)   Stillwater Apartments Investors, LLC is an owner of apartments and/or other residential rental properties based in Utah.  Without limitation, its properties include approximately 456 units in Utah.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(695)   Stillwood Farms Venture, LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(696)   Stone Forest Apartments, L.C. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 296 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(697)   Stonebrook Apartments (Nashville) Owner LLC is an owner of apartments and/or other residential rental properties based in Tennessee.  Without limitation, its properties include approximately 320 units in Tennessee.  As set forth herein, the CDC

169

Order has prevented it from evicting non-rent paying individuals, without just compensation.

(698) Stoneridge Apartments Mark Center Owner LLC is an owner of apartments and/or other residential rental properties based in Virginia. Without limitation, its properties include approximately 802 units in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(699) Stonesthrow Apartment (SC) Associates, LLC is an owner of apartments and/or other residential rental properties based in South Carolina. Without limitation, its properties include approximately 388 units in South Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(700) Strafford Station Apartments Owner LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include approximately 197 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(701) Structure Capital, LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 499 units in Florida and 558 units in Tennessee. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(702) Summerlin at Concord (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 160 units in North Carolina. As set forth herein, the CDC

Order has prevented it from evicting non-rent paying individuals, without just compensation.

(703) Sun Dog Enterprises, LLC is an owner of apartments and/or other residential rental properties based in Arizona. Without limitation, its properties include approximately 359 units in Tennessee. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(704) Sunset Terrace Partners LLC is an owner of apartments and/or other residential rental properties based in Nevada. Without limitation, its properties include approximately 220 units in Nevada. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(705) Surya Chaakara Limited Partnership is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 410 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(706) Swarr-Conestoga Associates, LP is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include approximately 338 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(707) T& J Realty Restoration LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include approximately 56 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(708)   Telegraph 14, LLC is an owner of apartments and/or other residential rental properties based in Mississippi.   Without limitation, its properties include units in Mississippi.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(709)   Terra Vida Apartments Investors, LLC is an owner of apartments and/or other residential rental properties based in Arizona.   Without limitation, its properties include approximately 384 units in Arizona.   As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(710)   TH Property Owner 1, L.P. is an owner of apartments and/or other residential rental properties based in North Carolina.   Without limitation, its properties include approximately 290 units in North Carolina.   As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(711)   TH Property Owner 10 GP, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.   Without limitation, its properties include approximately 380 units in North Carolina.   As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(712)   TH Property Owner 11 GP, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.   Without limitation, its properties include approximately 462 units in North Carolina.   As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(713)   TH Property Owner 2 GP, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.   Without limitation, its properties

include approximately 288 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(714) TH Property Owner 3 GP, LLC is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 184 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(715) TH Property Owner 4 GP, LLC is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 336 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(716) TH Property Owner 5, L.P. is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 162 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(717) TH Property Owner 6 GP, LLC is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 232 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(718) TH Property Owner 7 GP, LLC is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 250 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(719)   TH Property Owner 8 GP, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 200 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(720)   TH Property Owner 9 GP, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 200 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(721)   The Cascades Apartments Owner KofP LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 146 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(722)   The Docks Apartments Owner KofP LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 246 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(723)   The Encore at Laurel Ridge Apartments Owner KofP LLP is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 92 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(724)   The Highlands of Montour Run Tenant KofP LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include approximately 268 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(725)   The Overlook at Golden Hills Apartments Owner KofP LLC is an owner of apartments and/or other residential rental properties based in South Carolina. Without limitation, its properties include approximately 204 units in South Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(726)   The Preserve at Beckett Ridge Apartments Owner KofP LLC is an owner of apartments and/or other residential rental properties based in Ohio. Without limitation, its properties include approximately 216 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(727)   The Preserve at Milltown Lantern Owner LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include approximately 376 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(728)   The Summit at Ridgewood Apartments Owner KofP LLC is an owner of apartments and/or other residential rental properties based in Indiana. Without limitation, its properties include approximately 460 units in Indiana. As set forth herein, the CDC

175

Order has prevented it from evicting non-rent paying individuals, without just compensation.

(729)    The Village of Laurel Ridge I LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include approximately 187 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(730)    The Waterway Apartments (SC) Owner LLC is an owner of apartments and/or other residential rental properties based in South Carolina. Without limitation, its properties include approximately 200 units in South Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(731)    The Woods at Polaris Parkway Apartments Owner KofP LLC is an owner of apartments and/or other residential rental properties based in Ohio. Without limitation, its properties include approximately 220 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(732)    INOB, LLC is an owner of apartments and/or other residential rental properties based in Indiana. Without limitation, its properties include approximately 1 unit in Indiana. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(733)    Timberlake Apartment Associates, LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include approximately 316 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(734)    TIO Milestone Gables Apartments Investors, LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 220 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(735)    TIO Milestone James Pointe Apartments Investors, LLC is an owner of apartments and/or other residential rental properties based in Utah.  Without limitation, its properties include approximately 312 units in Utah.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(736)    TIO Milestone Retreat Apartments Investors, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 168 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(737)    TIO Milestone Springfield Apartments Investors, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 264 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(738)    Titan's Creek LLC is an owner of apartments and/or other residential rental properties based in Kentucky.  Without limitation, its properties include approximately 30 units in Kentucky.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(739)    Torrente Apartments Owner LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties

177

include approximately 220 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(740)  Traditions at Augusta (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include approximately 256 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(741)  Trinity Station Owner LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 80 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(742)  Trivium Assets, LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(743)  TSV Crossroads at Rochelle LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include approximately 60 units in Nevada.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(744)  Turner Hill Partners, LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(745)   Tuscany Pointe (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 180 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(746)   Tuscany Pointe II (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 304 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(747)   University House, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 241 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(748)   Valleyfield Partners, LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(749)   Verandas on the Green (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in South Carolina.  Without limitation, its properties include approximately 222 units in South Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(750)   Veritas Equity Management, L.L.C. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include

179

approximately 1,522 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(751) Vickery Development, Inc. is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 1,500 units in Texas, 1 unit in Hawaii, and 1,500 units in Oklahoma. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(752) Villa Du Lac (M-O) Owner LLC is an owner of apartments and/or other residential rental properties based in Louisiana. Without limitation, its properties include approximately 234 units in Louisiana. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(753) Villa Holdings Inc is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 112 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(754) Villa Monterey Properties, LLC is an owner of apartments and/or other residential rental properties based in Nevada. Without limitation, its properties include approximately 320 units in Nevada. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(755) Village at Brierfield Owner LLC is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 186 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(756)   Village at Potomac Falls Lantern Owner LLC is an owner of apartments and/or other residential rental properties based in Virginia.   Without limitation, its properties include approximately 247 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(757)   Villa East Properties, LLC is an owner of apartments and/or other residential rental properties based in Nevada.  Without limitation, its properties include approximately 160 units in Nevada.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(758)   Wanda Walker is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, her properties include approximately 21 units in Pennsylvania.  As set forth herein, the CDC Order has prevented her from evicting non-rent paying individuals, without just compensation.

(759)   Waterfront Apartments Owner KofP LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 235 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(760)   Waters at Westchase Apts LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in Florida and Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(761)   Waters Edge Owner LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include

181

approximately 144 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(762)   Waterview Lantern Owner LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 203 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(763)   Waverly Apartments, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 192 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(764)   Wedgewood Hills Apartment Associates, LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 156 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(765)   Wentworth at West Clay Owner is an owner of apartments and/or other residential rental properties based in Indiana.  Without limitation, its properties include units in Indiana.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(766)   Wesley Kensington Partners, LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(767)   Wesley Providence Partners, LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(768)   Westchester Redan Cove, LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(769)   Westdale Adam Hats, Ltd is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(770)   Westdale Alameda, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(771)   Westdale Bandera Crossing TX LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(772)   Westdale Bear Creek TX LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units

in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(773)   Westdale Blue Lagoon, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(774)   Westdale Brighton Place, Ltd is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(775)   Westdale Brookstone/Terrace, LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(776)   Westdale Cherry Creek CO, LLC is an owner of apartments and/or other residential rental properties based in Colorado.  Without limitation, its properties include units in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(777)   Westdale Cypress Creek TX, LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

184

(778)   Westdale Davenport, Ltd is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(779)   Westdale Deep Ellum Lofts, Ltd is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(780)   Westdale Estelle Creek, Ltd is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(781)   Westdale Futura Lofts, Ltd is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(782)   Westdale Grand Canton, LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(783)   Westdale Grand Pelham, LLC is an owner of apartments and/or other residential rental properties based in Alabama.  Without limitation, its properties include

units in Alabama. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(784) Westdale Gwinnett Square GA LLC is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(785) Westdale Hamilton, LP is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(786) Westdale Heritage Ltd is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(787) Westdale Hills 2013, LP is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(788) Westdale Hollows TX, LP is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(789)   Westdale Interstate Properties, Ltd is an owner of apartments and/or other residential rental properties based in Tennessee.  Without limitation, its properties include units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(790)   Westdale Jefferson Creek TX, LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(791)   Westdale Jefferson Place TX, LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(792)   Westdale La Costa, LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(793)   Westdale Lakeridge Ltd is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(794)   Westdale Longspur Crossing TX, LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units

in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(795) Westdale Montfort Crossing, LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(796) Westdale NC Summit Creek, Ltd is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(797) Westdale Noel, LP is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(798) Westdale Oaks of Denton, Ltd is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(799) Westdale on the Green, Ltd is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

188

(800) Westdale Park at Woodlake TX, LP is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(801) Westdale Parke, LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(802) Westdale Pavilion, Ltd is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(803) Westdale Pensacola Grand, LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(804) Westdale Pine Village North, LLC is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(805) Westdale Polaris Partners, Ltd is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units

189

in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(806)   Westdale Polo Club, Ltd is an owner of apartments and/or other residential rental properties.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(807)   Westdale Poplar Place LP is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(808)   Westdale Preston Villas, Ltd is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(809)   Westdale Reflections 2020, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(810)   Westdale Riverwood GA, LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(811)   Westdale Sabal Point NC, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties

190

include units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(812)  Westdale Solamere Grand, LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(813)  Westdale Summit, Ltd is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(814)  Westdale Twenty2, LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(815)  Westdale Vista Crossing TX, LP is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(816)  Westdale Waterford Place GA, LLC is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

191

(817)   Westdale Willow Brook TX, LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(818)   Westdale Wind River Crossing TX, LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(819)   Westdale Windridge, Ltd is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(820)   Westdale Woodmeade, Ltd is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(821)   Westdale Woodmere Trace GA LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(822)   Westgate Apartments & Townhouses Limited Partnerships is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include approximately 795 units in Virginia.  As set forth herein, the CDC

Order has prevented it from evicting non-rent paying individuals, without just compensation.

