# In the United States Court of Federal Claims

No. 21-1621L
(Filed: July 7, 2026)

|  |  |
|---|---|
| **DARBY DEVELOPMENT COMPANY, INC.,** *et al.*, | ) ) ) ) |
| *Plaintiffs,* | ) ) |
| v. | ) ) |
| **UNITED STATES**, | ) ) |
| *Defendant.* | ) ) ) |

**ORDER**

The Court hereby schedules a preliminary scheduling conference for **Thursday, July 16, 2026, at 2:00 PM (EDT)**. The proceeding will be held via telephone. The Clerk's Office will email lead counsel of record the information to join the call.

It is so **ORDERED**.

s/ Armando O. Bonilla
Armando O. Bonilla
Judge