# In the United States Court of Federal Claims

No. 21-1621L
(Filed: August 19, 2026)

**DARBY DEVELOPMENT COMPANY, INC., *et al.*,**

*Plaintiffs*,

v.

**UNITED STATES**,

*Defendant*.

## ORDER

On August 19, 2026, the Clerk of Court filed the transcript of a preliminary scheduling conference conducted on July 16, 2026. ECF 46–47. In reviewing the transcript, the following typographical and administrative errors were identified by the Court:

- P. 4 line 18: add a closing double hyphen/em dash after "prospect"
- P. 5 line 7: replace the double hyphen/em dash after "conclusion" with a comma
- P. 6 line 5: add a semicolon between "opinion" and "and"
- P. 6 line 5: "statements at" should be "statement is at"
- P. 6 line 7: the "N" in "Note" should be lowercase
- P. 6 line 10: add comma after "proceedings"
- P. 15 line 11: omit the comma after "et al."
- P. 16 line 15: omit the comma after "voluntarily"
- P. 19 line 8: "parties better informed" should be "parties' better-informed"

- P. 23 line 22: add a comma after "like"

Accordingly,

(1) The Clerk of Court is directed to forward to the court reporter the transcript for the preliminary scheduling conference conducted on July 16, 2026 (ECF 47); and

(2) The corrected transcript shall be refiled as corrected.

It is so **ORDERED**.

s/ Armando O. Bonilla
Armando O. Bonilla
Judge