# In the United States Court of Federal Claims

No. 21-1621L
(Filed: September 14, 2026)

| | |
|---|---|
| **DARBY DEVELOPMENT COMPANY, INC., *et al.*,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**UNITED STATES**,<br><br>*Defendant*. | ) |

**ORDER**

On September 11, 2026, the parties filed a joint status report (ECF 53) in accordance with the Court's July 16, 2026 order (ECF 45). In their joint filing, the parties propose to exchange initial disclosures required under Rule 26(a)(1)(C) of the Rules of the United States Court of Federal Claims (RCFC) on or before November 13, 2026, followed by an initial six-month period of fact discovery, through May 14, 2027. As discussed during the July 16, 2026 preliminary scheduling conference, counsel proposed to use this initial discovery period to identify issues generally applicable to the more than 2,600 plaintiffs for possible resolution through cross-motions for summary judgment under RCFC 56, identify potential bellwether plaintiffs, and continue settlement discussions.

To ensure this matter continues to receive the necessary attention, and to keep the Court abreast of the current status of the litigation, the parties shall file monthly joint status reports outlining the discovery accomplished over the preceding thirty days and the discovery anticipated in the next thirty days. Additionally, as discussed during the July 16, 2026 preliminary scheduling conference, the Court invites the parties to identify potential issues for possible resolution through cross-motions for summary judgment throughout the discovery period to streamline this litigation and facilitate settlement discussions. Finally, given the current posture of this matter, a second joint preliminary status report under RCFC App. A, Part III, ¶ 4, triggered by defendant's filing an answer to plaintiffs' fourth amended complaint (ECF 52), is unnecessary.

Accordingly,

(1) The Clerk of Court is directed to vacate the October 30, 2026 filing deadline for the parties to file another joint preliminary status report.

(2) Initial disclosures under RCFC 26(a)(1)(C) shall be made on or before **November 13, 2026**.

(3) The initial period of fact discovery shall close on **May 14, 2027**.

(4) The parties shall file a joint status report on or before **December 14, 2026**, and **every 30 days** thereafter, updating the Court on the following:

   a. Status of settlement discussions;

   b. Discovery completed during the past thirty days;

   c. Discovery planned during the next thirty days; and

   d. Identification of potential issues for possible resolution through cross-motions for summary judgment and any proposed briefing schedules.

(5) The parties shall file a joint status report on or before **May 21, 2027**, proposing a schedule of further proceedings.

It is so **ORDERED**.

s/ Armando O. Bonilla
Armando O. Bonilla
Judge