(823) Westpointe Apartments Owner KofP L.P. is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include approximately 291 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(824) Wexford Owner LLC is an owner of apartments and/or other residential rental properties based in North Carolina. Without limitation, its properties include approximately 142 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(825) Whitestone Village Apartment Associates, LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania. Without limitation, its properties include approximately 219 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(826) WI Flashcube LLC is an owner of apartments and/or other residential rental properties based in Missouri. Without limitation, its properties include approximately 184 units in. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(827) Willow Creek Apartments, LLC is an owner of apartments and/or other residential rental properties based in Indiana. Without limitation, its properties include approximately 342 units in Indiana. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(828)   Willow Run Apartments Mark Center Owner LLC is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include approximately 399 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(829)   Willow Tree Apartments, L.C. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 206 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(830)   Willowbrook Lantern Owner LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  Without limitation, its properties include approximately 248 units in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(831)   Woodbrook Owner LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 168 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(832)   Woodcreek Delaware Inc is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 248 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(833)   Worthington Apartments Owner KofP LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its

194

properties include approximately 284 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(834)   Wright-Way Real Estate & Property Management, LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 450 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(835)   Wynnewood Owner LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(836)   YMP Barrington, LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 694 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(837)   YMP Boardwalk, LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 310 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(838)   YMP Center Court, LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 588 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

195

(839)   Ryan Landmark, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 167 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(840)   YMP Palo Verde, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 266 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(841)   YMP Park Towers, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 210 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(842)   YMP Riverside Palms, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 351 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(843)   Bexley House Apartments, LLC is an owner of apartments and/or other residential rental properties based in Ohio.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(844)   Belmont Place Apartments, LLC is an owner of apartments and/or other residential rental properties based in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

196

(845)   Courtney Park Apartments, LLC is an owner of apartments and/or other residential rental properties based in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(846)   Debra Avenue Apartments, LLC is an owner of apartments and/or other residential rental properties based in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(847)   Eagles Point Ventures, LLC is an owner of apartments and/or other residential rental properties based in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(848)   Waterside Apartments Ventures, LLC is an owner of apartments and/or other residential rental properties based in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(849)   JRK Northridge Partners, LP is an owner of apartments and/or other residential rental properties based in Oklahoma.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(850)   JRK Cliffs at 6th Partners LLC is an owner of apartments and/or other residential rental properties based in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(851)   JRK Colinas Del Sol, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

197

(852) Deerfield Apartments Property Owner LLC is an owner of apartments and/or other residential rental properties based in Colorado. Without limitation, its properties include units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(853) Independence Green Apartments Property Owner, LLC is an owner of apartments and/or other residential rental properties based in Michigan. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(854) Fieldpointe of St. Luis Apartments Property Owner LLC is an owner of apartments and/or other residential rental properties based in Missouri. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(855) Spyglass Apartments Property Owner LLC is an owner of apartments and/or other residential rental properties based in Maryland. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(856) Addison Place Apartments Property Owner LLC is an owner of apartments and/or other residential rental properties based in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(857) Century Hills Property Owner LLC is an owner of apartments and/or other residential rental properties based in Connecticut. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(858)   Chase Arbor Apartments Property Owner LLC is an owner of apartments and/or other residential rental properties based in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(859)   Cornerstone Apartments Property Owner LLC is an owner of apartments and/or other residential rental properties based in Connecticut.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(860)   Breckinridge Point Apartments Property Owner, LLC is an owner of apartments and/or other residential rental properties based in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(861)   Briargate Apartments Property Owner, LLC is an owner of apartments and/or other residential rental properties based in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(862)   Citigate Apartments Property Owner, LLC is an owner of apartments and/or other residential rental properties based in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(863)   Kia Ora Park Apartments LLC is an owner of apartments and/or other residential rental properties based in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(864)   Steele Creek Apartments Property Owner, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(865)   350 Perimeter Center North Atlanta Apts Property Owner LLC is an owner of apartments and/or other residential rental properties based in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(866)   Centre Station Apartments LLC is an owner of apartments and/or other residential rental properties based in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(867)   Greens of Salem Run Apartments, LLC is an owner of apartments and/or other residential rental properties based in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(868)   Chesapeake Coveside Lane Apartments Property Owner, LLC is an owner of apartments and/or other residential rental properties based in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(869)  Carrington Place Apartments Property Owner, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(870)   Manchester Lakes I Aparments, LP is an owner of apartments and/or other residential rental properties based in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(871)   Manchester Lakes II Apartments, LP is an owner of apartments and/or other residential rental properties based in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(872)   Southland Apartments Property Owner, LLC is an owner of apartments and/or other residential rental properties based in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(873)   West 18th Street Apartments Owner, LLC is an owner of apartments and/or other residential rental properties based in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(874)   Arwen Vista Property Owner, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(875)   Cabana West Property Owners LLC is an owner of apartments and/or other residential rental properties based in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(876)   Heritage at Lakeside Property Owner LLC is an owner of apartments and/or other residential rental properties based in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(877)   Summerbrooke Property Owner LLC is an owner of apartments and/or other residential rental properties based in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(878)   Chatham Parkway Apartments Property Owner LLC is an owner of apartments and/or other residential rental properties based in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(879)   Heritage Lakes Apartments Property Owner LLC is an owner of apartments and/or other residential rental properties based in Nebraska.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(880)   East Fifty First Apartments Property Owner LLC is an owner of apartments and/or other residential rental properties based in Oklahoma.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(881)   Venice Lofts Property Owner LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(882)   Arbor Oaks Apartments Property Owner, LLC is an owner of apartments and/or other residential rental properties based in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(883)    Citra at Windermere Apartment Property Owner LLC is an owner of apartments and/or other residential rental properties based in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(884)    GSG Residential Grandeville, LLC is an owner of apartments and/or other residential rental properties based in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(885)    Heritage at Freemason Apartments Property Owner, LLC is an owner of apartments and/or other residential rental properties based in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(886)    Westtown Apartments Property Owner, LLC is an owner of apartments and/or other residential rental properties based in Pennsylvania.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(887)    Park Place Apartments Property Owner, LLC is an owner of apartments and/or other residential rental properties based in Michigan.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(888)    Saratoga Place Apartments Property Owner LLC is an owner of apartments and/or other residential rental properties based in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(889)   Terra Mar Apartments I Property Owner LLC is an owner of apartments and/or other residential rental properties based in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(890)   Terra Mar Apartments 2 Property Owner LLC is an owner of apartments and/or other residential rental properties based in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(891)   Pinnacle Colorado Apartments Property Owner LLC is an owner of apartments and/or other residential rental properties based in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(892)   Westcliff Apts Property Owner LLC is an owner of apartments and/or other residential rental properties based in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(893)   Indigo Park Property Owner, LLC is an owner of apartments and/or other residential rental properties based in Louisiana.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(894)   909 West Property Owner, LLC is an owner of apartments and/or other residential rental properties based in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(895)   Carrington Park Apartments Property Owner, LLC is an owner of apartments and/or other residential rental properties based in Texas.  As set forth herein,

the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(896)   Enclave at Pamalee Property Owner, LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(897)   Gawain Circle, LP is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately192 units in Ohio.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(898)   Humble Memorial Gardens, Ltd. is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 75 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(899)   Gainesville McEver, LLLP is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 220 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(900)   The Gables of Maumelle Apartments, Limited Partnership is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 120 units in Arkansas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(901) Chapel Trust, LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 184 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(902) DDI Florence, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 88 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(903) Daytona Beach Leased Housing Associates I, LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 128 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(904) Gainesville Acquisition III, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 115 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(905) Fort Dodge Leased Housing Associates I, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 76 units in Iowa. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(906) Coffeyville Leased Housing Associates I, Limited Partnership is an owner of apartments and/or other residential rental properties. Without limitation, its properties

206

include approximately 47 units in Kansas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(907)   WRPV XII Greenwood Plaza, L.L.C. is an owner of apartments and/or other residential rental properties based in Colorado.  Without limitation, its properties include approximately 266 units in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(908)   WRPV XII Denver Place, L.L.C. is an owner of apartments and/or other residential rental properties based in Colorado.  Without limitation, its properties include approximately 193 units in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(909)   WRPV XIII Ridge Thornton, L.L.C. is an owner of apartments and/or other residential rental properties based in Colorado.  Without limitation, its properties include approximately 280 units in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(910)   Port Royale Propco, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 553 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(911)   WRPV West Miami, L.L.C. is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 427 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

207

(912)   WRPV XIII SF Austin, L.L.C. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 260 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(913)   WRPV XIII Carrington Cypress, L.L.C. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 330 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(914)   WRPV XIII Gramercy Dallas, L.L.C. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 535 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(915)   WRPV XIII Southside Flats Dallas, L.L.C. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 288 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(916)   WRPV XIII MM Stafford, L.L.C. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 264 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(917)   WRPV XIII WB Austin, L.L.C. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include

approximately 300 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(918) WRPV XIII Reserve Houston, L.L.C. is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 348 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(919) WRPV XIII Plantation Woodlands, L.L.C. is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 432 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(920) WRPV XIII SC Austin, L.L.C. is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 390 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(921) WRPV XIII Mockingbird Dallas, L.L.C. is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 417 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(922) WRPV XII Firewheel Garland, L.L.C. is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 594 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(923)   WRPV XII Haven Houston, L.P. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 246 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(924)   WRPV XII Villas HP Houston, L.L.C. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 320 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(925)   WRPV XIII Creekside Plano, L.L.C. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 380 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(926)   WRPV XIII Lakeshore Plano, L.L.C. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 302 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(927)   WRPV XIII Summerwind Pearland, L.L.C. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 197 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(928)   WRPV XIII Shirlington, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia.  Without limitation, its properties include

210

approximately 404 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(929)   WRPV XIII Residences Springfield, L.L.C. is an owner of apartments and/or other residential rental properties based in Virginia.   Without limitation, its properties include approximately 631 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(930)   WRPV XII Element Phoenix, L.L.C. is an owner of apartments and/or other residential rental properties based in Arizona.  Without limitation, its properties include approximately 629 units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(931)   WRPV XIII Atria Raleigh, L.P. is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 268 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(932)   WRPV XIII Tribute Raleigh, L.L.C. is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 359 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(933)   WRPV XIII Highland Charlotte, L.P. is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 166 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(934)   WRPV XIII Audubon Cary, L.P. is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 180 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(935)   WRPV XIII Retreat Charlotte, L.P. is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 400 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(936)   WCV Manor Raleigh, L.L.C. is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 300 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(937)   WRPV XIII AG Charlotte, L.P. is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 300 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(938)   WRPV Vista Glen Nashville, L.L.C is an owner of apartments and/or other residential rental properties based in Tennessee.  Without limitation, its properties include approximately 994 units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(939)   WRPV XIII Doubletree Nashville, L.L.C. is an owner of apartments and/or other residential rental properties based in Nevada.  Without limitation, its properties

212

include approximately 320 units in Nevada. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(940) WRPV XIII NV Nashville, L.L.C. is an owner of apartments and/or other residential rental properties based in Nevada. Without limitation, its properties include approximately 456 units in Nevada. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(941) WRPV XIII Fairways Henderson, L.L.C. is an owner of apartments and/or other residential rental properties based in Nevada. Without limitation, its properties include approximately 400 units in Nevada. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(942) WRPV XIII VT Las Vegas, L.L.C. is an owner of apartments and/or other residential rental properties based in Nevada. Without limitation, its properties include approximately 312 units in Nevada. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(943) WRPV XIII Mirasol Vegas, L.L.C. is an owner of apartments and/or other residential rental properties based in Nevada. Without limitation, its properties include approximately 312 units in Nevada. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(944) WRPV XIV ECH LV, L.L.C. is an owner of apartments and/or other residential rental properties based in Connecticut. Without limitation, its properties include approximately 344 units in Connecticut. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(945)   WRPV XIV Pointe LV, L.L.C. is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include approximately 220 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(946)   WC Venture 75 Tresser, L.L.C. is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include approximately 554 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(947)   WRPV XIV Briarcliff Apartments Atlanta, L.L.C. is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include approximately 382 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(948)   WRPV XIV Deerfield Village Milton, L.L.C. is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include approximately 668 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(949)   WRPV XIV Gwinnett Pointe Norcross, L.L.C. is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include approximately 396 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(950)   WRPV XIV Roswell Village, L.L.C. is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include

214

approximately 396 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(951)   WCV Pointe Lindbergh Tenant, L.L.C. is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include approximately 410 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(952)   WCV Pointe CH Tenant, L.L.C. is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include approximately 236 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(953)   WCV Pointe Vinings Tenant, L.L.C. is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include approximately 322 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(954)   WRPV XII Peachtree Battle Atlanta, L.L.C. is an owner of apartments and/or other residential rental properties.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(955)   WRPV XII Savannah Atlanta, L.L.C. is an owner of apartments and/or other residential rental properties.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(956)   BMEF Roosevelt, L.L.C. is an owner of apartments and/or other residential rental properties based in Arizona.  Without limitation, its properties include approximately

215

403 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(957)   2020 Lawrence Street, L.L.C. is an owner of apartments and/or other residential rental properties based in Colorado. Without limitation, its properties include approximately 231 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(958)   APTCO Aspen Grove Limited Partnership is an owner of apartments and/or other residential rental properties based in Colorado. Without limitation, its properties include approximately 280 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(959)   APTCO Dakota Ridge, L.L.C. is an owner of apartments and/or other residential rental properties based in Colorado. Without limitation, its properties include approximately 480 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(960)   BMEF Red Hawk, L.L.C. is an owner of apartments and/or other residential rental properties based in Colorado. Without limitation, its properties include approximately 384 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(961)   Stamford Phase Four JV, LLC is an owner of apartments and/or other residential rental properties based in Connecticut. Without limitation, its properties include approximately 209 units in Connecticut. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

216

(962)   BIR Coral Gables I, L.L.C is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 276 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(963)   BMIRF Manor, L.L.C. is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include approximately 264 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(964)   BMIRF Citrus Park, L.L.C. is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include approximately 264 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(965)   BMIRF Winter Park, LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 310 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(966)   DGJ Krupp Bros. FLVSPE, LLC is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include approximately 508 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(967)   PBOne Howell Mill, LLC is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include

217

approximately 256 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(968) PBOne Terminus, L.L.C. is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 355 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(969) BMIRF Lenox, L.L.C. is an owner of apartments and/or other residential rental properties based in Delaware. Without limitation, its properties include approximately 375 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(970) BMEF Spring Hill, L.L.C. is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 378 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(971) BMIRF EON, L.L.C. is an owner of apartments and/or other residential rental properties based in Delaware. Without limitation, its properties include approximately 352 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(972) DGJ Towne House Mospe, L.L.C. is an owner of apartments and/or other residential rental properties based in Missouri. Without limitation, its properties include approximately 301 units in Missouri. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(973)   PBOne Cameron LP is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 282 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(974)   BIR Chapel Hill LLC is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 265 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(975)   PBOne Dilworth LP is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 296 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(976)   PBOne Main Street Limited Partnership is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 208 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(977)   PBOne Ninth Street Limited Partnership is an owner of apartments and/or other residential rental properties based in North Carolina.  Without limitation, its properties include approximately 303 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

219

(978)   BVF-IV Fort Mill, LLC is an owner of apartments and/or other residential rental properties based in South Carolina.   Without limitation, its properties include approximately 248 units in South Carolina.   As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(979)   PBOne Artisan, L.L.C. is an owner of apartments and/or other residential rental properties based in Delaware.   Without limitation, its properties include approximately 153 units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(980)   PBOne Aspen Grove, L.L.C is an owner of apartments and/or other residential rental properties based in Tennessee.  Without limitation, its properties include approximately 560 units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(981)   TRG Arapaho, L.L.C. is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 322 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(982)   TRG Arapaho II, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 278 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(983)   BMEF Creekside, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately

220

416 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(984) BMEF Jones Forest, LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 416 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(985) BMEF Lakeway, LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 350 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(986) APTCO Medical District, L.L.C. is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 325 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(987) BMEF Preserve, LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 560 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(988) APTCO RiverView, L.L.C. is an owner of apartments and/or other residential rental properties based in Delaware. Without limitation, its properties include approximately 302 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(989)   BMEF Spring Creek, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 376 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(990)   BMEF Woodland, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 402 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(991)   BMIRF Estancia, L.L.C. is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include approximately 207 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(992)   PBOne Bellaire, L.L.C. is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include approximately 385 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(993)   BMEF Highlands Limited Partnership is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 444 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(994)   BT-JV MS, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 595

units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(995) BT-JV PBR, LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 424 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(996) BMEF Plaza Limited Partnership is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 229 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(997) PBOne Pradera, L.L.C. is an owner of apartments and/or other residential rental properties based in Delaware. Without limitation, its properties include approximately 360 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(998) PBOne Providence, L.L.C. is an owner of apartments and/or other residential rental properties based in Delaware. Without limitation, its properties include approximately 420 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(999) BMEF San Marin Limited Partnership is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 459 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

223

(1000) BMEF Stoneleigh Limited Partnership is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 500 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1001) PBOne The Core, L.L.C. is an owner of apartments and/or other residential rental properties based in Delaware. Without limitation, its properties include approximately 326 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1002) BVF-IV Vargos, LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 276 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1003) BT-JV VBR, LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 368 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1004) BT-JV VG, LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 368 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1005) VA-MF (Woodlands) LLC is an owner of apartments and/or other residential rental properties. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1006) VA-MF (Houston) LLC is an owner of apartments and/or other residential rental properties.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1007) JDFW (Boardwalk) LLC is an owner of apartments and/or other residential rental properties.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1008) JDFW (Reserve) LLC is an owner of apartments and/or other residential rental properties.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1009) JDFW (Vantage) LLC is an owner of apartments and/or other residential rental properties.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1010) JDFW (West Love) LLC is an owner of apartments and/or other residential rental properties.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1011) JDFW (Eastshore) LLC is an owner of apartments and/or other residential rental properties.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1012) JDFW II (1900) LLC is an owner of apartments and/or other residential rental properties.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1013) JDFW II (Promenade) LLC is an owner of apartments and/or other residential rental properties. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1014) JDFW II (Silverlake) LLC is an owner of apartments and/or other residential rental properties. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1015) JDFW III (Woodlands) LLC is an owner of apartments and/or other residential rental properties. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1016) JDFW IV (Mockingbird) LLC is an owner of apartments and/or other residential rental properties. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1017) Westdale Hunters Chase TX, LP is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1018) 15200 Blue Ash Drive Limited Partnership is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 216 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1019) Arbor Cove, Ltd is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 120

226

units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1020) Augusta Leased Housing Associates I LLLP is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include approximately 192 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1021) Austin Leased Housing Associates II Limited Partnership is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 216 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1022) Austin Leased Housing Associates III Limited Partnership is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 163 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1023) Austin Leased Housing Associates IV Limited Partnership is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 160 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1024) Balch Springs Leased Housing Associates I LLLP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 216 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1025) Batavia Leased Housing Associates I LLLP is an owner of apartments and/or other residential rental properties based in Ohio.  Without limitation, its properties include approximately 176 units in Ohio.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1026) Beaufort Leased Housing Associates I Limited Partnership is an owner of apartments and/or other residential rental properties based in South Carolina.  Without limitation, its properties include approximately 96 units in South Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1027) Beaufort Leased Housing Associates II LLLP is an owner of apartments and/or other residential rental properties based in South Carolina.  Without limitation, its properties include approximately 160 units in South Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1028) Beaufort Leased Housing Associates III LLLP is an owner of apartments and/or other residential rental properties based in South Carolina.  Without limitation, its properties include approximately 56 units in South Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1029) Beaumont Leased Housing Associates I LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 150 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

228

(1030) Beaumont Leased Housing Associates II LP is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 90 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1031) Bradenton Leased Housing Associates III LLLP is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 218 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1032) Canton Leased Housing Associates III LP is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 174 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1033) Canton Leased Housing Associates Successor I LLC is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 212 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1034) Canton Leased Housing Associates Successor II Limited Partnership is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 145 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1035) Cathy's Pointe Ltd is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 120 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1036) Centennial Leased Housing Associates I LLLP is an owner of apartments and/or other residential rental properties based in Colorado.  Without limitation, its properties include approximately 209 units in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1037) Chicory Court Madison III LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 236 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1038) Chicory Court-Simpson Stuart LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 250 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1039) Cincinnati NHTE Housing LP is an owner of apartments and/or other residential rental properties based in Ohio.  Without limitation, its properties include approximately 137 units in Ohio.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1040) Clearwater Acquisitions I LLC is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include

approximately 372 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1041) Cleveland Leased Housing Associates I LP is an owner of apartments and/or other residential rental properties based in Ohio.  Without limitation, its properties include approximately 108 units in Ohio.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1042) Colorado Commons LLLP is an owner of apartments and/or other residential rental properties based in Colorado.  Without limitation, its properties include approximately 112 units in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1043) Columbus Acquisitions IV LLC is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include approximately 144 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1044) Commerce City Leased Housing Associates I LLLP is an owner of apartments and/or other residential rental properties based in Colorado.  Without limitation, its properties include approximately 216 units in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1045) Council Bluffs Leased Housing Associates I LLLP is an owner of apartments and/or other residential rental properties based in Iowa.  Without limitation, its properties include approximately 120 units in Iowa.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

231

(1046) Covington Leased Housing Associates II LLLP is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 220 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1047) Covington Leased Housing Associates III LLLP is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 250 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1048) Covington Leased Housing Associates IV LLLP is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 198 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1049) Dacula Leased Housing Associates I LLLP is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 240 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1050) Dallas Acquisitions XII LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 200 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1051) Dallas Leased Housing Associates IV LLLP is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties

include approximately 202 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1052) Dalton Leased Housing Associates II LLLP is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 120 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1053) Davenport MAHC LLLP is an owner of apartments and/or other residential rental properties based in Iowa. Without limitation, its properties include approximately 96 units in Iowa. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1054) Deland Leased Housing Associates II LLLP is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 228 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1055) Denver Leased Housing Associates VI LLLP is an owner of apartments and/or other residential rental properties based in Colorado. Without limitation, its properties include approximately 252 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1056) Denver Leased Housing Associates VII LLLP is an owner of apartments and/or other residential rental properties based in Colorado. Without limitation, its properties include approximately 122 units in Colorado. As set forth herein, the CDC

233

Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1057) Des Moines Leased Housing Associates I Limited Partnership is an owner of apartments and/or other residential rental properties based in Iowa. Without limitation, its properties include approximately 96 units in Iowa. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1058) Des Moines Leased Housing Associates IX Limited Partnership is an owner of apartments and/or other residential rental properties based in Iowa. Without limitation, its properties include approximately 120 units in Iowa. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1059) Des Moines Leased Housing Associates VII LP is an owner of apartments and/or other residential rental properties based in Iowa. Without limitation, its properties include approximately 72 units in Iowa. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1060) Des Moines Leased Housing Associates VIII Limited Partnership is an owner of apartments and/or other residential rental properties based in Iowa. Without limitation, its properties include approximately 60 units in Iowa. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1061) Dominium Colorado LP is an owner of apartments and/or other residential rental properties based in Colorado. Without limitation, its properties include approximately 96 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1062) Douglasville Leased Housing Associates I LLLP is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 128 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1063) East Point Acquisitions II LLC is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 160 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1064) Euclid Leased Housing Associates I Limited Partnership is an owner of apartments and/or other residential rental properties based in Ohio. Without limitation, its properties include approximately 738 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1065) Forest Park Acquisition LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 140 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1066) Gainesville Leased Housing Associates (TIC-I) III LLC is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 160 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1067) Gainesville Leased Housing Associates IV LLLP is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its

properties include approximately 220 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1068) Gallatin Leased Housing Associates I Limited Partnership is an owner of apartments and/or other residential rental properties based in Tennessee.  Without limitation, its properties include approximately 185 units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1069) Goshen Leased Housing Associates I LLLP is an owner of apartments and/or other residential rental properties based in Ohio.  Without limitation, its properties include approximately 128 units in Ohio.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1070) Grand South Senior Limited Partnership is an owner of apartments and/or other residential rental properties based in Missouri.  Without limitation, its properties include approximately 87 units in Missouri.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1071) Greeley Leased Housing Associates I LLLP is an owner of apartments and/or other residential rental properties based in Colorado.  Without limitation, its properties include approximately 160 units in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1072) Groves Of Delray II Ltd is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately

128 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1073) Hailey Leased Housing Associates III LLLP is an owner of apartments and/or other residential rental properties based in Idaho.  Without limitation, its properties include approximately 192 units in Idaho.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1074) Hendersonville Leased Housing Associates I Limited Partnership is an owner of apartments and/or other residential rental properties based in Tennessee.  Without limitation, its properties include approximately 160 units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1075) Hermitage Acquisitions I LLC is an owner of apartments and/or other residential rental properties based in Tennessee.  Without limitation, its properties include approximately 156 units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1076) Houston Leased Housing Associates I LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 150 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1077) Houston Leased Housing Associates III Limited Partnership is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 160 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

237

(1078) Houston Leased Housing Associates Owner IX LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 240 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1079) Houston Leased Housing Associates V LLLP is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 224 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1080) Houston Leased Housing Associates VI LLLP is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 248 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1081) Houston Leased Housing Associates X LLLP is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 168 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1082) Houston LHA Owner VIII LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 260 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1083) Hudson Leased Housing Associates V Limited Partnership is an owner of apartments and/or other residential rental properties based in Wisconsin. Without limitation, its properties include approximately 72 units in Wisconsin. As set forth herein,

238

the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1084) Iowa City Leased Housing Associates III LLLP is an owner of apartments and/or other residential rental properties based in Iowa. Without limitation, its properties include approximately 248 units in Iowa. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1085) Jackson Community Apartments LP is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 64 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1086) Joplin Leased Housing Associates II LP is an owner of apartments and/or other residential rental properties based in Missouri. Without limitation, its properties include approximately 138 units in Missouri. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1087) Joplin Leased Housing Associates Limited Partnership is an owner of apartments and/or other residential rental properties based in Missouri. Without limitation, its properties include approximately 130 units in Missouri. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1088) Kaufman Leased Housing Associates I Limited Partnership is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 68 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

239

(1089) Kirby Manor LP is an owner of apartments and/or other residential rental properties based in Indiana.  Without limitation, its properties include approximately 80 units in Indiana.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1090) Kissimmee Leased Housing Associates I Limited Partnership is an owner of apartments and/or other residential rental properties based in Florida.  Without limitation, its properties include approximately 208 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1091) Lafayette Leased Housing Associates II LP is an owner of apartments and/or other residential rental properties based in Indiana.  Without limitation, its properties include approximately 128 units in Indiana.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1092) Laurel Ridge at Washington Road Apartments LP is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include approximately 276 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1093) Lawrenceville Leased Housing Associates I LLLP is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include approximately 240 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1094) Lawrenceville Leased Housing Associates II LLLP is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 140 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1095) Lawrenceville Leased Housing Associates III LLLP is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 224 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1096) Lawrenceville Leased Housing Associates V LLLP is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 146 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1097) Lawrenceville LHA IV LLLP is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 176 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1098) Mableton Acquisitions I LLC is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 137 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1099) McKinney Leased Housing Associates Owner I LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 200 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1100) Melbourne Leased Housing Associates II LLLP is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 127 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1101) Mesa Leased Housing Associates I LP is an owner of apartments and/or other residential rental properties based in Arizona. Without limitation, its properties include approximately 237 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1102) MM Pointe Ltd is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 76 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1103) Mountain Park Apartments LLLP is an owner of apartments and/or other residential rental properties based in Arizona. Without limitation, its properties include approximately 72 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1104) Murfreesboro Leased Housing Associates I Limited Partnership is an owner of apartments and/or other residential rental properties based in Tennessee. Without limitation, its properties include approximately 184 units in Tennessee. As set forth herein,

242

the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1105) Naples Leased Housing Associates II LLLP is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 168 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1106) Nashville Leased Housing Associates I is an owner of apartments and/or other residential rental properties based in Tennessee. Without limitation, its properties include approximately 60 units in Tennessee. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1107) Nashville Leased Housing Associates I Limited Partnership is an owner of apartments and/or other residential rental properties based in Tennessee. Without limitation, its properties include approximately 201 units in Tennessee. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1108) Nashville Leased Housing Associates IV LLLP is an owner of apartments and/or other residential rental properties based in Tennessee. Without limitation, its properties include approximately 32 units in Tennessee. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1109) Nashville LHA IV LLLP is an owner of apartments and/or other residential rental properties based in Tennessee. Without limitation, its properties include

243

approximately 84 units in Tennessee. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1110) Newnan Leased Housing Associates I LLLP is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 202 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1111) Odessa Leased Housing Associates I Limited Partnership is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 136 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1112) OHC Hillcrest Ltd is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 220 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1113) OHC Park Manor Ltd is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 196 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1114) OHC Cobblestone Ltd is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 220 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1115) OHC Desoto I Ltd is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 190 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1116) OHC Little Elm Ltd is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 176 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1117) Omaha Leased Housing Associates I LLLP is an owner of apartments and/or other residential rental properties based in Nebraska.  Without limitation, its properties include approximately 198 units in Nebraska.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1118) Omaha Leased Housing Associates II LLLP is an owner of apartments and/or other residential rental properties based in Nebraska.  Without limitation, its properties include approximately 196 units in Nebraska.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1119) Orange Leased Housing Associates I Limited Partnership is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 70 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

245

(1120) Orlando Leased Housing Associates I, Limited Partnership is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 492 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1121) Orlando Leased Housing Associates IX LLLP is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 304 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1122) Orlando Leased Housing Associates V LLLP is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 228 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1123) Orlando Leased Housing Associates VII LLLP is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 276 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1124) Orlando Leased Housing Associates X LLLP is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 240 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1125) Orlando Leased Housing Associates XI LLLP is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties

include approximately 312 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1126) Orlando Leased Housing Associates XII, Limited Partnership is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 192 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1127) Palmetto Leased Housing Associates I LLLP is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 224 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1128) Parker Leased Housing Associates I LLLP is an owner of apartments and/or other residential rental properties based in Colorado. Without limitation, its properties include approximately 204 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1129) Parkland Manor LP is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 150 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1130) Parsons Leased Housing Associates I Limited Partnership is an owner of apartments and/or other residential rental properties based in Kansas. Without limitation, its properties include approximately 100 units in Kansas. As set forth herein, the CDC

Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1131) Pegasus Villas Ltd is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 156 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1132) Pflugerville Leased Housing Associates (TIC-1) LLLP is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 256 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1133) Phoenix Leased Housing Associates II LLLP is an owner of apartments and/or other residential rental properties based in Arizona. Without limitation, its properties include approximately 308 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1134) Poinciana Leased Housing Associates I LLLP is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 383 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1135) Pompano Beach Leased Housing Associates II LLLP is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 94 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

248

(1136) Port Richey Leased Housing Associates II LLLP is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 200 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1137) Porter Commons Apartments LP is an owner of apartments and/or other residential rental properties based in Kansas. Without limitation, its properties include approximately 48 units in Kansas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1138) Provence Place LP is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 193 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1139) Punta Gorda Leased Housing Associates II LLLP is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 336 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1140) River Roads Family Limited Partnership is an owner of apartments and/or other residential rental properties based in Missouri. Without limitation, its properties include approximately 20 units in Missouri. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1141) River Roads Senior Limited Partnership is an owner of apartments and/or other residential rental properties based in Missouri. Without limitation, its properties

include approximately 94 units in Missouri. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1142) Riverdale Leased Housing Associates II LLLP is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 72 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1143) Sahuarita Ridge Apartments, L.L.C is an owner of apartments and/or other residential rental properties based in Arizona. Without limitation, its properties include approximately 52 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1144) Sea Mist Ltd is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 76 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1145) Shady Creek Housing Partners, LTD is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 88 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1146) Sioux City Leased Housing Associates I LP is an owner of apartments and/or other residential rental properties based in Iowa. Without limitation, its properties include approximately 102 units in Iowa. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1147) Southern Oaks Housing LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 256 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1148) St Louis Leased Housing Associates IV LP is an owner of apartments and/or other residential rental properties based in Missouri.  Without limitation, its properties include approximately 72 units in Missouri.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1149) St Louis Leased Housing Associates LIHTC V LLLP is an owner of apartments and/or other residential rental properties based in Missouri.  Without limitation, its properties include approximately 202 units in Missouri.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1150) St Louis Leased Housing Associates V LLLP is an owner of apartments and/or other residential rental properties based in Missouri.  Without limitation, its properties include approximately 80 units in Missouri.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1151) Stonecrest Leased Housing Associates I LLLP is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include approximately 238 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1152) Teri Road Housing LTD is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately

251

240 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1153) THF Midland Leased Housing Associates I Limited Partnership is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 204 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1154) THF Midland Leased Housing Associates II Limited Partnership is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 300 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1155) Three Rivers Landing of Gulfport LP is an owner of apartments and/or other residential rental properties based in Mississippi. Without limitation, its properties include approximately 170 units in Mississippi. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1156) Tiger Bay of Gainesville, LTD is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 96 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1157) Tolleson Leased Housing Associates II Limited Partnership is an owner of apartments and/or other residential rental properties based in Arizona. Without limitation, its properties include approximately 228 units in Arizona. As set forth herein, the CDC

Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1158) Tranquility Housing LTD is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 246 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1159) Tucson Leased Housing Associates II, LLC is an owner of apartments and/or other residential rental properties based in Arizona. Without limitation, its properties include approximately 136 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1160) Tucson Leased Housing Associates III, LLC is an owner of apartments and/or other residential rental properties based in Arizona. Without limitation, its properties include approximately 136 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1161) TX Hillside Apartments LP is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 236 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1162) TX RR620 Apartments Ltd is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 120 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1163) TX Timbercreek Housing LP is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 100 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1164) Vero Beach Leased Housing Associates III LLLP is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 168 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1165) Victory Crossing Apartments, LP is an owner of apartments and/or other residential rental properties based in Georgia. Without limitation, its properties include approximately 172 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1166) Village at Delray LTD is an owner of apartments and/or other residential rental properties based in Florida. Without limitation, its properties include approximately 144 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1167) Washington Avenue Apartments LP is an owner of apartments and/or other residential rental properties based in Missouri. Without limitation, its properties include approximately 95 units in Missouri. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1168) West Cardinal 140 LP is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately

254

140 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1169) West Oaks/Finlay Partners III, Limited Partnership is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 168 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1170) Westminster Leased Housing Associates I LLLP is an owner of apartments and/or other residential rental properties based in Colorado.  Without limitation, its properties include approximately 205 units in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1171) Woodstock Leased Housing Associates I LLLP is an owner of apartments and/or other residential rental properties based in Georgia.  Without limitation, its properties include approximately 172 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1172) MI Residential, LLC is an owner of apartments and/or other residential rental properties based in Michigan.  Without limitation, its properties include approximately 125 units in Michigan.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1173) Reece Equity, LLC  is an owner of apartments and/or other residential rental properties based in Michigan.  Without limitation, its properties include approximately 14 units in Michigan.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1174) Tahoe Diversified, LLC is an owner of apartments and/or other residential rental properties based in Michigan.   Without limitation, its properties include approximately 7 units in Michigan.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1175) Epic Homes, LLC is an owner of apartments and/or other residential rental properties based in Michigan.  Without limitation, its properties include approximately 10 units in Michigan.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1176) Sterling Residential, LLC is an owner of apartments and/or other residential rental properties based in Michigan.   Without limitation, its properties include approximately 23 units in Michigan.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1177) Trenton Trip Net, LLC is an owner of apartments and/or other residential rental properties based in Michigan.   Without limitation, its properties include approximately 1 unit in Michigan.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1178) Huron River Allen Park, LLC is an owner of apartments and/or other residential rental properties based in Michigan.  Without limitation, its properties include approximately 33 units in Michigan.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1179) Huron River Dearborn, LLC is an owner of apartments and/or other residential rental properties based in Michigan.  Without limitation, its properties include

approximately 24 units in Michigan. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1180) Huron River Garden City, LLC is an owner of apartments and/or other residential rental properties based in Michigan. Without limitation, its properties include approximately 48 units in Michigan. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1181) Huron River Grosse Ile, LLC is an owner of apartments and/or other residential rental properties based in Michigan. Without limitation, its properties include approximately 24 units in Michigan. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1182) Huron River Apartments, LLC is an owner of apartments and/or other residential rental properties based in Michigan. Without limitation, its properties include approximately 24 units in Michigan. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1183) Huron River Shelby, LLC is an owner of apartments and/or other residential rental properties based in Michigan. Without limitation, its properties include approximately 12 units in Michigan. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1184) Huron River Toledo, LLC is an owner of apartments and/or other residential rental properties based in Ohio. Without limitation, its properties include approximately 88 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1185) Huron River Wayne, LLC is an owner of apartments and/or other residential rental properties based in Michigan.  Without limitation, its properties include approximately 30 units in Michigan.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1186) Huron River Wyandotte, LLC is an owner of apartments and/or other residential rental properties based in Michigan.  Without limitation, its properties include approximately 53 units in Michigan.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1187) Huron River Ypsilanti, LLC is an owner of apartments and/or other residential rental properties based in Michigan.  Without limitation, its properties include approximately 24 units in Michigan.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1188) Bridge Tower Dallas Three LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 1 unit in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1189) BT Cayman LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 2 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1190) BT Harbor One LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately

2 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1191) BT Oriole One LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 1 unit in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1192) BT Oriole Two LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 2 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1193) BT Pegasus LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 2 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1194) BT Pine LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 2 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1195) BT SFRL I LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 1 unit in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1196) Forney Caladium LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 3 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1197) Forney Maverick LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 2 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1198) Forney Wrangler LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 1 unit in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1199) HPMC Properties Dallas is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include approximately 1 unit in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1200) Nathan Morrison is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, his properties include approximately 1 unit in Texas. As set forth herein, the CDC Order has prevented him from evicting non-rent paying individuals, without just compensation.

(1201) WB Bermuda Shores LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include

260

approximately 5 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1202) WB Condor LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 1 unit in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1203) WB Cypress LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 2 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1204) WB Falcon LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 1 unit in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1205) WB Magnolia is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 1 unit in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1206) WSBT Cobblestone Home VIII LP is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 1 unit in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1207) North Texas Family Properties 2LLC is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, its properties include units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1208) Michael Svatko is an owner of apartments and/or other residential rental properties based in Texas. Without limitation, his properties include units in Texas. As set forth herein, the CDC Order has prevented him from evicting non-rent paying individuals, without just compensation.

(1209) St Cloud Leased Housing Associates II LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 192 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1210) St. Louis Leased Housing Associates III, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 86 units in Missouri. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1211) GS Highlands, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 349 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1212) GEP X Desert View, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 412 units in

262

Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1213) Seventh Street Tempe AZ Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 857 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1214) GEP X Coronado, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 320 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1215) GEP X Cordoba LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 352 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1216) GS Cherry Creek Project Owner, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 288 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1217) GS Belmar Project Owner, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 308 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

263

(1218) GS 21 Lawrence Project Owner, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 212 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1219) GGIF Lowry LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 150 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1220) Union on Elizabeth CO Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 402 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1221) Lokal Fort Collins Co LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 194 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1222) Plum Owner Ft Collins Co LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 229 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1223) GEP X Thornton LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 480 units in

Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1224) GS AA Stapleton Owner LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 151 units in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1225) EDR Storrs, LLC is an owner of apartments and/or other residential rental properties.   Without limitation, its properties include approximately 503 units in Connecticut.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1226) GS Brickell Project Owner, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 418 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1227) GS Delray, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 180 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1228) GS Boca City Project Owner, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 229 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1229) GS Delray II Project Owner, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 146 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1230) GS Mark, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 208 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1231) GS Valencia, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 352 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1232) Union Fletcher Tampa FL LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 640 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1233) GEP X City Park, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 228 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1234) GEP X Coachman, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 218 units in

Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1235) GEP X Lakeview, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 199 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1236) GS Peachtree Project Owner, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 329 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1237) GS Druid Hills, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 228 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1238) GEP X Cumberland, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 400 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1239) GGIF Aston City Springs Owner, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 294 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1240) GEP X Breckinridge, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 400 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1241) GEP X Acworth, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 240 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1242) GEP X Kennesaw, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 296 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1243) GEP X Ridenour, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 255 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1244) GEP X Cheshire, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 318 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1245) GGIF Newbergh ATL LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 258

units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1246) GEP X Chase LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 410 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1247) GEP X Court LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 446 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1248) GEP X Dunwoody, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 227 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1249) GEP X Fuller Way, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 217 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1250) GEP X Powers Ferry Owner, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 312 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1251) CV East Lansing MI LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 355 units in Michigan. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1252) Varsity at Ann Arbor LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 415 units in Michigan. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1253) GEDR Landmark, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 611 units in Michigan. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1254) EDR College View MS, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 656 units in Mississippi. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1255) GEP X Allerton Owner, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 348 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1256) GEP X Waterlynn Owner, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 312

270

units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1257) GS Grove Park LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 339 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1258) GREP X Broad Owner, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 320 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1259) GEP X Landing Owner, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 268 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1260) GGIF Steele Creek, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 456 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1261) EDR Southside Commons PA LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 428 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

271

(1262) CD/Park7 Pittsburg Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 723 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1263) GEP X Thornblade, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 293 units in South Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1264) GEP X Long Point Owner, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 360 units in South Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1265) GEP X Waterford, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 180 units in Tennessee. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1266) GEP X Lexington, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 598 units in Tennessee. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1267) GEP X Bell Road, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 452 units in

Tennessee. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1268) GEP X South Oaks Owner, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 323 units in Tennessee. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1269) GS Eldridge Limited Partnership is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 330 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1270) GS Fairmount Project Owner, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 299 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1271) ASA Apartments Limited Partnership is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 365 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1272) GS Addison Circle, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 393 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1273) GS Arpeggio Project Owner, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 377 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1274) GS Rio, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 220 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1275) GS Eldridge LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 668 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1276) San Marcos TX Student Housing LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 304 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1277) GEP X Soco, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 528 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1278) GGIF Grapevine LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 399 units in

Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1279) GEP X River Park, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 248 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1280) GS 55 Hundred, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 234 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1281) GS Baileys Project Owner, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 414 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1282) GS Prospect Project Owner, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 265 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1283) GS Tyson's Corner Project Owner, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 461 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1284) GS Park Crest, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 131 units in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1285) GEP X Stoney Ridge, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 264 units in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1286) GEP X Fieldstone LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 384 units in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1287) GEP X Copper Spring, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 366 units in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1288) Core Campus Madison LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 1,038 units in Wisconsin. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1289) Village Park Senior Housing Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in

276

Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1290) 168 Realty Group III, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 147 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1291) 168 Realty Group IV, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 256 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1292) 168 Realty Group V, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 157 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1293) 168 Realty Group VI-A, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 97 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1294) 168 Realty Group VI-B, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 127 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

277

(1295) Allanza Fee Owner LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 896 units in Nevada.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1296) Amelia Court at Creative Village II Partners, LTD. is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1297) Amelia Court Developers, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1298) Ashley Lake Fee Owner LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 300 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1299) Aurora Retreat Fee Owner LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 256 units in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1300) Avondale Gateway Owner LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 240

units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1301) Bayou Point TT LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 212 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1302) Beach Village Palm Coast, Ltd is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1303) Bella Thunderbird Fee Owner LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 200 units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1304) Belle Isle Apartments Partners, Ltd is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1305) Berkshire Club Partners, Ltd is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1306) Boca Palms Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1307) Brentwood Club on Millenia Blvd. Ptrs, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1308) Bridgeport Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 276 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1309) Bridgewater Club Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1310) Brittany Bay Partners II, Ltd is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1311) Brittany Bay Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As

set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1312) Brookhaven Development Land, Ltd. is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1313) Brookside Partners, Ltd is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1314) Brookwood Forest Partners, Ltd is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1315) Calibre Crest Fee Owner LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 340 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1316) Cambridge Club Partners, Ltd. is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1317) Cape Morris Cove Partners LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1318) Cape Morris II Partners LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1319) Carrollwood Place Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 432 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1320) Central Landings 83, Ltd is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1321) Central Landings Partners Ltd is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1322) Central Park Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 362

282

units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1323) Charleston Club Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1324) Club at Eustis Partners Ltd is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1325) Concord Court at Creative Village Partners, Ltd is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1326) Concord Lexington, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1327) Country Place Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 292 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1328) Covington Club, LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1329) Covington Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 540 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1330) Creekside Way Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 268 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1331) Dean Woods Place Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1332) Dodson Chapel Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 410 units in Tennessee. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1333) Duraleigh Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 362

284

units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1334) Eastern Springs Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 456 units in Nevada. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1335) English & Swoope Investment, L.L.C. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1336) Enterprise Dev Partners, LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1337) Fairview Cove II, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1338) Fairview Cove, LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1339) Falcon Pines Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 300 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1340) Fountains at Falkenburg II is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1341) Fountains at Millenia II LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1342) Fountains at Millenia III LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1343) Fountains at Millenia IV LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1344) Fountains at Pershing Park, Lt is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As

set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1345) Fountains at San Remo Crt Ptnr is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1346) Fountains at Saxon Pointe Blvd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1347) Fox Chase Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1348) Galleria Palms Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 424 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1349) Garden Grove Apartments, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1350) Garden Grove Investments, L.L.C. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1351) Gemini Settler's Point Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 416 units in Utah. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1352) Georgia Bradley Pointe Ptnrs is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1353) Glenn on Millennia Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1354) Goldenrod Pointe Partners, Ltd is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1355) Goldenrod TT LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 272 units in Florida.

As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1356) Grand Pointe Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 364 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1357) Hammock Harbor LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1358) Harbor Vista Dev Group LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1359) Harris Cove Partners, Ltd is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1360) Heritage Park Apartments, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1361) Heritage Pointe Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1362) Howell Branch Cove, Ltd is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1363) Hunters Run Partners II, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1364) Hunters Run Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1365) Indian Trail TT LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 467 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1366) Kathleen Pointe Partners LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As

set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1367) Lake Harris Cove Partners, Ltd is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1368) Lake Sherwood Inv Ptnrs, LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1369) Lake Sherwood Phases 3 & 4, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1370) Lake Sherwood Phases 6-8, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1371) Lake Sumter Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1372) Lakewood Pointe, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1373) Lakewood Shores Ptnrs, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1374) Landstar Park Partners, Ltd is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1375) Lee Vista Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1376) Lennard Road Partners, Ltd is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1377) Lexington Court Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As

292

set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1378) Lingo Cove Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1379) Little River Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 168 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1380) Longhorn Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 344 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1381) Magnolia Ridge Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 287 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1382) Malabar Cove II, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1383) Malabar Cove, LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1384) Marbella Cove II, LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1385) Marbella Pointe Dev Grp, LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1386) Martin Lakeside Apartments, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1387) McMullen Booth Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 320 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1388) Millenia Development Grp, LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As

294

set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1389) Miller Huggins Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 329 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1390) Mission Springs Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately306 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1391) Monaco Parkway Fee Owner, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 710 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1392) Moss Park Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1393) Nantucket Cove Partners, Ltd is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1394) Nassau Club Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1395) Newnan Crossing Apts Partners is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1396) Newport Sound Partners II, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1397) Newport Sound Partners, Ltd is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1398) Oasis Jones Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 234 units in Nevada. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1399) Oasis Rainbow Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 208

units in Nevada.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1400) Oasis Vegas Fee Owner LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 360 units in Nevada.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1401) Osceola Boca Palms, Ltd. is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1402) Osceola Pointe Partners, Ltd is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1403) Oviedo Town Centre Dv Grp LLLP is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1404) Oviedo Town Centre II Ptr LLLP is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1405) Oviedo Town Centre III LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1406) Oviedo Town Centre IV LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1407) Palm Breeze Managers II, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1408) Palm Breeze Partners, Ltd is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1409) Parc Hill Apartment Partners Ltd is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1410) Parc Hill Senior Lvng Ptns Ltd is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As

set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1411) Pasco Richey Woods, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1412) Pier Park Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1413) Red Fox Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 246 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1414) Regatta Bay Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1415) Reserve at Orange City, L.L.C. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1416) Retreat Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 120 units in Nevada. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1417) River Ridge Apartments, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1418) Rolling Acres Club II LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1419) Rolling Acres Club LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1420) Rolling Green, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1421) Royal Oaks Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 468

units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1422) Runaway Bay Fee Owner LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 192 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1423) Russell Bay Fee Owner LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 420 units in Nevada.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1424) Russell Mesa Fee Owner LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 168 units in Nevada.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1425) S&R, Ltd is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1426) Sailboat Fee Owner LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 192 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

301

(1427) San Jacinto Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 408 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1428) Sand Bay Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 350 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1429) SAS Lex. Club at Spring Arbor Managers, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1430) SAS Spring Aror Managers, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1431) Satellite Blvd Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 268 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1432) Saxon Trace Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As

302

set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1433) Seminole Cty Loma Vista Ptnrs is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1434) SLC Somerset Village Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 486 units in Utah. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1435) Solis FL Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 596 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1436) Somerset Cove Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1437) Somerset Developers, Ltd is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1438) South Kirkman Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 472 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1439) Southwinds Partners LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1440) Spring Lake Cove II, Ltd is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1441) Spring Lake Cove, LLLP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1442) Stone Harbor Partners II, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1443) Stonegate Club Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Georgia. As

set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1444) Stuart Pointe Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1445) Sweetwater Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 448 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1446) TA Cypress Pond Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 432 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1447) TA Falls Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 276 units in Utah. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1448) TA Montego Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 420 units in Nevada. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1449) TA Raven Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 240 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1450) TA Retreat LV Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 120 units in Nevada. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1451) TA Urban Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 435 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1452) TA Vida Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 252 units in Nevada. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1453) Taylor Place, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1454) Tenaya Lucia Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 440

units in Nevada.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1455) Tesoro Ranch Fee Owner LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 440 units in Nevada.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1456) The Cove at Lady Lake Ptnrs, Ltd is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1457) The Cove at St. Andrews Partners, Ltd. is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1458) The Landings on Millenia Blvd. Partners, Ltd. is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1459) The Loop Apartments, Ltd. is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1460) Timacuan Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 272 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1461) Timberline Partners, Ltd is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1462) TLUS TA Midtown Atlanta Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 342 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1463) TLUS TA Vinings Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 360 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1464) Trevi Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 290 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1465) Tripp Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 295 units in

308

Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1466) Tropicana 5325 Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 240 units in Nevada. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1467) Twin Lakes Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 262 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1468) University Club Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1469) Uptown Maitland Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1470) Urban Edge Apartments, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1471) Urban Edge Partners II, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1472) Valencia Village Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1473) Ventura at Turtle Creek, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1474) Village at Cortez Partners, Lt is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1475) Vineland Investment Partners Phase II, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1476) Vineland Landings Partners, Ltd is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As

310

set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1477) Vista Park Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1478) Vista Pines Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1479) Warm Springs Fee Owner LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 384 units in Nevada. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1480) Waterford East Partners, Ltd. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1481) WaterVue Apartments, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

311

(1482) Westwood Club Partners, Ltd is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1483) Westwood Park Partners, Ltd is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1484) Wickham Club Partners, Ltd is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1485) Winter Country Gardens Assoc, L.P. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1486) Genoa Lakes Communities, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 361 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1487) CR Palm Court Communities LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 256

312

units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1488) CR Park Meadows Communities, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 225 units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1489) CH Scottsdale Gateway II Communities, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 487 units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1490) CH Ahwatukee Fairways Communities, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 310 units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1491) CR Chazal Communities, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 190 units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1492) CR Verano Communities, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 360 units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1493) CH Cortesian Communities, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 332 units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1494) CH Visconti at Camelback Communities, LLC is an owner of apartments and/or other residential rental properties.   Without limitation, its properties include approximately 348 units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1495) CH Glen at Old Town Communities, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 278 units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1496) Houston House, LP is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 400 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1497) CR Cabochan Communities, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 137 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1498) CR Laurel Canyon Communities, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately

314

356 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1499) CR San Miguel Communities, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 330 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1500) CR Greenwood Point Communities, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 312 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1501) CH Alta Springs Communities, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 359 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1502) CH Dayton Crossings Communities, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 325 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1503) CH Woodstream Village Communities, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 321 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1504) CR Village Creek Communities, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 324 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1505) CR Lakeview Towers, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 290 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1506) CR Sandpiper Communities, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 360 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1507) CR Aspen Grove Communities, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 287 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1508) CR Westbury Communities, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 228 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1509) CR Tuscan Heights Communities, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately

492 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1510) CR Park Place on 92nd Communities, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 228 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1511) CH Park at Canyon Ridge Communities, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 272 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1512) CR Allison Pointe Communities, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 88 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1513) CR Cambridge Communities, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 114 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1514) CR Riverbend Communities, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 200 units in Utah. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

317

(1515) CR Farmgate Communities, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 496 units in Utah. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1516) CR Sagegate Communities, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 283 units in Utah. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1517) CR Cobblegate Communities, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 416 units in Utah. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1518) CH Novi Communities, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 270 units in Utah. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1519) CR Townegate Communities, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 288 units in Utah. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1520) CR Timbergate Communities, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 288

units in Utah.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1521) CR Metro at Fireclay Communities, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 346 units in Utah.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1522) Sundance Village Apartments, LLC is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include approximately 304 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1523) Encompass PHX, LLC is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include approximately 254 units in Arizona.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1524) MP Tamiami, LLC is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include approximately 264 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1525) GPAI Rio, LLC is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include approximately 294 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1526) D Canterbury Courts, LLC is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include approximately 240 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1527) Cascades Hammocks Apartments, LLC is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include approximately 264 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1528) D Gables, LLC is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include approximately 196 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1529) Quincy Commons, LLC is an owner of apartments and/or other residential rental properties based in Colorado.  Without limitation, its properties include approximately 204 units in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1530) County Line Apartments, LLC is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include approximately 265 units in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1531) MREI V EP JV, LLC is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include

320

approximately 505 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1532) Grand Estates at Keller, LLC is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include approximately 160 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1533) Kessler Peak, LLC is an owner of apartments and/or other residential rental properties based in Texas.  Without limitation, its properties include approximately 338 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1534) Meadow Ridge Apartments, Ltd. is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include approximately 180 units in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1535) Ironwood Apartments, LLC is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include approximately 226 units in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1536) GP-RPC Livingston, LLC is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include approximately 180 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

321

(1537) Highland Park Apartments Denver Venture, LLC is an owner of apartments and/or other residential rental properties based in Delaware. Without limitation, its properties include approximately 125 in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1538) Ludlam Point Miani, LLC is an owner of apartments and/or other residential rental properties based in Delaware. Without limitation, its properties include approximately 204 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1539) Madison Apartments Holdco, LLC is an owner of apartments and/or other residential rental properties based in Delaware. Without limitation, its properties include approximately 460 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1540) GPAG Monaco Venture, LLC is an owner of apartments and/or other residential rental properties based in Delaware. Without limitation, its properties include approximately 220 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1541) SW 283 Homestead, LLC is an owner of apartments and/or other residential rental properties based in Delaware. Without limitation, its properties include approximately 288 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1542) MP Banyan Ridge, LLC is an owner of apartments and/or other residential rental properties based in Delaware. Without limitation, its properties include

approximately 228 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1543) Littleton Village Apartments, LLC is an owner of apartments and/or other residential rental properties based in Delaware. Without limitation, its properties include approximately 114 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1544) GPAI Copperleaf, LLC is an owner of apartments and/or other residential rental properties based in Delaware. Without limitation, its properties include approximately 266 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1545) GP-RPC Frisco, LLC is an owner of apartments and/or other residential rental properties based in Delaware. Without limitation, its properties include approximately 262 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1546) GPAI Stuart, LLC is an owner of apartments and/or other residential rental properties based in Delaware. Without limitation, its properties include approximately 280 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1547) GPAI Skyline, LLC is an owner of apartments and/or other residential rental properties based in Delaware. Without limitation, its properties include approximately 626 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1548) Solero Apartments, LLC is an owner of apartments and/or other residential rental properties based in Delaware. Without limitation, its properties include approximately 481 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1549) MCA Deering Groves JV, LLC is an owner of apartments and/or other residential rental properties based in Delaware. Without limitation, its properties include approximately 281 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1550) GPAI Loretto, LLC is an owner of apartments and/or other residential rental properties based in Delaware. Without limitation, its properties include approximately 371 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1551) Founders Peak, LLC is an owner of apartments and/or other residential rental properties based in Delaware. Without limitation, its properties include approximately 336 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1552) GPRW Conifer, LLC is an owner of apartments and/or other residential rental properties based in Delaware. Without limitation, its properties include approximately 480 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1553) GPAI Westminster, LLC is an owner of apartments and/or other residential rental properties based in Delaware. Without limitation, its properties include

324

approximately 274 units in Colorado.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1554) Wildwood Creek Apartments, LLC is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include approximately 344 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1555) FA Wyndham Lake, LLC is an owner of apartments and/or other residential rental properties based in Delaware.  Without limitation, its properties include approximately 332 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1556) ST. Andrews at Weston, LTD is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 208 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1557) Barrington Club Acquisition, LTD is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 145 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1558) Palms of Boca Del Mar, LTD is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 320 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

325

(1559) Boca Colony Acquisition, LTD is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 180 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1560) Doral Grande Residences, LTD is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 360 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1561) Grande Palms at Tradition III, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 252 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1562) Blue Atlantic Ashford, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 222 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1563) Blue Atlantic Vinings, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 403 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1564) Ocean Howell Station, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 228

326

units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1565) Blue Atlantic Hartsfield, LP is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 269 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1566) Blue Atlantic Brookwood, LP is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 240 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1567) Blue Atlantic Preston Ridge, LP is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 266 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1568) Ocean Morningside Courts, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 172 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1569) Ocean Sloan Square, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 197 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1570) Ocean Townview Station, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 278 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1571) Blue Atlantic Cityview, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 242 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1572) Ashley Forest Apartments Owner, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 220 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1573) Blue Atlantic Harrison, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 319 units in North Carolina. As set forth herein, the CDC Order has prevented it evicting non-rent paying individuals, without just compensation.

(1574) Blue Atlantic Flats, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 268 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1575) Ocean Logans Mill, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 256 units in

328

Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1576) Ocean Sutton Place, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 456 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1577) Blue Atlantic Hawks Creek, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 312 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1578) Blue Atlantic Franciscan, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 418 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1579) Blue Atlantic Vintage Park, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 324 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1580) Blue Atlantic Walnut Creek, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 256 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1581) Blue Atlantic McKinney Ranch, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 343 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1582) Blue Atlantic Stonebriar, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 294 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1583) Blue Atlantic Point, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 324 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1584) Ocean Crossings, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 240 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1585) Blue Atlantic Riverside, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 436 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1586) Palazzo Partners, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 300 units in

Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1587) Pine Creek Apts, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 300 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1588) Serenity Lake Apts, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 248 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1589) GH City Center, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 291 units in Virginia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1590) TRE HSC WW, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 322 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1591) GH Elofts LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 200 units in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1592) HSC Exchange Lofts, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 87 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1593) TRE HSC Notch, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 253 units in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1594) TRE HSC Notch Coinvestment, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 253 units in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1595) HSC Kirby, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 378 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1596) HSF Mondrian, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 218 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1597) HSC Siena Park LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 188 units in

Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1598) HSC Verde Pointe, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 198 units in Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1599) HSF Eola LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 350 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1600) HSF 24Eleven, LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 222 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1601) HSC 55 West, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 461 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1602) IMT Desert Palm Holdings LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 512 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

333

(1603) IMT Capital III Desert Ridge LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 412 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1604) IMT Capital IV Riverview LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 340 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1605) IMT Capital V Ahwatukee LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 250 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1606) IMT Capital VI Chandler LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 221 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1607) IMT Capital III RG LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 219 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1608) IMT Capital REIT III, LLC is a successor in interest to the owners of apartments and/or other residential rental properties. Without limitation, its properties include approximately 338 units in Colorado, 432 units in Florida, and 1,147 units in Texas.

As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1609) IMT Capital IV City Park is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 240 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1610) IMT Capital IV Cherry Cheek LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 399 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1611) IMT Capital IV Cornerstar Ranch LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 507 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1612) IMT Capital V Hyland Hills LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 472 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1613) IMT Capital V Dayton Station LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 612 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

335

(1614) IMT Capital V Lowry LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 414 units in Colorado. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1615) IMT Del Coronado Associates LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 340 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1616) IMT SVM Holdings LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 299 units in Florida and 770 units in Arizona. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1617) IMT SC LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 140 units in Florida. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1618) IMT Capital REIT IV, LLC is a successor in interest to the owners of apartments and/or other residential rental properties. Without limitation, its properties include approximately 392 units in Florida, 230 units in Georgia, and 570 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1619) IMT Capital V Boynton Beach LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 466

units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1620) IMT Capital VI Lake Mary LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 301 units in Florida.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1621) IMT Capital III Deerfield LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 636 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1622) IMT Capital IV Stoneleigh at Deerfield LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 370 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1623) IMT Capital IV Alpharetta LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 306 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1624) IMT Capital VI Buckhead on 26th LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 453 units in Georgia.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1625) IMT Capital V Ballantyne LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 397 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1626) IMT Capital V Edgewater LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 289 units in South Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1627) IMT Germantown LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 276 units in Tennessee. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1628) IMT Capital IV Cool Springs LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 474 units in Tennessee. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1629) IMT Capital IV Cool II Springs LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 386 units in Tennessee. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1630) IMT Capital IV Eight South LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 330

338

units in Tennessee. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1631) IMT Capital IV Franklin Gateway LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 214 units in Tennessee. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1632) IMT Capital V Galleria LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 361 units in Tennessee. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1633) IMT Chimney Rock LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 970 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1634) IMT Pavilion III LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 1,006 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1635) IMT Woodland Meadows II LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 248 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1636) IMT Capital REIT II, LLC is a successor in interest to the owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 307 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1637) IMT Capital III Lakeshore Lofts LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 341 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1638) IMT Capital III Prestonwood LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 438 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1639) IMT Capital V Cinco Ranch LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 380 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1640) Water Tower Park Senior Village LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 72 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1641) Brunswick Commons LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 84

units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1642) 2045 Sibley Road, L.P. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 256 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1643) Harrison Lofts, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 52 units in Iowa. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1644) Cypress Lofts, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 51 units in Iowa. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1645) 4th Avenue Lofts, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 48 units in Iowa. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1646) Centerville Senior Lofts LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 44 units in Iowa. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

341

(1647) Southridge Senior Lofts, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 52 units in Iowa.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1648) Newton Senior Residence, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 53 units in Iowa.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1649) Latitude Lofts LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 50 units in Iowa.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1650) Meadow Vista Parkside, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 59 units in Iowa.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1651) Meadow Vista Senior Villas, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 50 units in Iowa.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1652) Keokuk Senior Lofts, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 45

units in Iowa.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1653) The Park Lofts at Huntington Limited Partnership is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 59 units in Indiana.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1654) BW at Renaissance Pointe, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 50 units in Indiana.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1655) Washington Street Senior Residences, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 54 units in Indiana.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1656) Deer Run Apartments II, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 83 units in Indiana.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1657) Boonville Homes, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 44 units in Indiana.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1658) Vine Street Lofts, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 62 units in Indiana. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1659) Huntingburg Senior Residence, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 45 units in Indiana. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1660) United Senior Residence, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 63 units in Indiana. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1661) Patterson Pointe Senior Residence, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 61 units in Indiana. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1662) Jasper Lofts, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 67 units in Indiana. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1663) Lawrence Village Senior Residence, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately

45 units in Indiana. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1664) Lofts at Roberts, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 83 units in Indiana. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1665) Galena Estates, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 40 units in Kansas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1666) Hamburg Senior Residence, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 62 units in Kentucky. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1667) Francis Senior Lofts Limited Dividend Housing Association, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 45 units in Michigan. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1668) Eastern Lofts Limited Dividend Housing Association LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 70 units in Michigan. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1669) South Saginaw Homes Limited Dividend Housing Association LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 49 units in Michigan. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1670) South Saginaw Homes Limited Dividend Housing Association LLC II is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 42 units in Michigan. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1671) Hampshire Terrace II Limited Partnership is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 84 units in Missouri. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1672) Hampshire Landing II, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 48 units in Missouri. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1673) Forbes Manor LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 76 units in North Carolina. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1674) The Villages at Parcstone, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 96

346

units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1675) Flats at Walkertown LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 80 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1676) The Enclave at Winston-Salem, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 68 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1677) Enclave II at Winston-Salem, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 96 units in North Carolina.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1678) Harbor Town Senior Residence, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 69 units in Ohio.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1679) Nia Heights, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 16 units in Ohio.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1680) Whitehouse Square Townhomes, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 55 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1681) Whitehouse Square Senior Village, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 32 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1682) Sylvania Senior Residence, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 51 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1683) Wauseon Senior Village, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 48 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1684) Huron Senior Residence, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 45 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1685) Wooster Lofts LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 52 units in Ohio. As

348

set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1686) Delaware Place Senior Apartments, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 63 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1687) Faith Housing Communities, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 41 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1688) Spring Street Senior Lofts, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 88 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1689) Palm House Apartments II, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 62 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1690) New Lima Homes, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 57 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1691) Ashley Grove Senior Residence, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 43 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1692) Riverview Bluffs Associates, L.P. is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 36 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1693) Harmony Senior Village, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 30 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1694) Roosevelt Homes, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 43 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1695) Washington Square Homes, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 38 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1696) Liscum & Fiske Limited Partnership is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 36

units in Ohio.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1697) Jefferson Residence Limited Partnership is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 33 units in Ohio.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1698) Roosevelt Homes II, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 30 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1699) Washington Square Homes II, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 29 units in Ohio.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1700) Sunlight Homes, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 28 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1701) Stoney Ridge Estates, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 23 units in Ohio.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1702) Pheasant Run Limited Partnership is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 75 units in Ohio.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1703) Riverworks Lofts, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 61 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1704) Riverside Senior Lofts, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 48 units in Ohio.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1705) Wood Street Lofts, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 52 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1706) Omega Senior Lofts LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 81 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1707) Carriage Trails Senior Village II, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately

46 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1708) Carriage Trails Senior Village, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 34 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1709) Oregon Senior Lofts LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 81 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1710) Eaton Senior Village, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 44 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1711) Residences at Eagles Point, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 40 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1712) Market Street Lofts, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 45 units in Ohio. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1713) Reserve at Spencer, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 54 units in Oklahoma. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1714) Weatherwood Place Limited Partnership is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 84 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1715) First Mulberry LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 50 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1716) Allegheny Pointe Limited Partnership is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 52 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1717) Burkett Place Limited Partnership is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 48 units in Pennsylvania. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1718) Gallatin Park Apartments, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 48

354

units in Tennessee.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1719) Reserve at Hagan, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 72 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1720) Reserve at McAlister Senior Living, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 124 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1721) Reserve at Engel Road, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 96 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1722) TX Nolanville Apartments, Ltd. Co. is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 48 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1723) Reserve at Quebec, LLC is an owner of apartments and/or other residential rental properties.  Without limitation, its properties include approximately 296 units in Texas.  As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

355

(1724) Western Center Reserve, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 120 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1725) Parkersburg Senior Residence, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 36 units in West Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1726) Reserve at Edison Hill, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 30 units in West Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1727) Reserve at Rose Bud, LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 35 units in West Virginia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1728) 100 Valley Hill Rd PCPRE LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 92 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1729) NPR PCPRE LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 107 units in Florida.

As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1730) Premier Club PCPRE LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 89 units in Georgia. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1731) Firmus Centro LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 306 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1732) Firmus Galleria Flats LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 121 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1733) Lakeside FBCC LP is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 298 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

(1734) FFIronhorse LLC is an owner of apartments and/or other residential rental properties. Without limitation, its properties include approximately 200 units in Texas. As set forth herein, the CDC Order has prevented it from evicting non-rent paying individuals, without just compensation.

9.      Each of the Plaintiffs has suffered financial losses as a direct result of the CDC Order due to the non-payment of due and owing rental payments by tenants who have invoked the protections of the CDC Order, and who would have been subject to eviction but for the CDC Order.

10.     Defendant United States of America is the Government of the United States, organized under the Constitution of the United States, and includes without limitation the Centers for Disease Control and Prevention ("CDC"), which is a Government agency located within and is one of the major operating components of the U.S. Department of Health and Human Services, together with its agents acting at its direction.

## IV.    FACTUAL ALLEGATIONS

11.     As part of the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"), Pub. L. No. 116-136, 134 Stat. 281 (2020), on March 27, 2020, Congress enacted a 120-day eviction moratorium that applied to certain types of rental properties that received federal assistance or were subject to federally-backed loans. *See* CARES Act § 4024. That moratorium expired on July 24, 2020. *Id.*

12.     On September 1, 2020 – after the Congressional eviction moratorium under the CARES Act had expired – the CDC issued its CDC Order, which imposed a broad moratorium on residential evictions in the United States. The CDC Order, entitled "Temporary Halt in Residential Evictions to Prevent Further Spread of COVID-19," was published on September 4, 2020. 85 Fed. Reg. 55292, 55292 (Sept. 4, 2020). The CDC stated that it was issuing the CDC Order under Section 361 of the Public Health Service Act (42 U.S.C. § 264) and federal regulations codified at 42 C.F.R. § 70.2. *Id.* at 55293. In the CDC Order, the CDC noted the "historic threat to public health" presented by the COVID-19 pandemic, and explained its view that an eviction moratorium "can be an effective public health measure utilized to prevent the spread of communicable

358

disease." *Id.* at 55292.  Unlike the Congressional eviction moratorium under the CARES Act, the CDC Order, by its express terms, is not limited to federally-backed rental properties, but rather applies to essentially all residential rental properties nationwide.  *Id.*

13.    The CDC Order directs that "a landlord, owner of a residential property, or other person with a legal right to pursue eviction or possessory action, shall not evict any covered person from any residential property in any jurisdiction to which this Order applies during the effective period of this Order."  *Id.* at 55293.

14.    The CDC Order defines "evict" to mean "any action by a landlord, owner of a residential property, or other person with a legal right to pursue eviction or a possessory action, to remove or cause the removal of a covered person from a residential property."  *Id.* at 55293.

15.    The CDC Order defines "residential property" to mean "any property leased for residential purposes, including any house, building, mobile home or land in a mobile home park, or similar dwelling leased for residential purposes, but shall not include any hotel, motel, or other guest house rented to a temporary guest or seasonal tenant as defined under the laws of the State, territorial, tribal, or local jurisdiction."  *Id.*

16.    The CDC Order defines "covered persons" as "any tenant, lessee, or resident of a residential property who provides to their landlord, the owner of the residential property, or other person with a legal right to pursue eviction or a possessory action, a declaration under penalty of perjury indicating that:  (1) [t]he individual has used best efforts to obtain all available government assistance for rent or housing; (2) [t]he individual either (i) expects to earn no more than $99,000 in annual income for Calendar Year 2020 (or no more than $198,000 if filing a joint tax return), (ii) was not required to report any income in 2019 to the U.S. Internal Revenue Service, or (iii) received an Economic Impact Payment (stimulus check) pursuant to Section 2201 of the CARES

359

Act; (3) the individual is unable to pay the full rent or make a full housing payment due to substantial loss of household income, loss of compensable hours of work or wages, a lay-off, or extraordinary out-of-pocket medical expenses; (4) the individual is using best efforts to make timely partial payments that are as close to the full payment as the individual's circumstances may permit, taking into account other nondiscretionary expenses; and (5) eviction would likely render the individual homeless—or force the individual to move into and live in close quarters in a new congregate or shared living setting—because the individual has no other available housing options." *Id.* A form of declaration was attached to the CDC Order.

17.     Under the CDC Order, a covered person who supplies the form of declaration may not be "evicted or removed from where they are living" while the CDC Order is effective. *Id.* at 55292.

18.     Although the CDC Order nominally pertains only to "covered persons" who supply the provided form of declaration, the criteria are broadly applicable and the protections of the CDC Order apply automatically to anyone who provides the declaration. There is no process under the CDC Order to challenge such a declaration. The requirement of a declaration and the nominal limitation of the CDC Order to "covered persons" are, therefore, largely meaningless.

19.     Furthermore, the CDC Order imposes harsh penalties for violations of the CDC Order. Specifically, the CDC Order provides that "a person violating this Order may be subject to a fine of no more than $100,000 if the violation does not result in a death or one year in jail, or both, or a fine of no more than $250,000 if the violation results in a death or one year in jail, or both, or as otherwise provided by law" and that "[a]n organization violating this Order may be subject to a fine of no more than $200,000 per event if the violation does not result in a death or $500,000 per event if the violation results in a death or as otherwise provided by law." *Id.* at

55296.  The CDC Order further authorizes the U.S. Department of Justice to "initiate criminal proceedings as appropriate seeking imposition of these criminal penalties." *Id.*  These harsh civil and criminal penalties effectively compel property owners to accept the representations of tenants about qualifying under the CDC Order, even if apparently untruthful, to avoid the serious consequences that could result from pursuing an eviction that ultimately could be found to violate the CDC Order.

20.    Additionally, the CDC Order specifies that the CDC Order "shall be enforced by Federal authorities and cooperating State and local authorities through the provisions of 18 U.S.C. §§ 3559, 3571; 42 U.S.C. §§ 243, 268, 271; and 42 C.F.R. § 70.18." *Id.* at 55296.

21.    The CDC Order does not apply in any State, local, territorial, or tribal area with a moratorium on residential evictions that provides the same or greater level of public-health protection than the requirements in the CDC Order.  *Id*. at 55292.  Although certain areas have enacted eviction moratoria, the CDC Order acts as a backstop to such moratoria.  The CDC Order bars home providers from evicting non-rent paying tenants in any event, so there is no incentive for governors, legislatures, courts, or local governments to suffer the political consequences of lifting state and local moratoria.  The CDC Order prohibits evictions in all locales, including all locales that never had any localized moratoria or that imposed them only temporarily.

22.    As a result of these various factors, the CDC Order in practice prevents nearly all residential evictions of delinquent or non-rent paying tenants and thus precludes property owners from re-leasing housing to rent-paying persons.

23.    The CDC Order contains no provision for compensating property owners for the losses they have sustained and continue to sustain as a result of their inability to evict delinquent

and non-rent paying tenants who are occupying their property over their objection and to re-lease the housing to rent-paying persons.

24.     While the CDC Order technically does not relieve tenants from their legal and contractual obligation to pay rent, as a practical matter landlords have little ability to recover past-due rent from delinquent or non-rent paying tenants.  The right of eviction and related right to replace a tenant who is not current on all rent payments with a new rent-paying tenant is the principal mechanism for property owners to avoid economic losses resulting from a tenant's failure to pay rent, and the CDC Order prohibits property owners from exercising these fundamental rights.

25.     The CDC Order became effective nationwide upon publication in the *Federal Register* on September 4, 2020.  *See* 85 Fed. Reg. 55292, 55292 (Sept. 4, 2020).

26.     The CDC Order initially was effective until December 31, 2020.  *Id.* at 55297.  The Government has extended the CDC Order, subject to minor modifications, several times.  The Consolidated Appropriations Act extended the Order until January 32, 2021.  Pub. L. No. 116-260, § 502, 134 Stat. 1182 (2020).  The CDC then extended the CDC Order through March 31, 2021.  86 Fed. Reg. 8020 (Feb. 3, 2021).  The CDC then again extended the CDC Order through June 30, 2021.  86 Fed. Reg. 16731 (Mar. 31, 2021).  The CDC then again extended the CDC Order through July 31, 2021.  86 Fed. Reg. 34010 (June 28, 2021).  The CDC then further extended the CDC Order in part through October 3, 2021.  86 Fed. Reg. 43244 (Aug. 6, 2021).  The effectiveness of the CDC Order ended on August 26, 2021, as a result of litigation challenging the CDC's authority to issue the CDC Order.  *See, e.g.*, *Ala. Ass'n of Realtors v. HHS*, 594 U.S. 758 (2021).

27.     Since its effective date of September 4, 2020, the CDC Order effectively precluded the eviction of all delinquent and non-rent paying tenants.

28.     The Government has not provided Plaintiffs with any compensation for the deprivation of property and rights set forth herein.

29.     The CDC Order acknowledges its economic significance to property owners.  It notes that even a mere delay in its effective date would permit evictions "potentially on a mass scale."  85 Fed. Reg. 55292 at 55296.  It also acknowledges that it would be considered a "major rule under the Congressional Review Act," *id.*, which means a rule with an annual effect on the economy of $100 million or more.  5 U.S.C. § 804.  In fact, the actual industry-wide effect is tens of billions of dollars or more.   The CDC Order acknowledges that without government intervention, 30-40 million people could be at risk of eviction.  85 Fed. Reg. 55292 at 55295. Industry analysts have publicly estimated that by the end of 2020 there were more than 10 million delinquent renters nationwide with estimated back-rent obligations of $57 billion.

30.     As a direct and proximate result of the CDC Order and the consequent taking and/or exaction of property without just compensation, Plaintiffs have suffered significant financial damage.  The CDC Order compels property owners, over their objection, to permit delinquent and non-rent paying tenants to continue occupying rental properties without making full rent payments, while precluding property owners from excluding such persons and leasing the rental homes to rent-paying persons, even as the property owners must continue paying taxes, utility payments, employee salaries, maintenance costs, the cost of capital, and other expenses.  The CDC Order is a Government-authorized invasion, occupation, or appropriation of the property owners' property, contrary to their constitutional rights, and has resulted in a deprivation of property rights including

the fundamental right to exclude as well as contract rights including the contractual and legal right of eviction.

## V.    CLAIMS FOR RELIEF

### COUNT 1
### TAKING WITHOUT JUST COMPENSATION

31.    Plaintiffs reallege and incorporate all allegations in the preceding paragraphs as though fully set forth herein.

32.    The Takings Clause of the Fifth Amendment to the United States Constitution provides that no "private property [shall] be taken for public use, without just compensation." U.S. Const. amend. V.   The Fifth Amendment protects property owners from, and requires just compensation for physical takings, whether permanent or temporary.

33.    Plaintiffs have valid, protected, and legally cognizable property interests and property rights in the rental properties they own and in the leases and other contracts associated with those rental properties, including without limitation rights to exclude non-rent paying persons from their properties, to not permit the unwanted occupation of their properties, to recover possession of their property from unwanted occupation, to enforce their leases and contracts associated with their properties, and to lease such properties to rent-paying persons, including so that they can enjoy the full value of their property and to maintain a consistent stream of rent.

34.    The CDC Order constitutes a taking of Plaintiffs' private property and property rights for public use without just compensation, in violation of the Fifth Amendment.

35.    Specifically, the CDC Order constitutes a compensable physical taking because it has effected a Government-authorized physical invasion, occupation, or appropriation of Plaintiffs' private property, for the Government itself or for third parties.

36.    The Constitution requires just compensation for the taking.

364

37.    The Government has not provided just compensation for the taking of Plaintiffs' property and property rights.

38.    Plaintiffs are entitled to full and just compensation for the Government's taking of their property and property rights, including the fair rental value of the property taken.  Specifically and without limitation, Plaintiffs are entitled to recover from the Government as just compensation the amount of rental income Plaintiffs would have received had they been able to lease their property, which was occupied as a result of the CDC Order and over Plaintiffs' objection by delinquent or non-rent paying individuals, to rent-paying persons at reasonable fair market rents.

39.    As a result of the Government's actions, Plaintiffs have actually, directly, and proximately been caused by the Government and have suffered harm, injury, and damages, and are entitled to recovery against the Government in an amount to be proven at trial.

**COUNT 2**
**(IN THE ALTERNATIVE)**
**ILLEGAL EXACTION**

40.    Plaintiffs reallege and incorporate all allegations in the preceding paragraphs as though fully set forth herein.

41.    In the alternative, the CDC Order constitutes an illegal exaction because the CDC exceeded and contravened its statutory and regulatory authority under Section 361 of the Public Health Service Act (42 U.S.C. § 264).  Numerous courts that have reviewed the legality of the CDC Order have concluded that it was unlawful.  The effectiveness of the CDC Order ended on August 26, 2021, as a result of litigation challenging the CDC's authority to issue the CDC Order. *See, e.g.*, *Ala. Ass'n of Realtors v. HHS*, 594 U.S. 758 (2021).  By, through, and as a direct result of the Government's illegal action or improper application of law, the Government has exacted Plaintiffs' private property and property interests.  The CDC Order has enriched the Government at Plaintiffs' expense, directly or in effect, by illegally imposing costs and expenses on Plaintiffs

that Plaintiffs should not have to bear and that the Government otherwise would bear, including without limitation the cost of housing delinquent or non-rent paying individuals. The Government's actions have had a direct and substantial impact on Plaintiffs and the exaction occurred as a direct result of the unlawful government action.

42.    Plaintiffs are entitled to recover for the Government's exaction of their property and property rights. Specifically and without limitation, Plaintiffs are entitled to recover from the Government the amount of rental income Plaintiffs would have received had they been able to lease their property, which was occupied as a result of the CDC Order over their objection by delinquent or non-rent paying individuals, to rent-paying persons at reasonable fair market rents.

43.    As a result of the Government's actions, Plaintiffs have actually, directly, and proximately been caused by the Government and have suffered harm, injury, and damages, and are entitled to recovery against the Government in an amount to be proven at trial.

## VI.    PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that the Court issue judgment in their favor and grant them relief as follows:

A.    Issue an Order finding, concluding, and adjudging that the Government is liable to Plaintiffs for the taking of Plaintiffs' private property for public use without just compensation, in violation of the Fifth Amendment (or, alternatively, for the illegal exaction of Plaintiffs' property);

B.    Award Plaintiffs full and just compensation from the Government for the taking (or alternatively, the illegal exaction), including without limitation the amount of rental income Plaintiffs would have received in the absence of the CDC Order;

C.    Award Plaintiffs pre-judgment and post-judgment interest as available under applicable law and at the maximum rate permitted by law;

366

D.    Award Plaintiffs their attorneys' fees and costs as available under applicable law;

and

E.    Award such other and further relief as the Court deems proper and just.

Dated: April 10, 2026                    Respectfully submitted,

/s/ Creighton R. Magid
Creighton R. Magid #4447867
DORSEY & WHITNEY LLP
1401 New York Avenue, N.W.
Suite 900
Washington, D.C.  20005
Telephone:  (202) 442-3555
Fax:  (202) 442-3199
Magid.chip@dorsey.com

Shawn J. Larsen-Bright
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Telephone: (206) 903-2417
Fax:  (206) 903-8820
larsen.bright.shawn@dorsey.com

John McDermott
JOHN MCDERMOTT, PLLC
4300 Wilson Blvd, Suite 400
Arlington, VA  22203
Telephone:  (703) 518-6141
JMcDermott@naahq.org


Attorneys for Plaintiffs